**MEMO ENDORSED**

**SOLOMON ROSENGARTEN**
Attorney-at-Law
**1704 Avenue M**
**Brooklyn, New York 11230**
**(718) 627-4460**
FAX (718) 627-4456

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07
```

Admitted to Practice:
New York
New Jersey

July 30, 2007

RECEIVED
JUL 31 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York  10007

      Re:    Cohen v. Horowitz, et al.
             Docket No. 07 Civ 5834 (PKC)

Dear Judge Castel:

On July 27, 2007, the Court held a conference in the above-entitled matter. A representative from my office appeared on my behalf. The conference was adjourned to September 28, 2007.

I respectfully request that the conference be rescheduled because September 28, 2007 is a Jewish holiday. Please note that September 13, 14, and 27 and October 4, 5, 2007 are also Jewish holidays. I have not previously requested an adjournment of this conference. I have attempted to contact my adversary, Jeffrey Buss, Esq., but it appears that his telephone system is not in working order and I have been unable to contact him.

Respectfully yours,

Solomon Rosengarten

SR:oc

cc:    Smith, Buss & Jacobs
        (Attn: Jeffrey Buss, Esq.)

*[Handwritten endorsement:] Conference adjourned from September 28, 2007 to September 25, at 9:45 a.m. SO ORDERED [signature] USDJ 7-31-07*