CERTIFICATE OF SERVICE

ORANGE COUNTY SHERIFF'S OFFICE
Carl E. DuBois, Sheriff
110 Wells Farm Road
Goshen, New York 10924
Civil Unit
Phone (845) 291-4033   Fax (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT          SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. S99-0701741S/C

EZRA COHEN     , Plaintiff,

-against-

ELIAS AKA ALISHA HOROWITZ     , Defendant(s)

I KEVIN WILLIAMS certify that on the 10th day of July,
2007 at approximately 10:15AM, at:
    3 SIGET COURT, UNIT 201
    MONROE, NEW YORK 10950
service of the annexed SUMMONS & COMPLAINT was made upon:
    ELIAS AKA ALISHA HOROWITZ

the defendant/respondant named herein in the following manner:
SUBSTITUTE    By delivering to and leaving with MIRIAM HOROWITZ
SERVICE       who is WIFE to the defendant/respondant, a true
              copy thereof, a person of suitable age and descretion. Said
              address was the place of abode of the Defendant.

The person served is described as: skin color WHITE
hair color BROWN, sex F, height 5' 06", weight 205lbs, age 56

At the time of service the person served was asked if the defendant/respondant
was in the Military Service of the U.S. Government and the person served
replied the defendant/respondant was not.

Also by mailing a copy of the annexed SUMMONS & COMPLAINT
to the Defendant at his/her last known residence which
was 3 SIGET COURT, UNIT 201, MONROE, NEW YORK 10950
on 07/10/2007.

_____          Dated: __7/25_____, 20 _07_
Deputy Who Made Service