CERTIFICATE OF SERVICE

ORANGE COUNTY SHERIFF'S OFFICE
Carl E. DuBois, Sheriff
110 Wells Farm Road
Goshen, New York 10924
Civil Unit
Phone (845) 291-4033   Fax (845) 291-7603
----------------------------------------------------------------------

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT       COUNTY OF OUT-OF-STATE

DOCKET NO. S99-0701742S/C

EZRA COHEN    , Plaintiff,

             -against-

SARAH AKA CHAYA WERZBERGER    , Defendant(s)

I MATTHEW HAMEL certify that on the 12th day of September, 2007 at approximately 05:51PM, at:
          21 MERON DRIVE   APT 102
          MONROE, NEW YORK 10950
service of the annexed SUMMONS & COMPLAINT was made upon:
          SARAH AKA CHAYA WERZBERGER

the defendant/respondant named herein in the following manner:
PERSONAL    By delivering to and leaving with SARAH AKA CHAYA WERZBERGER
SERVICE     personally a true copy thereof, said person being known
            to me as the person mentioned and described herein.

At the time of service the defendant/respondant was asked if he/she was
in the Military Service of the U.S. Government and the defendant/respondant
replied he/shewas not.

The person served is described as: skin color WHITE
hair color BROWN, sex F, height 5' 06" , weight 170lbs, age 22
The following attempts at personal service were made:
                              06/30/2007   07:10PM
                              07/16/2007   08:45PM
                              07/17/2007   10:30PM

_____              Dated: 9/13_____, 20 07
Deputy Who Made Service