UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

COHEN

                Plaintiff,

    against -

HOROWITZ, et. al.

             Defendant(s).

-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/26/07

07 CIV 5834 (Castel)

CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P.,
is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ.
P.

1.    Plaintiff COHEN   and Defendant HOROWITZ **do not consent** to conducting all
further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C.
§ 636(c).

2.    This case is to be tried to a **jury**.

3.    Amended pleadings may not be filed and additional parties may not be joined except
with leave of the Court. Any motion to amend or to join additional parties shall be
filed within **30 days** from the date of this Order.

4.    Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not
later than **14 days** from the date of this Order.

5.    All fact discovery shall be completed no later than **January 25, 2008**.

6.    The parties are to conduct discovery in accordance with the Federal Rules of Civil
Procedure and the Local Rules of the Southern District of New York. The following interim
deadlines may be extended by the written consent of all parties without application to the
Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:
a. Initial requests for production of documents to be served by **October 26, 2007.**

b. Interrogatories to be served by November 16th, 2007.

c. Depositions to be completed by **December 28th, 2007**.

d. Requests to Admit to be served no later than **January 18th, 2007**.

7. a. All expert discovery shall be completed no later than **February 15th, 2008**.

b. No later than thirty (30) days prior to the date in paragraph 5, i.e. the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements. Pursuant to the authority of Rule 16(b)(2), Fed. R. Civ. P., a motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days of the close of fact discovery (see paragraph 5 hereof).

9. All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10. a. Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:
**parties to exchange the contract of insurance, the claim, all correspondence between the parties and their agents and between defendants and La Suisse relating to this claim, the loan agreement entered into by plaintiff, the canceled checks which plaintiff claims were dishonored, cancelled checks evidencing damages claimed by plaintiff.**

b. Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case: **settlement conference before a Magistrate Judge.**

c. Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph b, **after the close of fact discovery.**

d. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine (for which the premotion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: **two days.**

## TO BE COMPLETED BY THE COURT:

13. [Other directions to the parties] *Refer to Magistrate Judge Francis for settlement. If defendant wishes to pursue motion, defendant should set a premotion conference.*

14. The (next Case Management) (Final-Pretrial Conference) is scheduled for *February 8, 2008* at *2:15pm.*

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

P. Kevin Castel
United States District Judge

Dated: New York, New York
9-25-07