# «La Suisse»

La Suisse, Life Insurance Company, Lausanne

DUPLICATE

Policy Nr 1.098.983 - Date 06.04.94 - Page     1

*Pagar a partir de...* (handwritten annotation)

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

I N D I V I D U A L     L I F E    I N S U R A N C E

Policy Nr 1.098.983
--------------------
Policyholder              COHEN DAVID

                          POLANCO
                          VAZQUEZ DE MELLA 412-101
                          MEX-11560 MEXICO D.F.

Person(s) Insured         A: COHEN DAVID

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)

Beginning of Contract   2.07.1994

End of Contract         2.07.2009

Premium
-------

Yearly                                              Due

SFR.      6.333,00.                                 2.07.1994

                   Maturity: 01.07
                   Final Maturity:    1.07.2008

General Insurance Conditions (CGA) :   VI1/1993



La Suisse, Life Insurance Company, Lausanne

DUPLICATE

Policy Nr 1.098.983 - Date 06.04.94 - Page    2

Person Insured A:    COHEN DAVID                    born      2.01.1985

Main Benefit

In case of life  2.07.2009
Payment of a sum of                                 SFR.         100.000.--

In case of death before  2.07.2009
Payment of a sum of                                 SFR.         100.000.--

Complementary Benefits

If marriage occurs before 2.07.2009
advanced payement of the lump sum
payable in case of life of                          SFR.         100.000.--

**«La Suisse»**

La Suisse, Life Insurance Company, Lausanne

DUPLICATE

Policy Nr 1.098.983 - Date 06.04.94 - Page    3

Guarantee of Insurability
----------------------------

This right in favor of the insured person A is calculated on the basis of a capital of SFR. 100.000.--.
This increase will be made in the form of a main benefit payable in case of life at the end of the present contract, or in the case of death if it occurs before this date.

Dividend-sharing
------------------

Dividends are paid into a savings account.

Claimants
---------

In case of life and death : the father, by failing the mother, by failing the insured person A, by failing the brothers and sisters, by failing the other heirs of the insured person A.

Special Clauses
-----------------

Place of the payments of premiums:

A premium is considered paid only at the time that it is received at the headquarters of <<La Suisse>> in Lausanne or, on behalf of the company, at any one of the general agencies in Switzerland.

In case of marriage before having reached one's nineteenth
year the benefits shall be reduced according to the following scheme:
by year and/or part of year between the date of insured's
marriage and the one of his nineteenth year:
  5 % if the age of entry is between 0 and 1 year
  6 % if the age of entry is between 2 and 3 years
  7 % if the age of entry is between 4 and 5 years
  8 % if the age of entry is between 6 and 7 years
  9 % if the age of entry is between 8 and 9 years
 10 % if the age of entry is ten years.



La Suisse Life Insurance Company, Lausanne

DUPLICATE

Policy Nr. 1.098.983 - Date 06.04.94 - Page    4

Federal Law on Insurance Contracts (Art.12 LCA.)
---------------------------------------------------

In case the policy or endorsements do not correspond with the original agreement, the policyholder must request correction within 4 weeks of receipt of the documents. Failure to do so will be considered as acceptance.

Lausanne, le 06.04.94
La Suisse
Life Insurance Company