**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EZRA COHEN,

        Plaintiff,

  -against-

ELIAS HOROWITZ, a/k/a AL HOROWITZ, a/k/a
ALISHA E. HOROWITZ, a/k/a ALIASA HOROWITZ
a/k/a ELISHA HOROWITZ and SARAH WERZBERGER,
a/k/a CHAYA SARAH WERZBERGER,

        Defendants
-----------------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

Case No. 07 CIV 5834
JUDGE CASTEL

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed certification of Solomon Rosengarten, affirmed on the 25th day of October 2007, the undersigned will move this Court before the Hon. P. Kevin Castel, United States District Judge, at the courthouse, 500 Pearl Street, New York, New York, on the 5th day of November 2007, at 9:00 in the forenoon, or as soon as thereafter as counsel can be heard, for an order granting leave to amend the complaint and add an additional plaintiff, pursuant to Rules 12(a) and 21 of the Federal Rules of Civil Procedure and for such other relief as to the court may seem just and proper.

SOLOMON ROSENGARTEN (SR-8050)
Attorney for Plaintiff
1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460

*Motion granted. For future reference strict compliance with the premotion conference requirement in my Individual Practices.*

SO ORDERED.

USDJ
11-6-07