UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EZRA COHEN,

                              Plaintiff,                    07Civ. 5834 (PKC)

            -against-

                                                           ORDER

ELIAS HOROWITZ, et al.
                        Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

P. KEVIN CASTEL, District Judge:

            On April 28, 2008, this Court entered an Order directing, inter alia, that

the following by served upon plaintiff's counsel by May 9, 2008: "An affidavit or decla-

ration under penalty of perjury and compliant with 28 U.S.C. § 1746 from Elias Horowitz

stating that all document responsive to each category of plaintiff's document requests

have been produced, except for those identified on the privilege log identified in para-

graph 2." The same Order directed that: "The affidavit or declaration shall be filed with

the Clerk of the Court."

            I have reviewed the docket of this Court and no such affidavit or declara-

tion has been filed by Mr. Horowitz with the Clerk of Court.

            Let defendant Elia Horowitz show cause in person on May 29, 2008 at

10:00 a.m. why he should not be held in contempt of Court and/or sanctioned under Rule

37, Fed. R. Civ. P., including, but not limited to, by the striking of his answer to the Com-

plaint and the entry of a default judgment against him, for failure to comply with this

Court's Order of April 28, 2008.

Further, I have reviewed Mr. Rosengarten's letter of May 20, 2008.  Contractual confidentiality with a non-party does not relieve a party of the obligation to produce documents lawfully requested in discovery.  If defendant had believed that he was entitled to a protective order, his remedy would have been to seek such an order.  He did not.  Defendants' counsel shall fax a letter to Chambers by 10:00 a.m. May 28, 2008 responding to the May 20 letter.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      May 21, 2008