Die Frage 10 muss nur beantwortet werden, wenn eine Rente bei Erwerbsunfähigkeit von Fr. 12 000.– oder mehr beantragt wird.

## 10. Rente bei Erwerbsunfähigkeit

Sind Sie zusätzlich zur IV und zu den minimalen BVG-Leistungen noch für eine Rente bei Erwerbs- oder Arbeitsunfähigkeit versichert oder für eine Invalidenrente:

Ⓐ ja ☐ nein ☐   Ⓑ ja ☐ nein ☐

· durch berufliche Vorsorge (Kollektivversicherung oder Pensionskasse)?

– durch Einzelversicherungen bei einer oder mehreren Lebensversicherungs-Gesellschaften?

*Betrag der jährlichen Renten*          *Arbeitgeber und/oder Versicherungsgesellschaften*

Ⓐ Fr.

Fr.

Ⓑ Fr.

Fr.

## 11. Begünstigungsklausel

☐ GVP: obligatorische Klausel, siehe die ergänzenden Versicherungsbedingungen «Regeln für die gebundene Vorsorge-Police».

☐ RISCO C / RISCO D / ÜBERLEBENSZEITRENTE/WAISENRENTE: im Todesfall: der Ehegatte, bei Fehlen die Kinder, bei Fehlen Vater und Mutter, bei Fehlen die andern Erben des Versicherten.

☐ GLOBAL / GLOBALFLEX / TRICASH / RUHESTANDSKAPITAL: im Erlebensfall: der Versicherte. Im Todesfall: der Ehegatte, bei Fehlen die Kinder, bei Fehlen Vater und Mutter, bei Fehlen die andern Erben des Versicherten.

☐ GLOBAL ZWEI LEBEN (Bemerkung: Diese Klausel wird nur Eheparen empfohlen): bei gleichzeitigem Tod der beiden Ehegatten: ihre gemein Im Erlebensfall: die beiden Versicherten. Im Todesfall: der überlebende Ehegatte, bei gleichzeitigem Tod der beiden Ehegatten: ihre gemein samen Kinder, bei Fehlen die Erben des Ehemanns für die Hälfte der Versicherungsleistungen und die Erben der Ehefrau für die andere Hälfte.

☐ GLOBAL + PRO 2 / TRICASH + PRO 2 / TANDEM. Für RISCO C ZWEI LEBEN und RISCO D ZWEI LEBEN, idem, aber ohne Klausel im Erlebensfall. Im Todesfall: der Versicherte Ⓐ, bei Fehlen der Versicherte Ⓑ, bei Fehlen die Kinder, bei Fehlen Vater und Mutter, bei Fehlen die andern Erben des Versicherten Ⓐ. Im Todesfall des Versicherten Ⓑ: der Versicherte Ⓐ, bei Fehlen die Kinder, bei Fehlen Vater und Mutter, bei Fehlen die andern Erben des Versicherten Ⓑ.

☐ BEST / PROFIL: Im Erlebensfall des Kindes (Versicherter Ⓐ): der Versicherungsnehmer, bei Fehlen der Ehegatte des Versicherungsnehmers, bei Fehlen das versicherte Kind. Im Todesfall des Kindes: der Versicherungsnehmer, bei Fehlen der Ehegatte des Versicherungsnehmers, bei Fehlen die Erben des Versicherungsnehmers. Im Todesfall des Versicherten Ⓑ: sein Ehegatte, bei Fehlen das versicherte Kind. Für PROFIL im Todesfall des Versicherten Ⓒ nach dem Tod des Versicherten Ⓑ: das versicherte Kind.

☑ Besondere Klausel, im Erlebensfall: **und im Todesfall:**

xxxxxxxx **"Der Vater, bie Fehlen die Mutter, bei Fehlen die versicherte Person A, bie Fehlen die Geschwister, bei Fehlen die anderen Erben der Versicherten Person A."**

**Wichtige Bemerkung:** Bei einer Versicherung auf zwei Leben oder auf fremdes Leben ist es ratsam, dass der Versicherungsnehmer durch eine handschriftliche testamentarische Verfügung unter Ziffer 12 den Versicherungsnehmer bezeichnet, welcher im Todesfall sein Nachfolger sein soll.

## 12. Bemerkungen

Der Versicherungsnehmer erklärt, vor Unterzeichnung des Antrags ein Exemplar der allgemeinen Bedingungen, gegebenenfalls die ergänzenden Versicherungsbedingungen «Regeln für die gebundene Vorsorge-Police» erhalten zu haben.

Handelt es sich um einen Vertrag mit ärztlicher Untersuchung, so verpflichten sich die zu versichernden Personen, innert 10 Tagen den Arzt ihrer Wahl aufzusuchen.

## 13. Unterschriften

Ort **MEXICO**          Datum **09. 03. 94**          Der Versicherungsnehmer  X _(signature)_

Die versicherten Personen (andere als der Versicherungsnehmer)

Ⓐ          Ⓑ          Ⓒ

Die Anträge Minderjähriger müssen von ihrem gesetzlichen Vertreter (das Verhältnis zum Versicherten angeben), diejenigen von bevormundeten Personen vom Vormund und der Vormundschaftsbehörde unterzeichnet sein.

Der gesetzliche Vertreter/Vormund

Ⓧ _(signature)_          Verhältnis **FATHER**

Der Vertreter der «La Suisse», der die Echtheit vorstehender Unterschriften bescheinigt

**Beilagen**

☐ 1, ☐ 2, ☐ 3, Gesundheitserklärungen

☐ sonstige

1

# «La Suisse»

La Suisse, Lebens-Versicherungs-Gesellschaft, Lausanne

## Erklärungen über den Gesundheitszustand

Diese Erklärung ist integrierender Bestandteil

☑ des neuen, am _09.03.19.94_ unterzeichneten Versicherungsantrags

☐ des Änderungs- oder Wiederinkraftsetzungs-Antrags zur Police Nr. └────────────────┘

Dank dieser Erklärung kann unsere medizinische Abteilung Ihren gegenwärtigen Gesundheitszustand überprüfen. Sie können sie ausgefüllt und unterzeichnet unserem Vertreter übergeben oder mit dem Vermerk «vertraulich» in verschlossenem Umschlag direkt an den Vertrauensarzt der «La Suisse» Versicherungen, Avenue de Rumine 13, 1005 Lausanne, senden

Beantworten Sie die Fragen bitte sorgfältig. Sie müssen wissen, dass gemäss Art. 6 des Bundesgesetzes über den Versicherungs-Vertrag (VVG) jede Auslassung oder falsche Erklärung das Bestehen Ihres Vertrags und somit die Auszahlung der versicherten Leistungen in Frage stellen kann.

### Zu versichernde Person

Herr ☑¹ Frau ☐² Frl. ☐³ Andere └──────────────────┘

Name └ C O H E N , D A V I D ┘

Vorname └──────────────────────────┘

Geburtsdatum _03.06.19.85_

Sprache: F ☐ D ☐ I ☐

Zivilstand: L ☑² V ☐² G ☐³ W ☐⁴

Versicherter: ☑Ⓐ ☐Ⓑ ☐Ⓒ

### 1. Kurzer Fragebogen

|  | ja | nein |
|---|---|---|
| 1.1 Sind Sie gegenwärtig bei guter Gesundheit? | ☑ | ☐ |
| 1.2 Leiden Sie an Folgen einer Krankheit, eines Unfalls oder eines angeborenen Gebrechens? | ☐ | ☑ |
| 1.3 Sind Sie voll arbeitsfähig? | ☑ | ☐ |
| 1.4 Waren Sie in den letzten 3 Jahren krank oder haben Sie einen Unfall erlitten? Haben Sie einen Arzt, einen Psychologen oder einen Chiropraktor konsultiert? Sind Sie in einem Spital, einer Klinik oder in irgend einer medizinischen Anstalt oder Kuranstalt gepflegt worden? | ☑ | ☐ |
| 1.5 Haben Sie sich in den letzten 3 Jahren besonderen Kontrollen unterzogen: Blutdruck, Elektrokardiogramm, Röntgenaufnahme, AIDS-Test? | ☐ | ☑ |

1.6 Grösse: _1.29_ cm    Gewicht: _31_ kg

Wenn ein graues Viereck angekreuzt wurde, geben Sie bitte nachstehend alle Einzelheiten an.

| Präzisierungen / Art der Affektion / Art der Kur / Art und Resultat der Kontrolle | Jahr | Dauer | Vollständ. Heilung | Name und Adresse des behandelnden Arztes bzw. Spitals |
|---|---|---|---|---|
| COLD | 93 | ... | YES | DR. MAY SHEIN |
|  |  |  |  |  |
|  |  |  |  |  |

### 2. Allgemeiner Fragebogen

|  | ja | nein |
|---|---|---|
| 2.1 Haben Sie die Absicht sich in einem Land ausserhalb Westeuropas während mehr als 3 Monaten aufzuhalten? | ☑ | ☐ |
| 2.2 Sind Sie bereits durch eine individuelle Lebens-, Kranken- oder Unfallpolice der «La Suisse» versichert? | ☐ | ☑ |
| 2.3 Haben Sie während der letzten 12 Monate einen Antrag für eine Lebens-, Kranken-, oder Erwerbsunfähigkeitsversicherung bei der «La Suisse» oder einer anderen Gesellschaft eingereicht, der abgelehnt, zurückgestellt oder zu erschwerten Bedingungen (Vorbehalt, Ablehnung einer Leistung oder Zuschlagsprämie) angenommen wurde? | ☐ | ☑ |
| 2.4 Betreiben Sie Sport? | ☐ | ☑ |

Wenn ein graues Viereck angekreuzt wurde, geben Sie bitte nachstehend alle Einzelheiten an.

Einzelheiten wie z. B. Aufenthaltsland, -Grund, Dauer, Pol. Nr. «La Suisse», Datum der Antragseinreichung, Name der Gesellschaft, Sportarten, Wettkämpfe, usw.

MEXICO    RESIDENT

Die folgenden Fragen müssen nur dann beantwortet werden, wenn die beantragten Todesfalleistungen Fr. 50 000.— oder die Rente bei Erwerbsunfähigkeit Fr. 6000.— überschreitet, und wenn keine ärztliche Untersuchung verlangt wird.

### 3. Zusätzliche Gesundheitsfragen

Haben oder hatten Sie jemals eine oder mehrere der folgenden Gesundheitsstörungen zufolge Krankheit oder Unfall, litten oder leiden Sie an

|  | ja | nein |
|---|---|---|
| 3.1 Erkrankungen der Atemwege: wie z.B. Asthma, Bronchitis, Lungenentzündung usw. | ☐ | ☑ |
| 3.2 Erkrankungen des Herzens oder der Kreislauforgane: wie z.B. Angina pectoris, Herzinfarkt, Herzfehler, erhöhter Blutdruck, Arterien- oder Venenerkrankungen, Thrombosen, Krampfadern usw. | ☐ | ☑ |
| 3.3 Erkrankungen des Gehirns oder des Nervensystems: wie z.B. Lähmung, Epilepsie, nervöse oder psychische Störungen, Überanstrengung, Depressionen, wiederholte Kopfschmerzen, usw. | ☐ | ☑ |
| 3.4 Erkrankungen des Verdauungstraktes: wie z.B. des Magens, des Dünn- oder Dickdarmes, der Leber, der Gallenblase, der Bauchspeicheldrüse usw. | ☐ | ☑ |
| 3.5 Erkrankungen der Haut oder der Sinnesorgane: wie z.B. Ekzem, Augen- oder Ohrenkrankheiten: z.B. starke Kurzsichtigkeit, Taubheit usw. | ☐ | ☑ |
| 3.6 Erkrankungen der Knochen, der Muskeln und der Gelenke: wie z.B. Rheuma, Arthrose, Hexenschuss, Ischias, Diskushernie, Arthritis usw. | ☐ | ☑ |
| 3.7 Erkrankungen der Nieren, der Harnwege oder der Geschlechtsorgane: wie z.B. Blasen- oder Prostataerkrankungen, Nieren- oder Blasensteine, Ausscheidung von Eiweiss oder Blut im Urin, usw. | ☐ | ☑ |
| 3.8 Erkrankungen des Blutes oder Infektionskrankheiten: wie z.B. Blutarmut, Tropenkrankheiten, Leberentzündungen (Hepatitis A oder B), HIV-Antikörper (AIDS) usw. | ☐ | ☑ |
| 3.9 Unterleibs- oder Brusterkrankungen. | ☐ | ☑ |
| 3.10 Stoffwechsel- oder Drüsenstörungen: wie z.B. Diabetes, erhöhter Cholesterinspiegel, Gicht, Schilddrüsenstörungen, Hodenerkrankungen, usw. | ☐ | ☑ |
| 3.11 Übertragbaren Erkrankungen: wie z.B. Syphilis, Harnröhrenkatarrh, HIV-Antikörper (AIDS), usw. | ☐ | ☑ |
| 3.12 Geschwülste, Krebs. | ☐ | ☑ |
| 3.13 Gebrauchen Sie Rauschgifte (Drogen), sind Sie oder waren Sie wegen Alkohol-, Drogen- oder Heilmittelkonsum oder wegen irgend einer anderen Sucht in Behandlung? | ☐ | ☑ |
| 3.14 Haben Sie Bade-, Erholungs- oder Entziehungskuren gemacht oder wurden Sie mit radioaktiven Stoffen behandelt oder bestrahlt? | ☐ | ☑ |

Wenn ein graues Viereck angekreuzt wurde, geben Sie bitte nachstehend alle Einzelheiten an.

| Frage Nr. | Präzisierungen / Art der Affektion / Art der Kur / Resultat der Untersuchungen | Jahr | Dauer | Vollständ. Heilung | Name und Adresse des behandelnden Arztes bzw. Spitals |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Bemerkungen

Die zu versichernde Person ermächtigt die Ärzte, die sie behandelt oder untersucht haben, sowie Drittpersonen, dem Gesellschaftsarzt der «La Suisse» alle nützlichen Auskünfte über ihren Gesundheitszustand vertraulich zur Kenntnis zu bringen.

### Unterschriften

Ort   MEXICO

Datum   09.03.94

Die zu versichernde Person

Der gesetzliche Vertreter (X) _[signature]_
(falls notwendig)

No. 60   Nummer des Vorlebers   7113

BITU-SWISS S.A

1. Versicherungsnehmer ☒

Name, Vorname   GOMEZ  DAVID
MARQUEZ  DE  MEDINA  HIRACIO
COL. POLANCO  MEXICO  DF   11580

Geburtsdatum   02.01.9.65
Sprache   ENGLISH
Land   MEXICO

I.G.A.V.
POSTFACH 8213
8036 ZURICH

3. Versicherter

6. Versicherte Leistungen

VERSICHERUNG   02.01.9.14
                02.07.2009

Im Erlebensfall am

Im Todesfall   HEIRAT

Bei Tod durch Unfall

Bei Erwerbsunfähigkeit

7. Prämienzahlung

8. Überschussbeteiligung

9. Verpfändung

# « La Suisse »

Company, Lausanne

Policy Nr 1.098.983 - Date 06.04.94 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.098.983
--------------------
Policyholder          COHEN DAVID

                      POLANCO
                      VAZQUEZ DE MELLA 412-101
                      MEX-11560 MEXICO D.F.

Person(s) Insured     A: COHEN DAVID

Kind of Insurance     GLOBAL, mixed insurance on the life of a child
                      Code: 11.0256.2/1 +0000.
                      Benefits insured: see following page(s)

Beginning of Contract 2.07.1994

End of Contract       2.07.2009

Premium
-------

Yearly                                        Due

SFR.      6.333,00.                            2.07.1994

                      Maturity: 01.07
                      Final Maturity:   1.07.2008

General Insurance Conditions (CGA) :    VI1/1993

5

# 《La Suisse》

La Suisse, Life Insurance
Company, Lausanne

Policy Nr 1.098.983 - Date 06.04.94 - Page    2


Person Insured A:    COHEN DAVID                    born        2.01.1985
------------------

Main Benefit
------------

In case of life  2.07.2009
Payment of a sum of                          SFR.        100.000.--

In case of death before  2.07.2009
Payment of a sum of                          SFR.        100.000.--

Complementary Benefits
----------------------

If marriage occurs before 2.07.2009
advanced payement of the lump sum
payable in case of life of                   SFR.        100.000.--

# «La Suisse»

La Suisse, Life Insurance
Company, Lausanne

Policy Nr 1.098.983 - Date 06.04.94 - Page    3

## Guarantee of Insurability
--------------------------

This right in favor of the insured person A is calculated on the
basis of a capital of SFR. 100.000.--.
This increase will be made in the form of a main benefit payable
in case of life at the end of the present contract, or in the case
of death if it occurs before this date.

## Dividend-sharing
----------------

Dividends are paid into a savings account.

## Claimants
---------

In case of life and death : the father, by failing the mother, by
failing the insured person A, by failing the brothers and sisters,
by failing the other heirs of the insured person A.

## Special Clauses
---------------

Place of the payments of premiums:

A premium is considered paid only at the time that it is received at
the headquarters of <<La Suisse>> in Lausanne or, on behalf of the
company, at any one of the general agencies in Switzerland.

In case of marriage before having reached one's nineteenth
year the benefits shall be reduced according to the following scheme:
by year and/or part of year between the date of insured's
marriage and the one of his nineteenth year:
 5 % if the age of entry is between 0 and 1 year
 6 % if the age of entry is between 2 and 3 years
 7 % if the age of entry is between 4 and 5 years
 8 % if the age of entry is between 6 and 7 years
 9 % if the age of entry is between 8 and 9 years
10 % if the age of entry is ten years.

## Federal Law on Insurance Contracts (Art.12 LCA.)
--------------------------------------------------

In case the policy or endorsements do not correspond with the
original agreement, the policyholder must request correction within
4 weeks of receipt of the documents. Failure to do so will be
considered as acceptance.

Lausanne, le 06.04.94
La Suisse
Life Insurance Company

7

P. 01



## ABN AMRO Bank N.V.
*Advice of Debit*

Account Number  456060883141

Account Name    MONEY TRON CASA DE CAMBIO

| Posting Date | Value Date | Currency | Debit Amount | ERI Ccy | I RI Amount | Your Reference | Our Reference |
|---|---|---|---|---|---|---|---|
| 12-Oct-2000 | 12-Oct-2000 | USD | 3,850.00 | | | U015206 SWFSTP | 360685 |

CHIPS SSN 0233558
PAID UBS STAMFORD CT NEW YORK, N.Y 10008
F/O UBS AG ZURICH ZURICH, SWITZERLAND
ORG.EZRA COHEN OGB.MONEY TRON CASA DE CAMBIO S.A. DE C C.P. 03930
MEXICO OBI.REF. DAVID COHEN POLICY NO. 1098983

Printed By :  Efrain Vazquez Guerrero                    Printed on : 22-Nov-2000   at  12:47:51



Printed By :  Efrain Vazquez Guerrero                    Printed on : 22-Nov-2000   at  12:48:50

## ABN AMRO Bank N.V.
*Advice of Debit*

Account Number  456060883141

Account Name    MONEY TRON CASA DE CAMBIO

| Posting Date | Value Date | Currency | Debit Amount | ERI Ccy | ERI Amount | Your Reference | Our Reference |
|---|---|---|---|---|---|---|---|
| 23-Oct-2000 | 23-Oct-2000 | USD | 3,850.00 | | | U015219 SWFSTP | 360685 |

CHIPS SSN 0236072
PAID UBS STAMFORD CT NEW YORK, N.Y 10008
F/O UBS AG ZURICH ZURICH, SWITZERLAND
ORG.EZRA COHEN OGB.MONEY TRON CASA DE CAMBIO S.A. DE C C.P. 03930
MEXICO OBI.REFERENCE COMPANY. LA SUISSE POLICE NUMBER. 1 098 983
INSURED. DAVID COHEN,PREMIUM DUE.DATE 070100 EXIST LOAN

Printed By :  Efrain Vazquez Guerrero                    Printed on : 22-Nov-2000   at  12:48:50



**Deal Reference Number: ONLINE FX20001005593**

**Deal Details:**

Recu le:

– 7 JUIL. 1997

MEXICO LE 27 JUIN 1997.

LA SUISSE, LIEE INSURANCE.
AV.DE RUMINE 13, – P.O.B. 1307.
1001 LAUSANNE
S U I S S E.
----------------------

MESSIEURS;

REF.: POLICE D'ASSURANCE No.1.098.983.

NOUS VOUS INFORMOS AVOIR ACQUIS LA POLICE D'ASSURANCE CI-HAUT
MENTIONNE A LA COMPAGNIE

> BITUSWISS S.A.
> P.O.B. No.880.
> MONROE, N.Y. 10950.

PAYABLE EN TRIS PAIEMENTS CI-BAS MENTIONNES:

> POUR L'ANNES 1994 = U.S.$. 4.900.—.
> POUR L'ANNEE 1995 = U.S.$. 5.654.46.
> POUR L'ANNEE 1996 = U.S.$.5.233.88.

CES TROIS PAIEMENTS ONT ETE PAYE INTEGRALEMENT EN TEMPS^DU A
VOTRE AGENCE BITUSWISS S.A. DE NOTRE PART.

NOUS VOUS PRIONS DE BIEN VOULOIR NOUS INFORMER SI LA
CIE.BITUSWISS S.A. VOUS A TRANSFERER CES PAIEMENTS,ETANT DONNE
QUE BITUSWISS S.A. NOUS RECLAME UN NOUVEAU PAIEMENT SANS AUCUNE
RAISON,VU QUE SELON NOTRE ACCORD NOUS DEVIONS EFFECTUER SEULEMENT
TROIS PAIEMENTS ET LE RESTE DEVRA ETRE COUVERT AVEC LES INTERETS.

DANS CETTE ATTENTE DE VOTRE REPONSE PAR FAX AU NUMERO
MEXICO (5) (250.41.13) ET VOUS PRIONS D'AGREER NOS MEILLEURS
SALUTATIONS.

EZRA COHEN, KASSIN.

בס"ד

```
CHILD NAME            COHEN DAVID-EZRA
D.O.B.  01-02-1985  AGE  9 YR.  6 MO.  BOY
PROPOSED EFFECTIVE DATE        07-02-1994

ENDOWMENT AT 24 POLICY SUM SFr. 100,000.00
BASIC ANNUAL PREMIUM          SFr.   6,123.00
PREMIUM FOR MARRIAGE RIDER SFr.      210.00
TOTAL ANNUAL PREMIUM          SFr.   6,333.00
```

## < SWISS FRANC CHART >

| | IF PREMIUM PAID ALL YEARS | | | | IF PREMIUM PAID 3 YEARS ONLY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AGE | BENEFIT | PAID | GAIN | RETURN | LOAN* | BENEFIT | PAID | GAIN | RETURN |
| 20 | 109424 | 69663 | 39761 | 7.13 | 68676 | 40749 | 18999 | 21750 | 7.79 |
| 19 | 108132 | 63330 | 44802 | 9.46 | 57759 | 50373 | 18999 | 31374 | 11.45 |
| 18 | 98006 | 56997 | 41009 | 10.73 | 47608 | 50398 | 18999 | 31399 | 13.06 |

BENEFIT CONSISTS OF POLICY FACE-SUM + BONUS + ANY PRO-RATA PREM. REFUND
LESS ANY OUTSTANDING LOANS.


\* CURRENT LOAN-INTEREST-RATE IS 7.53% - INTEREST-RATE NOT GUARANTEED.

@ FIGURES VALID ONLY TO END OF MONTH - PREPARED ON 03-16-1994

## < PRE-PAYMENT DISCOUNT TABLE >

| YEAR | PREMIUM | LATE-CHG | DISCOUNT @ | NET PREM | TOTAL SF | TOTAL US$ |
|---|---|---|---|---|---|---|
| 1 | 6333.00 | 0.00 | 124.18 | 6208.82 | 6208.82 | 0.00 |
| 2 | 6333.00 | 0.00 | 475.62 | 5857.38 | 12066.21 | 0.00 |
| 3 | 6333.00 | 0.00 | 807.17 | 5525.83 | 17592.04 | 0.00 |

```
                                              GEB. 02.01.85
COHEN DAVID-EZRA                              CM        1.29
VAZQUEZ DE MELLA 412-101                      KILO        32
COL. POLANCO MEXICO DF 11560

MAY SHEIN
REASON:  93 COLD
```

```
==========================================================
                            Geschlecht  =  M
Beginn   02.07.1994         Alter       =  9
Ende     02.07.2009


                            A  15   100,000  6273.00

|_____|

                            A  15   100,000   210.00
                            A  15   100,000
HEIRAT
Konstantes Kapital (Vers.etc.)
```

```
                                             6483.00
                                              150.00
Sub-Total                                    6333.00
Summenrabatt  1.50%
TOTAL DER JAHRESPRAEMIEN
```

# 《 La Suisse 》

Assurances · Versicherungen · Assicurazioni

Direction générale

**T E L E F A X**
**＊＊＊＊＊＊＊＊＊＊＊**

| | |
|---|---|
| **Destinataire / Empfänger** | I.G.A.V<br>c/o Frau G. Kernberg<br>Postfach 8213<br>8036 Zürich |
| **Fax No / Fax Nr.**<br>**Nombre pages / Anzahl Seiten** | 01 / 461 38 62<br>1 |
| **Expéditeur / Absender** | La Suisse, Lausanne<br>Sarah Rickenbacher/15 |
| **Fax No / Fax Nr.**<br>**Date / Datum** | 021 / 313 75 98<br>27.09.1995 |

Ihr Fax Nr. B-1428

## Police Nr. 1'098'983 - Cohen David

Sehr geehrte Frau Kernberg

Zu der vorerwähnten Police haben wir am 19.09.1995 einen Scheck über US\$ 5'654.46 erhalten.

Die Bank hat uns für diesen Scheck den Gegenwert von CHF 6'352.80 gutgeschrieben, den wir wie folgt verwendet haben:

|  |  |
|---|---|
| Jahresprämie per 01.07.1995 | CHF 6'333.-- |
| Verzugszins 5 % vom 01.08.1995 - 30.09.1995 | CHF    52.80 |
|  | ------------ |
|  | CHF 6'385.80 |
| ./. Ihr Scheck | CHF 6'352.80 |
|  | ------------ |
| Differenz zu unseren Gunsten | CHF    33.-- |
|  | ============ |

Wir bitten Sie, uns noch die Differenz von CHF 33.-- zu überweisen.

Mit freundlichen Grüssen

La Suisse
Einzel-Leben-Abteilung

This check was sent to La Suisse on 9/12/95.

for Pol: # 1098 983

DATE 05-21-1996

Tel. 914-783-3737
Fax. 914-782-4330

BITUSWISS , S.A.
POST OFFICE BOX 880
MONROE, N.Y. 10950

EZRA COHEN
VAZQUEZ DE MELLA 412-101
POLANCO MEXICO 11560

ACCOUNT NUMBER    1452
POLICY NUMBER     1098983
COMPANY -         LA SUISSE
CHILD NAME        DAVID



**CREDIT SUISSE**

0470- 17

6901 LUGANO
03 FEB 1997

# KOPIE

Rückfragen zu dieser Anzeige
TEL 091/802 9131

**A** Prioritaire  **P.P.** CASELLA POSTALE 2836
6901  LUGANO 1

A

Unsere Referenz
XZT     GE0X-0203-50-38-1000

Ihre Referenz

FRAU
G. KERNBERG
I.G.A.V.
POSTFACH
8036 ZUERICH

## BELASTUNGSANZEIGE

KONTO LAUTEND AUF:

FIRMENKONTO

        CHF      707781-21-1

BITUSWISS SA
PANAMA

---

GEMAESS AUFTRAG VOM 31 DEC 96

| | | | |
|---|---|---|---|
| UNSERE SPESEN | | CHF | 6,517.7 |
| | | CHF | 3.0 |
| | VAL 31 DEC 96 | CHF | 6,520.7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ZUGUNSTEN:
LA SUISSE VIE
LAUSANNE

ZAHLUNGSGRUND:
POL.NO.1098983
COHEN DAVID
PRAEM + VZ

MIT FREUNDLICHEN GRUESSEN

CREDIT SUISSE

Formular ohne Unterschrift

15

**«La Suisse» Assurances**

| **Mitteilung** | Date : 03. 09. 97 |
|---|---|
| **Absender :** | **Floriane Bruchez** |
| **Empfänger :** | I. G. A. V. |

☐ Zession
☐ Aenderung Prämienzahlungsart    ☐ Originalnachtrag für Kunde
☐ Begünstigungsklausel                  ☐ Originalnachtrag bleibt hier wegen Darlehen,
☐ Bonus-Rückkauf                             Duplikata für Kunde

☐ Rechnung

☐ Darlehen vollständig zurückbezahlt => Originalpolice zurück

☐ Unterschrift stimmt nicht überein

☐ Rückkaufswert reicht nicht aus, um die ganze Prämie mit Darlehen zu kompensieren.

☐ Wir benötigen Originalpolice und Originalnachtrag, um Darlehenspapieren zu erstellen

☐ Darlehenspapiere bitte unterzeichnet zurück

☐ Rückkaufswerte

☐ Police definitiv reduziert und prämienfrei gestellt infolge Nichtbezahlung :
            ☐ der Prämie
            ☐ der Darlehenszinsen
            ☐ der Verzugszinsen

☐ Betrag              ☐ als Akontozahlung verwendet
            ☐ als Teilrückzahlung des Darlehen verwendet
            ☐ wird Ihnen zurückerstattet

☐ Nachtrag folgt

☐ Entspricht nicht den neuen Regeln

☐

☐ Betrifft folgende Policen : 1'098'983 COHEN David

Please get in contact with the client,
we don't know about your agreement.

Yours sincerely

16



**«La Suisse»**
Assurances · Versicherungen · Assicurazioni

Direction générale

DARLEHEN AUF POLICE NR. 1.098.983

Unser Zeichen: 2330 / 050 - DI

Zwischen der La Suisse, Lebens-Versicherungs-Gesellschaft, nachstehend
«La Suisse», und

MR. COHEN DAVID
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

nachstehend "Darlehensnehmer", wird folgendes vereinbart:

1. Der Darlehensnehmer anerkennt, der «La Suisse» die Summe von
   SIEBENTAUSENDZWEIUNDFUENFZIG / 55  SCHWEIZER FRANKEN

   zu schulden, die er als Darlehen erhalten hat.

2. Dieses Darlehen unterliegt den beigefügten Bedingungen.

3. Der Zinssatz beträgt  7,50 % pro Jahr.

4. Zur Sicherstellung der Darlehenssumme und der Zinsen verpfändet der
   Darlehensnehmer der «La Suisse» alle Ansprüche aus der nachstehend
   bezeichneten Police:

| Police Nr. | Versicherungen | Kapital | | Beginn | Fälligkeit |
|---|---|---|---|---|---|
| 1.098.983 | GLOBAL | CHF | 100.000,00 | 2.07.1994 | 2.07.2009 |

5. Die «La Suisse» bescheinigt, als Sicherstellung des gegenwärtigen Darlehens
   sowie allfälliger Ergänzungen die obgenannte Police erhalten zu haben, welche
   bei ihr bis zur vollständigen Rückzahlung der Schuld hinterlegt bleibt.

Lausanne, 30.09.1997

La Suisse,                                    Der Darlehensnehmer resp.
Lebens-Versicherungs-Gesellschaft            der gesetzliche Vertreter

                    ER

Abrechnung

Bruttodarlehen                                        7.052,55
Abzüglich Jahreszins zu    7,50 %                       528,95
Geschuldete Prämien                                   6.273,60
Gebühr                                                  250,00

Auszuzahlender Saldo                      CHF            0,00



**«La Suisse»**

Assurances · Versicherungen · Assicurazioni

Direction générale

**NEUES DARLEHEN AUF POLICE NR. 1.098.983**

Unser Zeichen: 2330 / 050 - DI

Zwischen der La Suisse, Lebens-Versicherungs-Gesellschaft, nachstehend
«La Suisse» und

MR. COHEN DAVID
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

nachstehend "Darlehensnehmer", wird folgendes vereinbart:

1. Gegen Verpfändung der nachstehend bezeichneten Police:

| Police Nr. | Versicherungen | Kapital | | Beginn | Fälligkeit |
|---|---|---|---|---|---|
| 1.098.983 | GLOBAL | CHF | 100.000,00 | 2.07.1994 | 2.07.2009 |

hat die «La Suisse» dem Darlehensnehmer verschiedene Darlehen im Gesamtbetrag
von CHF     7.052,55 zugestanden.

2. Die «La Suisse» gewährt heute dem Darlehensnehmer ein neues Darlehen von
**SIEBENTAUSENDSECHSHUNDERTACHTUNDACHTZIG / 60  SCHWEIZER FRANKEN**
wofür sich der Darlehensnehmer gegenüber der «La Suisse» als Schuldner anerkennt.

3. Der Zinssatz dieses Darlehens beträgt    7,50 % ; der für ein nachträgliches,
durch dieselbe Police garantiertes Darlehen vereinbarte Zinssatz wird auch für
das gegenwärtige und die vorbestehenden Darlehen gelten.

4. Der Zins für dieses Darlehen ist jährlich im voraus zahlbar; sein
Fälligkeitstermin gilt auch für die vorher vereinbarten Darlehen.

5. Die unter Ziffer 1 angeführte Police dient zur Sicherstellung des vorliegenden
Darlehens und der Zinsen sowie der diesbezüglichen Abschluss-oder
Durchführungskosten.

6. Die Bedingungen des ursprünglichen, durch diese Police sichergestellten
Darlehens, welche mit jenen der vorliegenden Vereinbarung nicht in
Widerspruch stehen, sind ebenfalls anwendbar.

Lausanne, 30.09.1998

La Suisse
Lebens-Versicherungs-Gesellschaft

*iv Boloni*

MONROE NY  19.10.98
Der Darlehensnehmer resp.
der gesetzliche Vertreter

Vertreten Gemäss Vollmacht
Durch Hernn  A. Horowitz

18

POWER OF ATTORNEY
-----------------

I THE UNDERSIGNED  _EZRA  COHEN_  RESIDING AT  _VAZQUEZ  DE  MELLA_
_412-101 , MEXICO_  , HEREBY GIVE A LIMITED POWER OF ATTORNEY
TO BITUSWISS, S.A. REPRESENTED BY MR. A. HOROWITZ IN N.Y.

TO ACT ON MY BEHALF IN OBTAINING LOANS FROM LA-SUISSE LIFE INSURANCE CO.
AGAINST POLICY NR. _1.098.983_  ON THE LIFE OF _DAVID_  ,
AND TO SIGN ON MY BEHALF ALL DOCUMENTS REQUIRED TO OBTAIN SUCH LOAN,
WHENEVER THE PROCEEDS OF THE LOAN ARE USED TO PAY PREMIUM AND/OR INTEREST
DUE ON THE ABOVE NUMBERED POLICY.

THIS SHALL ALSO SERVE AS CANCELLATION OF ANY CURRENTLY IN-FORCE POWER'S OF
ATTORNEY FOR THE ABOVE POLICY.

THIS AUTHORIZATION WILL REMAIN IN EFFECT UNTIL CANCELED BY ME IN WRITING
BY SENDING WRITTEN NOTIFICATION BY REGISTERED MAIL TO HEAD-OFFICE.

PLACE _MEXICO_                DATE _15. 10.98_

_X_  _____        _AL  HOROWITZ_
POLICYHOLDER                    ATTORNEY IN FACT

19



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

Direction générale

                              MR.
                              COHEN DAVID
                              POLANCO
                              VAZQUEZ DE MELLA 412-101
                              MEX-11560 MEXICO D.F.


                              LAUSANNE, 30.09.1998


**ABRECHNUNG FUER ERHOEHUNG DES POLICENDARLEHENS**

Unser Zeichen: 2330 / 050 - DI

POLICE NR. : 1.098.983


Währung : SCHWEIZER FRANKEN

Neues Darlehen vom  1.08.1998                                    14.741,15

Vorbestandenes Darlehen vom  1.08.1997                           7.052,55

Erhöhung des Darlehens per  1.08.1998                            7.688,60

Zins   7,50 % vom  1.08.1998 bis  1.08.1999 = 360 Tage           -528,95

Jahreszins auf dem neuen Darlehen von      14.741,15 zu   7,50 %  1.105,60

Geschuldete Prämien                                              6.333,00

Geschuldeten Zinsen                                               528,95

Gebühr                                                            250,00

Saldo zu Ihren Gunsten                              CHF             0,00


Mit freundlichen Grüssen


la Suisse
Lebens-Versicherungs-Gesellschaft

# «La Suisse» Assurances

| | |
|---|---|
| **Mitteilung** | Date : _18_ . _12_ . 2000 |
| **Absender :** | Herr Adrian Lauper |
| **Empfänger :** _I. G. A. V._ | ☐ per Fax |
| **Police Nr./Versicherte Person :** _1. 098. 983 – Cohen David_ | |

**Ihr/unser Schreiben vom:** _Es fehlen uns noch CHF 105,50_
_für die Prämie 07/00. Besten Dank für die_
_Überweisung._

☐ Darlehenspapiere bitte unterzeichnet zurück

☐ Zahlungsauftrag bitte unterzeichnet zurück

☐ Wir benötigen   ☐ Originalpolice       ☐ Originalnachtrag für Darlehen

☐ Rückkaufswert reicht nicht aus, um die ganze Prämie mit Darlehen zu kompensieren

☐ Darlehen vollständig zurückbezahlt => Originalpolice zurück

☐ Wir benötigen eine Vollmacht  /  Gesundheitserklärung

☐ Original-Heiratspapiere zurück

☐ Zession

☐ Änderung Prämienzahlungsart       ☐ Originalnachtrag für Kunde

☐ Begünstigungsklausel       ☐ Duplikata für Kunde wegen Darlehen

☐ Bonus-Rückkauf

☐ Verlusterklärung       ☐ Ersatz-Originalpolice für Kunde
                        ☐ Duplikata für Kunde wegen Darlehen

☐ Clientreporting  per_____

☐ Police definitiv reduziert und prämienfrei gestellt infolge Nichtbezahlung
  (Originalnachtrag beiliegend)

       ☐ der Prämie per _____

       ☐ der Darlehenszinsen per _____

☐ Statement Buyback unkorrekt ausgefüllt (beigelegt)

21

-===<TELEFAX>===-

**Datum**              13.11.2000

**Emfaenger:**         MRS. T. BARONI

**Von:**               RIVKA HOROWITZ

                       Bituswiss , S.A.
                       P.O.B. 880
                       Monroe, N.Y. 10950

                       Tel. 1-914-783-0833 Direkt
                       Fax. 1-914-782-5158

**Anzahl Seiten:**     1 Inkl. Deckblatt

-==<TEXT>==--

Reference Nr. B-3913
--------------------
Regarding PREMIUM LOAN
----------------------
1'098'983 COHEN DAVID
------------------------------
PLEASE ISSUE A LOAN TO COVER THE OUTSTANDING PREMIUM FOR THE POLICY
MENTIONED ABOVE.

THE ORIGINAL POLICY IS ON DEPOSIT WITH HEAD-OFFICE, AS A RESULT OF
AS PREVIOUS LOAN.

YOUR IMMEDIATE DISPOSITION OF THIS MATTER, WILL BE GREATLY APPRECIATE

THANKING YOU IN ADVANCE.

```
-===<TELEFAX>===-
```

**Datum**            26.12.2000

**Emfaenger:**       MRS. T. BARONI

**Von:**             RIVKA HOROWITZ

                     Bituswiss , S.A.
                     P.O.B. 880
                     Monroe, N.Y. 10950

                     Tel. 1-914-783-0833 Direkt
                     Fax. 1-914-782-5158

**Anzahl Seiten:**   2 Inkl. Deckblatt

```
-==<TEXT>==--
```

Reference Nr. B-3994
--------------------
Regarding LOAN REDUCTION
------------------------
1'098'983 COHEN DAVID
------------------------
ATTACHED PLEASE FIND THE LOAN CONTRACT SIGNED FOR THE ABOVE MENTIONED
POLICY.

POLICYHOLDER ALSO MADE A PARTIAL PAYMENT. PLEASE APPLY PAYMENT AS A LOAN
REDUCTION AND SEND US THE CALCULATIONS.

THANKING YOU IN ADVANCE.



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

**NEUES DARLEHEN AUF POLICE NR. 1.098.983**

Unser Zeichen: 9999 / 050 - DI

Zwischen der La Suisse, Lebens-Versicherungs-Gesellschaft, nachstehend
«La Suisse» und

MR. COHEN DAVID
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

nachstehend "Darlehensnehmer", wird folgendes vereinbart:

1. Gegen Verpfändung der nachstehend bezeichneten Police:

| Police Nr. | Versicherungen | Kapital | Beginn | Fälligkeit |
|------------|----------------|---------|--------|------------|
| 1.098.983 | GLOBAL | CHF    100.000,00 | 2.07.1994 | 2.07.2009 |

   hat die «La Suisse» dem Darlehensnehmer verschiedene Darlehen im Gesamtbetrag
   von CHF    14.741,15 zugestanden.

2. Die «La Suisse» gewährt heute dem Darlehensnehmer ein neues Darlehen von
   **ACHTTAUSENDDREIHUNDERTZWOELF   SCHWEIZER FRANKEN**
   wofür sich der Darlehensnehmer gegenüber der «La Suisse» als Schuldner anerkennt.

3. Der Zinssatz dieses Darlehens beträgt   7,50 % ; der für ein nachträgliches,
   durch dieselbe Police garantiertes Darlehen vereinbarte Zinssatz wird auch für
   das gegenwärtige und die vorbestehenden Darlehen gelten.

4. Der Zins für dieses Darlehen ist jährlich im voraus zahlbar; sein
   Fälligkeitstermin gilt auch für die vorher vereinbarten Darlehen.

5. Die unter Ziffer 1 angeführte Police dient zur Sicherstellung des vorliegenden
   Darlehens und der Zinsen sowie der diesbezüglichen Abschluss-oder
   Durchführungskosten.

6. Die Bedingungen des ursprünglichen, durch diese Police sichergestellten
   Darlehens, welche mit jenen der vorliegenden Vereinbarung nicht in
   Widerspruch stehen, sind ebenfalls anwendbar.

Lausanne,  1.10.1999

La Suisse
Lebens-Versicherungs-Gesellschaft

MONROE NY 12·10·99
**Der Darlehensnehmer resp.
der gesetzliche Vertreter**

Vertreten Gemäss Vollmacht
Durch Herrn  A. Horowitz          24



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

```
MR.
COHEN DAVID
POLANCO
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.
```

LAUSANNE, 1.10.1999

## ABRECHNUNG FUER ERHOEHUNG DES POLICENDARLEHENS

Unser Zeichen: 9999 / 050 - DI

POLICE NR. : 1.098.983

Währung : SCHWEIZER FRANKEN

| | |
|---|---:|
| Neues Darlehen vom  1.08.1999 | 23.053,15 |
| Vorbestandenes Darlehen vom  1.08.1998 | 14.741,15 |
| Erhöhung des Darlehens per  1.08.1999 | 8.312,00 |
| Zins   7,50 % vom  1.08.1999 bis  1.08.2000 = 360 Tage | -1.105,60 |
| Jahreszins auf dem neuen Darlehen von        23.053,15 zu    7,50 % | 1.729,00 |
| Geschuldete Prämien | 6.333,00 |
| Geschuldeten Zinsen | 1.105,60 |
| Gebühr | 250,00 |
| Saldo zu Ihren Gunsten                                   CHF | 0,00 |

Mit freundlichen Grüssen

La Suisse
Lebens-Versicherungs-Gesellschaft



FIRMA                    HUELLA



Purchase Amount : CHF 6,436.50 Value Date : 11/24/00

**Deal Date**        : 11/22/00

**Settlement Instructions:**

|  | CHF Purchase Instructions | USD Sales Instructions |
|---|---|---|
| **Account Number** | : NR042573437021 | 2000192009962 |
| **Account Name** | : LA SUISSE VERSICHERUNGEN | MONEY TRON CASA DE CAMBIO |
| **Bank Name** | : CREDIT SUISSE | FIRST UNION NATIONAL BANK |
| Address | : THE SWISS POLICY NUMBERD 1098983 INSURED DAVID COHEN PREMIUM DATE 07/01/00 B C EZRA | |
| **City** | : LAUSANNE,SWITZERLAND | CHARLOTTE, NC |
| Post Code | : | |

⟳ 3



## An: LA SUISSE Leben

**Betrifft: Darlehensvertrag/Police Nr.** *01098883.*

**Versicherungsnehmer** _____

*Bitte nehmen Sie zur Kenntnis, dass der Versicherungsnehmer, persönlich oder durch seinen gesetzlichen Vertreter, ein Dokument unterzeichnet hat, mit welchem die genannte Police an die RABOBANK (Schweiz) AG in Zürich verpfändet wird, zum Zwecke der Kreditabsicherung.*

*Auf Verlangen der Rabobank (Schweiz) AG und gegen Vorlage einer Kopie der erwähnten Verpfändungsurkunde, unterzeichnet durch den Versicherungsnehmer bzw. seinen gesetzlichen Vertreter, werden Sie Hiermit aufgefordert, unter Einhaltung einer angemessenen frist, folgendes zu unternehmen.*

*1. Der Bank die genaue Höhe der Ausstände mitzuteilen, welche der Versicherungsnehmer del LA SUISSE Leben schuldet, einschliesslich Darlehen, Zinsen und/oder Prämien bzw. Verzugszinsen.*

*2. Der Bank den totalen Rückkaufswert (einschliesslich Bonus) mitzuteilen.*

*3. Der Bank die Original-Police auszuhändigen, welche gegenwärtig von der LA SUISSE Leben als Pfand gehalten wird, Zug um Zug gegen Bezahlung aller offenen Ausstände.*

*Hiermit wird der zwischen dem Versicherungsnehmer und LA SUISSE LEBEN bestehende Darlehensvertrag, für welchen die Police als Pfand diente, auf den Zeitpunkt der Zum-um-Zug-Bezahlung bzw. Auslösung des Pfandes, im Sinne des im Darlehensvertrag dem Versicherungsnehmer ausdrücklich gewährten Rechtes auf fristlose Kündigung des Darlehens, vorzeitig aufgelöst.*

Der Versicherungsnehmer (bzw. der gesetzliche Vertreter)

(X) _____     Datum _____

08/27/96  11:24  FAX                                                     001
FROM :                          PHONE NO. :                              P01

# SELECTED, S.A. DE C.V.

### IMPORTACION Y EXPORTACION DE BOLSAS,
### MOCHILAS Y ARTICULOS DE VIAJE

## FACSIMILI   TRANSMMISION.

TO: _____      DATE:_____

ATTN:  Mr. NUCHEM BIRENBAUM          FAX: NUMBER(525) 359-28-13.

FROM:  Mr. EZRA COHEN / MEXICO       YOURS FAX: _____

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE: _____ 1 _____

RE- POLICY NUMBER - 1098983

DEAR Mr.NUCHEM, AS PER YOUR PHONE CALL, YOU RECD MY CHECK BUT YOU HAD SOME
PROBLEM WITH IT.PLS ADV URGENTLY BY FAX IF YOU HADDEPOSIT IT, IF NOT SO PLS
FAX AGAIN THE CORRECT DEATAILS , AS NAME & AMOUNT, ALSO FAX YOUR NEW ADRESS
TO WHERE I HV TO SEND IT.


BEST REGARDS & AWAITING YOUR REPLAY.
EZRA COHEN.

PLS NOTE THAT NEXT WEEK A FRIEND OF MINE IF FLING TO N.Y & HE WILL GIVE YOU THE
CHECK.
MY FAX IS -525-3592813

*(OLD  NB  TO SEND  REPLACEMENT CHECK
AND)  MY  BALANCE  FR. 288.52  8/27/96*

*1098 983*

CALZADA AHUIZOTLA No. 5 A
COL. AHUIZOTLA C.P. 52800

226.00

TELEFONOS
359 13 81   359 13

08/26/96  13:37    TX/RX NO.0705    P.001   29

México D.F. 12 June 2001

Biruswiss

Please I want you to send me by fax your account number of La Suisse. so that I can pay de policy of this year.

I would like to know why are you charging me 1893 swiss francs of loan interest.

Also I would like to know how can I finish with this loan.

My fax number is 525 3596178

Sincerely yours.

Ezra Cohen


David Cohen
Policy number # 1098 983.

30

## «La Suisse» Assurances

| | |
|---|---|
| **Mitteilung** | Date : *14* . *2* . 2001 |

Absender :    Herr Adrian Lauper

Empfänger : *Fr. Kernberg / I. G. A. V.*    ◻ per Fax

Police Nr./Versicherte Person : *1. 098. 983 – Cohen David*

~~Ihr/unser Schreiben vom:~~ _____

*Bitte rufen Sie mich im Verlaufe*
*des Tages an*
                    *Besten Dank.*

_____

_____

◻ Darlehenspapiere bitte unterzeichnet zurück

◻ Zahlungsauftrag bitte unterzeichnet zurück

◻ Wir benötigen   ◻ Originalpolice        ◻ Originalnachtrag für Darlehen

◻ Rückkaufswert reicht nicht aus, um die ganze Prämie mit Darlehen zu kompensieren

◻ Darlehen vollständig zurückbezahlt => Originalpolice zurück

◻ Wir benötigen eine Vollmacht / Gesundheitserklärung

◻ Original-Heiratspapiere zurück

◻ Zession

◻ Änderung Prämienzahlungsart      ◻ Originalnachtrag für Kunde

◻ Begünstigungsklausel              ◻ Duplikata für Kunde wegen Darlehen

◻ Bonus-Rückkauf

◻ Verlusterklärung      ◻ Ersatz-Originalpolice für Kunde

                        ◻ Duplikata für Kunde wegen Darlehen

◻ Clientreporting per_____

◻ Police definitiv reduziert und prämienfrei gestellt infolge Nichtbezahlung
  (Originalnachtrag beiliegend)

        ◻ der Prämie per _____

        ◻ der Darlehenszinsen per _____

◻ Statement Buyback unkorrekt ausgefüllt (beigelegt)

31

# «La Suisse» Assurances

| | |
|---|---|
| **Mitteilung** | Date : *2* . *4* . 2001 |
| **Absender :** Herr Adrian Lauper | |
| **Empfänger :** *I. G.A.V.* | ☐ per Fax |
| **Police Nr./Versicherte Person :** *1. 098. 983 – Cohen David* | |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

~~Uhr/unser Schreiben vom:~~ *Für obengenannte Pol. existiert eine Anzahlung über 6'438,50. Die Prämie beträgt sich jedoch auf "nur" 6'333.–, d.h. es macht keinen Sinn, die Prämie mit einem Darlehen zu kompensieren. (Kosten 250 + Zins!) Sollten Sie trotzdem ein Darlehen wünschen, teilen Sie uns dies umgehend mit.*

☐ Darlehenspapiere bitte unterzeichnet zurück

☐ Zahlungsauftrag bitte unterzeichnet zurück

☐ Wir benötigen   ☐ Originalpolice   ☐ Originalnachtrag für Darlehen

☐ Rückkaufswert reicht nicht aus, um die ganze Prämie mit Darlehen zu kompensieren

☐ Darlehen vollständig zurückbezahlt => Originalpolice zurück

☐ Wir benötigen eine Vollmacht / Gesundheitserklärung

☐ Original-Heiratspapiere zurück

☐ Zession

☐ Änderung Prämienzahlungsart   ☐ Originalnachtrag für Kunde

☐ Begünstigungsklausel   ☐ Duplikata für Kunde wegen Darlehen

☐ Bonus-Rückkauf

☐ Verlusterklärung   ☐ Ersatz-Originalpolice für Kunde
☐ Duplikata für Kunde wegen Darlehen

☐ Clientreporting per_____

☐ Police definitiv reduziert und prämienfrei gestellt infolge Nichtbezahlung (Originalnachtrag beiliegend)
   ☐ der Prämie per _____
   ☐ der Darlehenszinsen per _____

☐ Statement Buyback unkorrekt ausgefüllt (beigelegt)
☐ stimmt nicht überein   ☐ bitte legalisieren

32



## 《La Suisse》
Assurances · Versicherungen · Assicurazioni

| **Communication** | **Date :  06  .  11  . 2001** |
|---|---|

| **Sender :** | Mr. Ivan Christinat |
|---|---|

| **Addressee :** | I.G.A.V. |
|---|---|

| **Police No./ Insured person :  1. 098. 983  /  Cohen David** |
|---|

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

For the policy mentioned above, please take notice that the premium 01.07.01 and the late loan interests are already paid.

Yours sincerely,

33



**《 La Suisse 》**
Assurances · Versicherungen · Assicurazioni

Direction générale

```
                              MR.
                              COHEN DAVID
                              POLANCO
                              VAZQUEZ DE MELLA 412-101
                              MEX-11560 MEXICO D.F.


                              LAUSANNE,  17.05.2001
```

**ABRECHNUNG FUER TEILRUECKZAHLUNG DES POLICENDARLEHENS**

Unser Zeichen: SYSO / 050 - DI

POLICE NR. : 1.098.983


Währung : SCHWEIZER FRANKEN

| | |
|---|---:|
| Ihre Rückzahlung vom 18.12.2000 | 1.800,00 |
| Zins   7,50 % vom 18.12.2000 bis  1.08.2001 = 223 Tage | 87,70 |
| | 1.887,70 |

| | | |
|---|---|---:|
| Unser Darlehen vom  1.08.2000 | | 25.251,30 |
| Saldo zu unseren Gunsten | CHF | 23.363,60 |


Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-
Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme
von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher
Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen
Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit
oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum,
bedeutet oder als solcher zu verstehen ist.

Mit freundlichen Grüssen


La Suisse
Lebens-Versicherungs-Gesellschaft

34

-===<TELEFAX>===-

Datum                        21.02.2001                              COPY

                                                                     10·05·01
Emfaenger:              R. SCHALLER

Von:

                   Bituswiss , S.A.
                   P.O.B. 880
                   Monroe, N.Y. 10950

                   Tel. 1-914-783-0833 Direkt             Still waitin
                   Fax. 1-914-782-5158                     for reply ?

Anzahl Seiten:         1 Inkl. Deckblatt

                        -===<TEXT>===-

Reference Nr. B-4087
- - - - - - - - - - - - - - - -
Regarding LOAN AMOUNT
- - - - - - - - - - - - - - - -
1'098'983 COHEN DAVID
- - - - - - - - - - - - - - - - - - - -
FOR THE POLICY MENTIONED ABOVE PLEASE PROVIDE US WITH THE
CURRENT OUTSTANDING LOAN AMOUNT.

THANK YOU                        ↳    23'636, 60


                        Next interest due: CHF 1'752,30
                                           Value 01.08.2001


                     (Next premium due: CHF 6'333.-
                                        Value 01.07.2001 )

35