# «La Suisse»

Assurances · Versicherungen · Assicurazioni

Direction générale

MR.
COHEN DAVID
POLANCO
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

LAUSANNE, 14.05.2001

## ABRECHNUNG FUER TEILRUECKZAHLUNG DES POLICENDARLEHENS

Unser Zeichen: SYSO / 050 - DI

POLICE NR. : 1.098.983

Währung : SCHWEIZER FRANKEN

| | |
|---|---:|
| Ihre Rückzahlung vom 24.11.2000 | 6.438,50 |
| Zins  7,50 % vom 24.11.2000 bis  1.08.2001 = 247 Tage | 349,30 |
| | 6.787,80 |
| Unser Darlehen vom  1.08.2000 | 32.039,10 |
| Geschuldete Zinsen | |
| Saldo zu unseren Gunsten          CHF | 25.251,30 |

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.

Mit freundlichen Grüssen

La Suisse
Lebens-Versicherungs-Gesellschaft



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

MR.
COHEN DAVID
POLANCO
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

LAUSANNE, 15.11.2000

## ABRECHNUNG FUER ERHOEHUNG DES POLICENDARLEHENS

Unser Zeichen: 9999 / 050 - DI

POLICE NR. : 1.098.983

Währung : SCHWEIZER FRANKEN

| | |
|---|---:|
| Neues Darlehen vom 1.08.2000 | 32.039,10 |
| Vorbestandenes Darlehen vom 1.08.1999 | 23.053,15 |
| Erhöhung des Darlehens per 1.08.2000 | 8.985,95 |
| Zins 7,50 % vom 1.08.2000 bis 1.08.2001 = 360 Tage | -1.729,00 |
| Jahreszins auf dem neuen Darlehen von 32.039,10 zu 7,50 % | 2.402,95 |
| Geschuldete Prämien | 6.333,00 |
| Geschuldeten Zinsen | 1.729,00 |
| Gebühr | 250,00 |
| Saldo zu Ihren Gunsten CHF | 0,00 |

Mit freundlichen Grüssen

La Suisse
Lebens-Versicherungs-Gesellschaft

**《La Suisse》**

Assurances · Versicherungen · Assicurazioni

## NEUES DARLEHEN AUF POLICE NR. 1.098.983

Unser Zeichen: 9999 / 050 - DI

Zwischen der La Suisse, Lebens-Versicherungs-Gesellschaft, nachstehend
«La Suisse» und

MR. COHEN DAVID
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.

nachstehend "Darlehensnehmer", wird folgendes vereinbart:

1. Gegen Verpfändung der nachstehend bezeichneten Police:

| Police Nr. | Versicherungen | Kapital | Beginn | Fälligkeit |
|---|---|---|---|---|
| 1.098.983 | GLOBAL | CHF 100.000,00 | 2.07.1994 | 2.07.2009 |

hat die «La Suisse» dem Darlehensnehmer verschiedene Darlehen im Gesamtbetrag
von CHF 23.053,15 zugestanden.

2. Die «La Suisse» gewährt heute dem Darlehensnehmer ein neues Darlehen von
ACHTTAUSENDNEUNHUNDERTFUENFUNDACHTZIG / 95 SCHWEIZER FRANKEN
wofür sich der Darlehensnehmer gegenüber der «La Suisse» als Schuldner anerkennt.

3. Der Zinssatz dieses Darlehens beträgt 7,50 % ; der für ein nachträgliches,
durch dieselbe Police garantiertes Darlehen vereinbarte Zinssatz wird auch für
das gegenwärtige und die vorbestehenden Darlehen gelten.

4. Der Zins für dieses Darlehen ist jährlich im voraus zahlbar; sein
Fälligkeitstermin gilt auch für die vorher vereinbarten Darlehen.

5. Die unter Ziffer 1 angeführte Police dient zur Sicherstellung des vorliegenden
Darlehens und der Zinsen sowie der diesbezüglichen Abschluss-oder
Durchführungskosten.

6. Die Bedingungen des ursprünglichen, durch diese Police sichergestellten
Darlehens, welche mit jenen der vorliegenden Vereinbarung nicht in
Widerspruch stehen, sind ebenfalls anwendbar.

Lausanne, 15.11.2000

La Suisse
Lebens-Versicherungs-Gesellschaft

MONROE NY 27·11·00
Der Darlehensnehmer resp.
der gesetzliche Vertreter
Vertreten Gemäss Vollmacht
Durch Herrn A. Horowitz

38

-===<TELEFAX>===-

Datum                        04.07.2002

Emfaenger:                   MRS. E. CHAMPOD

Von:

                             Bituswiss , S.A.
                             P.O.B. 880
                             Monroe, N.Y. 10950

                             Tel. 1-914-783-0833 Direkt
                             Fax. 1-845-782-5158

Anzahl Seiten:               1 Inkl. Deckblatt

                        -==<TEXT>==--

Reference Nr. B-5203
--------------------
Regarding REPORT OF PAYMENTS AND LOANS
--------------------------------------
1'098'983 COHEN DAVID
--------------------------
FOR THE ABOVE MENTIONED POLICY, PLEASE FAX US A REPORT
OF ALL PAYMENTS AND LOANS ON THIS POLICY.

YOUR SPEEDY REPLY WILL BE GREATLY APPRECIATED.

THANK YOU

SEP-06-2002 10:16 AM



Rio Tiber #112 Col. Cuauhtémoc
06500 México, D.F.
Tels. 207-1333 y 207-6122

---

## TRANSFER

---

TRADE DATE:    28-08-2002
VALUE DATE:    28-08-2002

REFERENCE: FX_01-364624-1

AMOUNT:      ***8,085.00 CHF

***EIGHT THOUSAND EIGHTY FIVE AND 00/100 CHF***

CURRENCY : CHF - FRANCO SUIZO

ABA #: SW: CRESCHZZ

BANK NAME: CREDIT SWISS BANK

CITY, STATE: ZURICH, SWITZERLAND

NAME OF BENEFICIARY: LA SUISSE VERSICHERUNGEN

ACCT. #: 042573437021

REF.: POLICY NO.1098983 EZRA COHEN - DAVID COHEN.

BY ORDER OF: GABRIELA VAZQUEZ
ADDRESS: MOLIER No.66
         POLANCO
         D.F.
         MEX

---

David Rojas Roque
FX_01 - 364624
12:01

AUTHORIZED OFFICER

40



# WAFFAA.
OPERADORA DE CENTROS
CAMBIARIOS S.A. DE C.V.

*Office Moliere # 66*
*Polanco C.P. 11560*
*Telephone (52) 52 80 66 06*
*Facsimile (52) 52 80 64 81*
*Mexico City*
*Mexico*

MEXICO D.F. A 28 DE AGOSTO DEL 2002

SR. EZRA COHEN

PRESENTE:

    A CONTINUACION SE SERVIRA ENCONTRAR LOS DATOS CORRESPONDIENTES A LA TRANSFERENCIA DE FONDOS LLEVADA A CABO EL DIA DE HOY DE ACUERDO A SUS INSTRUCCIONES.

INSTRUCCIONES ·

| | |
|---|---|
| NAME OF BENEFICIARY: | LA SUISSE VERSICHERUNGEN |
| BANK NAME. | CREDIT SUISSE BANK DEAL NO. 396853 |
| CITY STATE: | ZURICH, SWITZERLAND |
| ACCOUNT: | #NR 042573437021 |
| ABA: | CRESCHZZ |
| IMPORTE: | $8,0R5.00  F. SUISOS |
| CURRENCY: | FRANCOS SUISOS |
| REMARKS: | REF. POLICY NUMBER 1098983 INSURED DAVID COHEN |
| ENVIA: | EZRA COHEN |

ME DESPIDO DE USTED CON UN CORDIAL SALUDO Y AGRADECIENDO SU PREFERENCIA

ATENTAMENTE

LIC. ANTONIO SOLORZANO

## «La Suisse» Assurances

| **Mitteilung** | Date : 12.09.02 |
|---|---|
| **Absender :** Herr Flavio Steiner | |
| **Empfänger :** I.G.A.V. | □ per Fax |
| **Police-Nr. / Versicherte Person :** 1.098.983 - COHEN David | |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Dear Sirs

We refer to your fax dated 11.09.2002 which we received today.

As you have written it is right that the payment was made directly from the policyholder. The payment of CHF 8085.00 was made on 30.08.2002.

Unfortunately you have probably received the documents for a new loan dated 29.08.2002. Because the premium is now covered, we assume that the loan is not longer needed.

We apologize for the problems we have caused you.

Best regards

42

**CREDIT SUISSE**

6901 Lugano
02 DIC 2002

# COPIA

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
KSZT 3  V456-1202-12-96439-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ADDEBITO

| Conto No. | 424135-21 | CHF |
| IBAN | CH86 0445 6042 4135 2100 0 | |

CONTO CORRENTE

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  02 DIC 02

VAL 02 DIC 02 CHF                                      53.07
*********************************

BENEFICIARIO:                    MOTIVO DI PAGAMENTO:
0425- 734370-21                  1098983 COHEN DAVID
LA SUISSE VIE-1098983            DZ + VZ (RIGHT TO
LAUSANNE                         RECLAIM INT., IS RESERVED)

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

43

07/24/2003  01:47    7182568815
07/22/2003  18:37    52365221                    ZAKI, S.A. DE C.V.

## Deal Reference Number: ONLINEFX20001005993

### Deal Details:

Purchase Amount : CHF 6,438.50  Value Date : 11/24/00

Deal Date          : 11/22/00

### Settlement Instructions:

| CHF Purchase Instructions | USD Sales Instructions |
|---|---|
| | |

**Account Number** : NR042573437021

**Account Name** : LA SUISSE VERSICHERUNGEN

**Bank Name** : CREDIT SUISSE

**Address** : DEAL 366646. POLICY NUMBER
1098983 INSURED DAVID COHEN
PREMIUM DATE 07/01/00 B O EZRA

**City** : LAUSANNE, SWITZERLAND

**Post Code** : .

**USD Sales Instructions**
2000192009962
MONEY TRON CASA DE CAMBIO
FIRST UNION NATIONAL BANK

CHARLOTTE, NC

_(handwritten Hebrew text)_

R. MOSHE SHTERN.

ESTE ES EL PAGO QUE HICE EN EL AÑO 2000
PRIMERO LO HABIA REGRESADO LA COMPAÑIA PORQUE
LOS DATOS NO ESTABAN CORRECTOS. ESO FUE
EN OCT 2000. DESPUES EN 24 NOV 2000. LA
COMPAÑIA RECIBIO EL PAGO POR FAVOR TE
PIDO LO ARREGLES CON ELLOS.

845-782-5158 EZRA COHEN

44

29. JUL. 2003 17:30   LA SUISSE ASSURANCE 41213137544



# 《La Suisse》
Assurances · Versicherungen · Assicurazioni

| **Communication** | **Date : July 29, 2003** |
|---|---|
| Sender : | Mr Flavio Steiner |
| Addressee : | I.G.A.V. | by fax |
| **Police No./ Insured person :  1.098.983 - Cohen David** | |

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

Dear Mrs Horowitz

We refer to your fax message concerning the above mentioned policy, which we received on 25.07.2003.

Herewith, we would like to inform you that the premium 07/03 of CHF 6'333.00 has still not been paid. All the other premiums have been paid either by cash payment or by loan.

We kindly ask you to cover the premium incl. late interests and the loan interests of CHF 1'752.25 dated on 31.08.2003 as soon as possible.

At the moment the loan of this policy comes to CHF 23'363.60.

We hope to have been of assistance to you with this information. If you have any more questions please check your files or feel free to contact us.

Best regards,

45



**« La Suisse »**

Assurances · Versicherungen · Assicurazioni

---

Direction générale

MR.
COHEN DAVID
POLANCO
VAZQUEZ DE MELLA 412-101
MEX-11560 MEXICO D.F.


LAUSANNE, 14.05.2001


## ABRECHNUNG FUER TEILRUECKZAHLUNG DES POLICENDARLEHENS


Unser Zeichen: SYSO / 050 - DI

POLICE NR. : 1.098.983


Währung : SCHWEIZER FRANKEN

Ihre Rückzahlung vom **24.11.2000**                                             6.438,50

Zins   7,50 % vom **24.11.2000** bis  **1.08.2001 = 247** Tage                  349,30
                                                                        _____
                                                                           6.787,80


Unser Darlehen vom  **1.08.2000**                                             32.039,10

Geschuldete Zinsen

Saldo zu unseren Gunsten                                        CHF        25.251,30


Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-
Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme
von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher
Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen
Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit
oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum,
bedeutet oder als solcher zu verstehen ist.

Mit freundlichen Grüssen


La Suisse                                                                          46
Lebens-Versicherungs-Gesellschaft

# 《La Suisse》
Assurances · Versicherungen · Assicurazioni

| **Communication** | Date : September 1, 2003 |
|---|---|
| **Sender :** Mr Flavio Steiner | |
| **Addressee :** I.G.A.V. | by fax |
| **Police No./ Insured person :** 1.098.983 - Cohen David | |

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

Dear Mrs Horowitz

We refer to your fax message concerning the policy mentioned above, which we received today.

Unfortunately, we didn't receive any payment for the premium 07/03 until today.

We hope to have been of assistance to you with this information.

Best regards,

47



## 《La Suisse》
Assurances · Versicherungen · Assicurazioni

| **Communication** | | Date : September 25, 2003 |
|---|---|---|
| Sender : | Mr Flavio Steiner | |
| Addressee : | I.G.A.V. | by fax |
| Police No./ Insured person : | 1.098.983 - Cohen David | |

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

Dear Mrs Horowitz

We refer to your message concerning the policy mentioned above, which we received on 24.09.2003.

Herewith, we confirm you that a payment of CHF 8'138.10 was made directly to La Suisse on 29.08.2003.

We hope to have been of assistance to you with this information.

Best regards,

48



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni


KOPIE
29.10.04

| **Communication** | Date : October 22, 2004 |
|---|---|
| **Sender :** Karin Spreng | |
| **Addressee :** I.G.A.V | ☒ by fax |
| **Policy-No. / Insured Person:**   1.098.983 – Cohen David | |

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

Dear Mrs. Horowitz

We refer to your fax message concerning the policy mentioned above, which we have received on October 21, 2004.

Herewith, we confirm receipt of a payment amounting to CHF 8'085.00 valuta 30.08.2004.

We hope to have been of assistance to you with this information.

Best regards,

Personal Insurance Department

i. V.



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

**NEUES DARLEHEN AUF POLICE NR. 1.098.983**

Unser Zeichen: **9999 / 050 - DI**

Zwischen der La Suisse, Lebens-Versicherungs-Gesellschaft, nachstehend
«La Suisse» und

MR. COHEN DAVID
VAZQUEZ DE MELLA 412-101
MX-11560 MEXICO D.F.

nachstehend "Darlehensnehmer", wird folgendes vereinbart:

1. Gegen Verpfändung der nachstehend bezeichneten Police:

| Police Nr. | Versicherungen | Kapital | Beginn | Fälligkeit |
|------------|----------------|---------|--------|------------|
| 1.098.983 | GLOBAL | CHF   100.000,00 | 2.07.1994 | 2.07.2009 |

   hat die «La Suisse» dem Darlehensnehmer verschiedene Darlehen im Gesamtbetrag
   von CHF    **23.363,60** zugestanden.

2. Die «La Suisse» gewährt heute dem Darlehensnehmer ein neues Darlehen von
   **NEUNTAUSENDELF / 10   SCHWEIZER FRANKEN**
   wofür sich der Darlehensnehmer gegenüber der «La Suisse» als Schuldner anerkennt.

3. Der Zinssatz dieses Darlehens beträgt   **7,50 %** ; der für ein nachträgliches,
   durch dieselbe Police garantiertes Darlehen vereinbarte Zinssatz wird auch für
   das gegenwärtige und die vorbestehenden Darlehen gelten.

4. Der Zins für dieses Darlehen ist jährlich im voraus zahlbar; sein
   Fälligkeitstermin gilt auch für die vorher vereinbarten Darlehen.

5. Die unter Ziffer 1 angeführte Police dient zur Sicherstellung des vorliegenden
   Darlehens und der Zinsen sowie der diesbezüglichen Abschluss-oder
   Durchführungskosten.

6. Die Bedingungen des ursprünglichen, durch diese Police sichergestellten
   Darlehens, welche mit jenen der vorliegenden Vereinbarung nicht in
   Widerspruch stehen, sind ebenfalls anwendbar.

7. Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-
   Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme
   von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher
   Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.

Lausanne, **15.08.2005**

Monroe, NY 23.08.05

**Der Darlehensnehmer resp.
der gesetzliche Vertreter**
Vertreten Gemäss Vollmacht
Durch Hernn  A. Horowitz

La Suisse
**Lebens-Versicherungs-Gesellschaft**

51



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

```
                              MR.
                              COHEN DAVID
                              POLANCO
                              VAZQUEZ DE MELLA 412-101
                              MX-11560 MEXICO D.F.



                              LAUSANNE, 15.08.2005
```

## ABRECHNUNG FUER ERHOEHUNG DES POLICENDARLEHENS

Unser Zeichen: 9999 / 050 - DI

POLICE NR. : **1.098.983**


Währung : **SCHWEIZER FRANKEN**

| | |
|---|---:|
| Neues Darlehen vom **1.08.2005** | 32.374,70 |
| Vorbestandenes Darlehen vom **1.08.2000** | 23.363,60 |
| Erhöhung des Darlehens per **1.08.2005** | **9.011,10** |
| Zins **7,50 %** vom **1.08.2005** bis **1.08.2006** = 360 Tage | -1.752,25 |
| Jahreszins auf dem neuen Darlehen von **32.374,70** zu **7,50 %** | 2.428,10 |
| Geschuldete Prämien | 6.333,00 |
| Geschuldeten Zinsen | 1.752,25 |
| Gebühr | 250,00 |
| **Saldo zu Ihren Gunsten**    CHF | **0,00** |

Mit freundlichen Grüssen


La Suisse
Lebens-Versicherungs-Gesellschaft

# Swiss Life

| **Mitteilung** | Datum : _8_ . _8_ . 2006 |
|---|---|
| **Absender :** | Eliane Champod |
| **Empfänger :** I. A. A. V. | per Fax |
| **Police Nr./Versicherte Person :** 1.098.983- Cohen David | |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

### Ihr/unser Schreiben vom: _____

_____

_____

_____

_____

_____

_____

_____

- ❑ Darlehenspapiere bitte unterzeichnet zurück
- ❑ Zahlungsauftrag bitte unterzeichnet zurück
- ❑ Wir benötigen    Originalpolice          Originalnachtrag für Darlehen
- ❑ Rückkaufswert reicht nicht aus, um die ganze Prämie mit Darlehen zu kompensieren
- ❑ Darlehen vollständig zurückbezahlt => Originalpolice zurück
- ❑ Wir benötigen eine Vollmacht / Gesundheitserklärung
- ☒ Original-Heiratspapiere zurück
- ❑ Zession
- ❑ Änderung Prämienzahlungsart          Originalnachtrag für Kunde
- ❑ Begünstigungsklausel          Duplikata für Kunde wegen Darlehen
- ❑ Bonus-Rückkauf

- ❑ Verlusterklärung          Ersatz-Originalpolice für Kunde
                              Duplikata für Kunde wegen Darlehen

- ❑ Clientreporting per_____
- ❑ Police reduziert und prämienfrei gestellt infolge Nichtbezahlung (Originalnachtrag beiliegend)
  - ❑ der Prämie per _____
  - ❑ der Darlehenszinsen per _____
- ❑ Statement Buyback unkorrekt ausgefüllt (beigelegt)

53

- =<TELEFAX>=-

**12 JUL. 2006**

**Datum**                11.07.2006

**Empfaenger:**          HERRN D. BURKHARD

**Von:**                 DEVORAH FEUERSTEIN

                         Bituswiss , S.A.
                         P.O.B. 880
                         Monroe, N.Y. 10950

                         Tel. 1-914-783-0833 Direkt
                         Fax. 1-845-782-5158

**Anzahl Seiten:**       3 Inkl. Deckblatt

- =<TEXT>=-

Reference Nr. B-6551
---------------------
Regarding NEW MARRIAGE CLAIM
---------------------------------
1'098'983 COHEN DAVID
---------------------
ATTACHED PLEASE FIND A COPY OF THE MARRIAGE CERTIFICATE FOR
THE POLICY(IES) MENTIONED ABOVE.

PLEASE ISSUE THE ZAHLUNGSAUFTRAG AND SEND IT TO US AS SOON AS
POSSIBLE.

THANK YOU

*[handwritten notes:]*

ID => CK
please confirm
date of marriage.
Thank you!
21.07.06
28.07.06
Swiss Life

Dear Mrs Feuerstein
Please send us a copy of the
insured's passport or ID card as
well please confirm the date of
marriage.
Thank you!
Best regards
14.07.06
Swiss Life

54

-===<TELEFAX>===-

**Datum**                    01.08.2006

**Emfaenger:**               MRS. SPRENG

**Von:**                     DEVORAH FEUERSTEIN

                             Bituswiss , S.A.
                             P.O.B. 880
                             Monroe, N.Y. 10950

                             Tel. 1-914-783-0833 Direkt
                             Fax. 1-845-782-5158

**Anzahl Seiten:**           1 Inkl. Deckblatt

-===<TEXT>===--

Reference Nr. B-6555
--------------------
Regarding CONFIRMATION FOR DATE OF MARRIAGE
-------------------------------------------
1'098'983 COHEN DAVID
------------------------
IN REFERENCE TO YOUR FAXED DATED 21.07.06 AND 28.07.06,
CONCERNING THE DATE OF MARRIAGE FOR THE ABOVE MENTIONED POLICY.

AS PER POLICYHOLDER, THE INSURED PERSON MARRIED ON 5/16/06.

I HOPE TO HAVE BEEN OF ASSISTANCE WITH THIS INFORMATION.

THANK YOU



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN      CHF    68.131,15

Police Nummer 1.098.983

Die Auszahlung wird geleistet :

Auf den Namen von ......................................................

_ Adresse   ........................................................

            ........................................................

_ Bank      ..................... in ..................

  Kto Nr.   ........................................................

_ PC Nr.    ........................................................

_ Andere    ........................................................

            ........................................................

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung,einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften

----------------------------      ------------------------------------

Ort, Datum                        Anspruchsberechtigter


----------------------------      ------------------------------------

Ort, Datum                        Faustpfandgläubiger

Informations importantes, veuillez voir au verso. Comunicato importante; p.f. vedere a tergo.
Wichtige Mitteilung, bitte Rückseite beachten. Important notice: please see other side.

**《 La Suisse 》**
Assurances · Versicherungen · Assicurazioni

Mr.
David Cohen
Polanco
Vazquez de Mella 412-101
MX-11560 Mexico D.F.

Unsere Referenz :  50/2330/LOM          Lausanne,  08.08.06

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
------------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.098.983 | 100.000 | GEMISCHT | 02.07.1994 | 02.07.2009 |

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung,einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf UnguELtigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Informations importantes, veuillez voir au verso. Comunicato importante; p.f. vedere a tergo. Wichtige Mitteilung, bitte Rückseite beachten. Important notice: please see other side.

57

# 《La Suisse》
### Assurances · Versicherungen · Assicurazioni

```
                              Mr.
                              David Cohen
                              Polanco
                              Vazquez de Mella 412-101
                              MX-11560 Mexico D.F.
```

Unsere Referenz :   50/2330/LOM        Lausanne,  08.08.06

Informations importantes, veuillez voir au verso. Comunicato importante; p.f. vedere a tergo.
Wichtige Mitteilung, bitte Rückseite beachten. Important notice: please see other side.

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
---------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.098.983 | 100.000 | GEMISCHT | 02.07.1994 | 02.07.2009 |

```
    ------------------------------------------------
    | Aufstellung der Leistungen      | Betrag in  CHF |
    ------------------------------------------------
    | Versichertes Kapital            |    100.000,00 |
    | Darlehensbetrag                 |     32.374,70-|
    | Zinsgutschrift                  |        505,85 |
    ------------------------------------------------
                        T O T A L    |     68.131,15 |
                                     ==================
```

Versicherte Person (en)          David Cohen

Name und Adresse der             Mr.
Anspruchsberechtigten            David Cohen
                                 Polanco
                                 Vazquez de Mella 412-101
                                 MX-11560 Mexico D.F.



**SwissLife**

CH/URR-SPKA

David Cohen
c/o I.G.A.V.
Frau Kernberg
Postfach 8213
8036 Zürich

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1307
1001 Lausanne
www.swisslife.ch

Karin Spreng
Direktwahl  +41 21 329 23 72
Telefax      +41 21 313 75 81

Lausanne, 10. August 2006

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Unglueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

## Heiratszusatzversicherungs-Policen

### Police Nr: 1.098.983 – Cohen David

Um das Recht auf Leistungen im Heiratsfall nachzuweisen, benötigen wir folgende Unterlagen:

☐ **Originalpolice**

☐ **Heiratsurkunde** (original oder beglaubigt)

**Identitätskarte oder Geburtsurkunde** (original oder beglaubigt)

☐ Für den Ehemann

☐ Für die Ehefrau

**Zu beachten:..**
Die korrekte Beglaubigung einer Kopie durch den Notar sollte mindestens folgendermassen lauten:
*"I certify this to be a true copy of the original document"*

☒ In der Beilage erhalten Sie den Zahlungsauftrag für obengenannte Police. Wir bitten Sie, uns das Original ausgefüllt, **vom Versicherungsnehmer unterschrieben** sowie von einem Notar **beglaubigt**, zurückzusenden.

☐ **Zahlungsauftrag an Faustpfandgläubiger zur Unterschrift**

Freundliche Grüsse
Swiss Life

59

```
-====<TELEFAX>====-
```

Datum                    11.07.2006


Emfaenger:               HERRN D. BURKHARD


Von:                     DEVORAH FEUERSTEIN

                         Bituswiss , S.A.
                         P.O.B. 880
                         Monroe, N.Y. 10950

                         Tel. 1-914-783-0833 Direkt
                         Fax. 1-845-782-5158


Anzahl Seiten:           3 Inkl. Deckblatt


```
-==<TEXT>==--
```

Reference Nr. B-6551
--------------------
Regarding NEW MARRIAGE CLAIM
----------------------------
1'098'983 COHEN DAVID
------------------------
ATTACHED PLEASE FIND A COPY OF THE MARRIAGE CERTIFICATE FOR
THE POLICY(IES) MENTIONED ABOVE.

PLEASE ISSUE THE ZAHLUNGSAUFTRAG AND SEND IT TO US AS SOON AS
POSSIBLE.

THANK YOU

Case 1:07-cv-05834-PKC    Document 22-3    Filed 05/22/2008    Page 26 of 30



En nombre de los Estados Unidos Mexican...
Registro Civil en el Distrito Federal certifico...
este Juzgado se encuentra una Acta del tenor si...



**REGISTRO CIVIL**

GOBIERNO DEL DISTRITO FEDERAL
México, la Ciudad de la Esperanza

GOBIERNO
DEL
DISTRITO FEDERAL

**ACTA DE MATRIMONIO**

| | CURP |
|---|---|
| EL | |
| ELLA | |

| ENTIDAD | DELEGACIÓN | JUZGADO | ACTA | AÑO | CLASE | FECHA DE REGISTRO |
|---|---|---|---|---|---|---|
| 09 | 11 | 16 | 000379 | 2006 | MA | 16/05/2006 |

**CONTRAYENTES**

NOMBRE: DAVID COHEN SITT
LUGAR DE NACIMIENTO: MEXICO, DISTRITO FEDERAL          EDAD: 21 AÑOS
NACIONALIDAD: MEXICANA                    OCUPACIÓN: ESTUDIANTE
DOMICILIO SENECA 334,                                      MIGUEL HIDALGO
        POLANCO,                                          DISTRITO FEDERAL

NOMBRE: MIRIAM ACHEQUENAZE LEVY
LUGAR DE NACIMIENTO: MÉXICO, DISTRITO FEDERAL          EDAD: 17 AÑOS
NACIONALIDAD: MEXICANA                    OCUPACIÓN: ESTUDIANTE
DOMICILIO: PLATON 139,                                     MIGUEL HIDALGO
        POLANCO,                                          DISTRITO FEDERAL

ESTE MATRIMONIO ESTA SUJETO AL RÉGIMEN DE :   SEPARACION DE BIENES

**PADRES**

NOMBRE DEL
PADRE: EZRA COHEN KASSIN
OCUPACIÓN  COMERCIANTE
NOMBRE DE LA
MADRE: GLADYS SITT COHEN
OCUPACIÓN: MAESTRA
DOMICILIO SENECA 334,                                      MIGUEL HIDALGO
        POLANCO,                                          DISTRITO FEDERAL
NOMBRE DEL
PADRE: JAIME ACHEQUENAZE ASKENAZI
OCUPACIÓN: COMERCIANTE
NOMBRE DE LA
MADRE: VICTORIA LEVY SAADE
OCUPACIÓN: MAESTRA
DOMICILIO: PLATON 139,                                     MIGUEL HIDALGO
        POLANCO,                                          DISTRITO FEDERAL

**IMPRESIÓN DIGITAL**

EL
PRESENTE LA MADRE DE LA MENOR CONTRAYENTE OTORGA SU CONSENTIMIENTO PARA LA
CELEBRACION DEL PRESENTE ACTO.

ELLA

_(firma)_ D Cohen                    Miriam Achequenaze

Satisfechos los requisitos legales, no existiendo impedimento o habiendo sido dispensado y
expresada la voluntad de los comparecientes, los declaré unidos en matrimonio en nombre de
la Ley y de la Sociedad. Se dió por terminado el acto y firman la presente, para constancia,
los que en ella intervinierón y saben hacerlo y los que no, imprimen su huella digital. Se
levantó el Acta que se autoriza. Doy Fe.

61

16TH JUDGE OF THE CIVIL REGISTRAR'S OFFICE, MERCEDES ELVIA FLORES MORALES. THIS CERTIFICATE IS RELATED TO THE ANNOTATION PAGES INDICATED, IN THE ABSENCE OF WHICH IT IS INCOMPLETE

DATE                    SIGNATURE

THIS IS A TRUE COPY OF ITS ORIGINA, ISSUED IN THE SIXTEENTH COURT OF THE CIVIL REGISTRAR'S OFFICE, IN DELEGATION MIGUEL HIDALGO, FEDERAL DISTRICT, THIS 17TH DAY OF MAY, 2006.

THE JUDGE OF THE CIVIL REGISTRAR'S OFFICE

/signature/

MERCEDES ELVIA FLORES MORALES

5234723

/Stamp of the Federal District Government, 16th Court of the Civil Registrar's Office/



/Mexican coat-of-arms/

948903
/Coat-of-arms of the Federal District/
GOVERNMENT OF THE FEDERAL DISTRICT
Mexico, the City of Hope

In the name of the United Mexican States and as Judge of the Civil Registrar's Office of the Federal District, I hereby certify that the archives of this Court contain a Certificate that reads as follows:

CIVIL REGISTRAR'S OFFICE
MARRIAGE CERTIFICATE

CURP population code
Husband
Wife

Entity: 09
Delegation: 11
Court: 16th
Certificate: 000379
Year: 2006
Class: MA
Registration Date: 05/16/2006

MARRIAGE PARTIES
HUSBAND
Name: David Cohen Sitt
Place of birth: Mexico City, Federal District          Age: 21
Nationality: Mexican                                    Profession: Student
Address: Seneca 334, Polanco, Miguel Hidalgo, Federal District
WIFE
Name: Miriam Achequenaze Levy
Place of birth: Mexico City, Federal District          Age: 17
Nationality: Mexican                                    Profession: Student
Address: Platon 139, Polanco, Miguel Hidalgo, Federal District

This marriage is subject to separation of community property

PARENTS
HUSBAND
Father's name: Ezra Cohen Kassin
Profession: Merchant
Mother's name: Gladys Sitt Cohen
Profession: Teacher
Address: Seneca 334, Polanco, Miguel Hidalgo, Federal District
WIFE
Father's name: Jaime Achequenaze Askenazi
Profession: Merchant
Mother's name: Victoria Levy Saade
Profession: Teacher
Address: Platon 139, Polanco, Miguel Hidalgo, Federal District

The mother of the minor marriage party grants her consent for the execution of this act.
FINGERPRINT
HUSBAND /fingerprint/
WIFE /fingerprint/              David Cohen          Miriam Achequenaze

Upon complying with the statutory requirements and not being there any impediment or having any such impediment been waived and upon the parties appearing expressing their will, I declared them joined in matrimony in the name of the Law and Society. This act was deemed completed and the parties appearing who know how to write set their signature hereunto, and those who do not set their fingerprint hereunto. The certificate herein is closed. I ATTEST.





La Secretaría de Relaciones Exteriores de los Estados Unidos
Mexicanos solicita a las autoridades competentes que
permitan al titular de este pasaporte de nacionalidad mexicana
su libre paso sin retraso u obstáculo alguno y, dado el caso, le
otorguen toda la asistencia y protección posibles.

The Ministry of Foreign Affairs of the United Mexican States
hereby requests all competent authorities to permit the holder of
this passport, a Mexican national, free transit without delay or
hindrance and in case of need to give him all lawful
aid and protection.

Le Ministère des Affaires Etrangères des Etats-Unis du Mexique
prie les autorités compétentes de bien vouloir laisser passer
librement et sans entrave le titulaire du présent passeport, de
nationalité mexicaine, et de lui prêter toute aide et assistance possibles.

Certified to be a true copy of page 1 of the
Passport of David Cohen Sitt

SOLOMON ROSENGARTEN
NOTARY PUBLIC, State of New York
No. 24-02RO4697448
Qualified in Kings County
Commission Expires Dec. 31, 2009

64

PASAPORTE Passport / Passeport

Estados Unidos Mexicanos

Tipo P Clave del país de expedición MEX Pasaporte No. 02190066331

Apellidos / Surname
ACHEQUENAZE LEVY

Nombres / Given names
MIRIAM

Nacionalidad / Nationality
MEXICANA

Fecha de nacimiento / Date of birth
13 04 1989

Sexo F Lugar de nacimiento / Place of birth
MEXICO, D.F.

Fecha expedición / Date of issue
25 03 2002

Fecha caducidad / Date of expiry
25 03 2007

Autoridad / Authority
NUEVO LEON

[redacted]

Firma del titular
Miriam Achequenaze

P<MEXACHEQUENAZE<LEVY<<MIRIAM<<<<<<<<<<<<<<<<<

19006633319MEX8904137F070325З<<<<<<<<<<<<<<04

1 2 3 4 5 6 7 (perforated number)

La Secretaría de Relaciones Exteriores de los Estados Unidos Mexicanos solicita a las autoridades competentes que permitan al titular de este pasaporte de nacionalidad mexicana su libre paso sin retraso u obstáculo alguno y, dado el caso, le otorguen toda la asistencia y protección posibles.

The Ministry of Foreign Affairs of the United Mexican States hereby requests all competent authorities to permit the holder of this passport, a Mexican national, free transit without delay or hindrance and in case of need to give him all lawful aid and protection.

Le Ministère des Affaires Etrangères des Etats-Unis du Mexique prie les autorités compétentes de bien vouloir laisser passer librement et sans entrave le titulaire du présent passeport, de nationalité mexicaine, et de lui prêter toute aide et assistance possibles.

Certified To Be A True Copy of Page 1 of the passport of the Passport of Miriam Achequenaze Levy

SOLOMON ROSENGARTEN
NOTARY PUBLIC, State of New York
No. 24-02R04697448
Qualified in Kings County
Commission Expires Dec. 31, 2009