# «La Suisse»

Assurances · Versicherungen · Assicurazioni

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN          CHF      68.131,15

BENEFICIARY"S RIGHT TO CLAIM ANY AREMAINING BALANCES, IS HEREBY R

Police Nummer 1.098.983

Die Auszahlung wird geleistet :

Auf den Namen von *Alice Services, Inc.*

_ Adresse  *Patton Moreno Asvat, Torre Banco Union 6. Piso, Avenida Samuel Lewis, Panama C*

_ Bank  *Credit Suisse* in *Lugano*

Kto Nr.  *0156-424135-21 (BC0156)*

_ PC Nr.

_ Andere

*Reference Cohen 1098983*

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine ander
Handlung oder Unterlassung,einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder a
solcher zu verstehen ist.

Unterschriften

------------------------------          *① DAVID COHEN* _____

Ort, Datum                              Anspruchsberechtigter
                                        JOHN CIURCINA
                                        Notary Public, State of New York
                                        No. ....... ....4374
                                        Qual.... .... .... County
                                        Commiss.. .... .es Nov. 17, 200?

------------------------------          --------------------------------

Ort, Datum                              Faustpfandgläubiger

I HEREBY CONFIRM THE                    JOHN CIURCINA
                                        Notary Public, State of New York
SIGNATURE OF *David Cohen*              No. 012CI5088374
                                        Qualified in Queens County
BORN ON *02/01/1985* .                  Commission Expires Nov. 17, 2001

Informations importantes, veuillez voir au verso. Comunicato importante, p.l vedere a tergo.
Wichtige Mitteilung, bitte Rückseite beachten. Important notice, please see other side.



CH/URR-ELCH

David Cohen
c/o I.G.A.V.
Mrs. Kernberg
Postfach 8213
8036 Zürich

Swiss Life
Insurance and Pension
Company

Avenue de Rumine 13
P.O. Box 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 21 313 75 81

Lausanne,  June 7, 2007

Please take notice that no action or omission by Swiss Life, including, but not limited to, Swiss Life's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of Swiss Life's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

**Policy-no. / Insured person:    1.098.983 - COHEN David**

Dear Mr. Cohen

We refer to a letter from Mr. Solomon Rosengarten, Attorney at Law in Brooklyn, which we have received on May 31, 2007.

Please note that we have paid out the benefits on January 3, 2007 according to the instructions in the order of payment.

We hope to have been of assistance to you.

Yours sincerely

Eliane Champod

67

**Communications pour le porteur du chèque**
**Comunicazioni per il ricevitore dello cheque**

**Mitteilungen für den Check-Empfänger**
**Information for the receiver of cheque**

Motif de paiement / Zahlungsgrund
Motivo del pagamento / Details of payment

| Monnaie | Montant / Betrag |
|---------|------------------|
| Währung | Importo / Amount |

Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

1 7250 7.01 500

Signature/Unterschrift/Firma

**CREDIT SUISSE**

CH-6901 LUGANO, VIA CANOVA

CB 4456

©H

Payez contre ce chèque
Pagate contro questo chèque

Zahlen Sie gegen diesen Check
Pay against this cheque

| Monnaie | Montant / Betrag / Importo / Amount |
|---------|-------------------------------------|
| Währung | CHF 34,063.58 |

Thirty four Thousand Sixty Three + 58/XX

Montant en lettres / Betrag in Worten / Importo in lettere / Amount in letters

à / an / a / to     Ezra Cohen

ALICE SERVICES INC.

Zürich, 07.02.07

Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

CTO. 424135-21

Signature/Unterschrift/Firma

04912058>045604241352100044560074J01<

68

34063.55

## Communications pour le porteur du chèque
## Comunicazioni per il ricevitore dello chèque

## Mitteilungen für den Check-Empfänger
## Information for the receiver of cheque

Motif de paiement / Zahlungsgrund
Motivo del pagamento / Details of payment

| Monnaie Währung | Montant / Betrag Importo / Amount |
|---|---|
| | |

Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

1 7250 7.01 500

Signature/Unterschrift/Firma

---

CREDIT SUISSE

CH-6901 LUGANO, VIA CANOVA

CB 445

CH  Payez contre ce chèque
    Pagate contro questo chèque

Zahlen Sie gegen diesen Check
Pay against this cheque

| Monnaie Währung | Montant / Betrag / Importo / Amo |
|---|---|
| CHF | 34,063.55 |

THIRTY FOUR THOUSAND SIXTY THREE AND***

55/00***************

Montant en lettres / Betrag in Worten / Importo in lettere / Amount in letters

à / an / a / to     EZRA COHEN

ZÜRICH 30.01.07

Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

LICE SERVICES INC.

CF0. 424135-21

Signature/Unterschrift/Firma

| 1/1.87. | No chèque / Check-Nr. | ▲ | No compte / Konto-Nr. | No CB / BC-Nr. | | Montant / Betrag. |
|---|---|---|---|---|---|---|

14912010>04560424135210004456007430T<

69

# CREDIT SUISSE

6901 Lugano
17 SET 2007

# COPIA

**A**
Prioritaire

P.P. CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D4D-0916-80-87-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

| AVVISO DI ADDEBITO |
| --- |

| Conto No.   424135-21      CHF |
| --- |
| IBAN        CH14 0483 5042 4135 2100 0 |
| Kontokorrent |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  16 SET 07

VAL 17 SET 07 CHF

1,550.90
************************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

70



# CREDIT SUISSE

6901 Lugano
19 SET 2007

# COPIA

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0919-80-1-0000 0456

Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

| AVVISO DI ADDEBITO |
| --- |

| Conto No. | 424135-21 | CHF |
| --- | --- | --- |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Kontokorrent | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  19 SET 07

VAL 19 SET 07 CHF                                134.80
*************************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

MOTIVO DI PAGAMENTO:
DIFFERENZBETRAG

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



 **CREDIT SUISSE**

CREDIT SUISSE
6901 Lugano
La vostra consulente Signora Stefania Magatti Pozzoli Tel. 091 802 55
N. IVA 231051

P.P. SGCT44C
CH-8070 Zürich                                          B

N. deposito 0456- 424135-25
Deposito intestato a Alice Services Inc.

Frau
G. Kemberg
I.G.A.V.
Postfach
8038 Zürich

Addebito
N. ordine F055-20070920-71-51613

21.09.2007
Pagina 1/1

COPIA
**Conteggio**
**tassa amministrativa**

Per la custodia dei vostri valori ai sensi degli art. 2 e 7 e per la loro amministrazione ai sensi dell'art. 11 del regolamento di deposito
vi addebitiamo per il periodo dal 01.07.2007 al 30.09.2007 come segue:

| | | |
|---|---|---|
| | CHF | 15.00 |
| | CI IT | 1.15 |
| Tassa amministr. (incl. diritto di custodia) | | |
| IVA 7.6% | | |
| | CHF | **16.15** |

**A carico di**
Conto 0456- 424135-21     Valuta 30.09.2007
Conto corrente
IBAN CH14 0483 5042 4135 2100 0

Cordiali saluti

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
27 SET 2007

**COPIA**

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3040-0926-80-9880-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Kontokorrent | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  26 SET 07

VAL 27 SET 07 CHF
**************************************

64.00

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1107695 KISERMAN T

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
27 SET 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0926-BD-9881-0000 0456

Vostro riferimento:

NO. IVA 231051

## AVVISO DI ADDEBITO

Conto No.    424135-21        CHF
IBAN         CH14 0483 5042 4135 2100 D

Kontokorrent

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMEMTE ALL'ORDINE DEL  26 SET 07

VAL 27 SET 07 CHF                              6,793.40
*****************************************

BENEFICIARIO:                   MOTIVO DI PAGAMENTO:
Société suisse d'Assurances     1107684 BLOCH DRAIZY
générales sur la vie humaine    PREM + ZINZ
General-Guisan-Quai 40
8002 Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

CREDIT SUISSE 

6901 Lugano
27 SET 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0926-80-9879-0000 0456

Vostro riferimento:

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

## AVVISO DI ADDEBITO

| Conto No. | 424135-21 | CHF |
|---|---|---|
| IBAN | CH14 0483 5042 4135 2100 0 | |

Kontokorrent

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  26 SET 07

8.962.25

VAL 27 SET 07 CHF
*************************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1110919 ROSENBERG M
PREM + DZ + VZ

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S4257P14470 00017131  00009/00004 551  00044199 B

75



# CREDIT SUISSE

6901 Lugano
12 OTT 2007

# COPIA

**A** Prioritaire

P.P. CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4   0456-1012-29-503-006 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| | |
|---|---|
| Conto No. | 424135-21    CHF |
| IBAN | CH14 0483 5042 4135 2100 0 |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

VAL 12 OTT 07 CHF                                         97,973.00
**************************************

ORDINANTE:
Société suisse d'Assurances
8002 Zürich

MOTIVO DI PAGAMENTO:
MARIAGE
POL.NO 1100053
20071010004004293600001000039112

69-003008-1
CREDIT SUISSE
UCTI
Lugano

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S6291P51200 00017459  00001/00002 5B1    0004B004 B



# CREDIT SUISSE

6901 Lugano
30 OTT 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-1029-80-7059-0000 0456
Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ADDEBITO

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Kontokorrent | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  29 OTT 07

VAL 30 OTT 07 CHF                                7,089.30
**************************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1099121 LICHTENSTEIN Y
PREM + ZINZ

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



# CREDIT SUISSE

6901 Lugano
30 OTT 2007

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-1029-80-7058-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

### AVVISO DI ADDEBITO

Conto No.   424135-21        CHF
IBAN        CH14 0483 5042 4135 2100 0

Kontokorrent

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  29 OTT 07

6,491.30
VAL 30 OTT 07 CHF *********************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1107594 ROSNBERG I
REM + ZINZ

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



# CREDIT SUISSE

6901 Lugano
06 NOV 2007

## COPIA

**A**
Prioritaire

P.P. CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-1105-80-4457-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

### AVVISO DI ADDEBITO

| | |
|---|---|
| Conto No. | 424135-21      CHF |
| IBAN | CH14 0483 5042 4135 2100 0 |

Kontokorrent

TITOLARE:
Spett.
Alico Services Inc.

---

CONFORMEMENTE ALL'ORDINE DEL   05 NOV 07

VAL 06 NOV 07 CHF                              885.40
********************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

---

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma


CREDIT SUISSE

6901 Lugano
26 NOV 2007

# COPIA

**A**
Prioritaire

| P.P. CH-8070 Zürich |

A

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-1125-B0-652-0000 0456
Vostro riferimento:

Frau
G. Kernberg
T.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

Conto No.    424135-21        CHF
IBAN         CH14 0483 5042 4135 2100 0

Kontokorrent

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  25 NOV 07

VAL 26 NOV 07 CHF                                          844.70
*************************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S1672P25330 00016798 00001/00002 9B1  00047492 B

80



CREDIT SUISSE

6901 Lugano
12 DIC 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-1212-80-1-0000 0456

Vostro riferimento:

^

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

## AVVISO DI ADDEBITO

TITOLARE:
Spett.
Alice Services Inc.

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Kontokorrent | | |

CONFORMEMENTE ALL'ORDINE DEL  12 DIC 07

13,246.55

VAL 12 DIC 07 CHF
************************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1109417 RUBIN B
REINSTATEMENT

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S3789P33348 00018638 00002/00004 5B1  00049762 B

81



CREDIT SUISSE

6901 Lugano
12 DIC 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-1212-80-2-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

## AVVISO DI ADDEBITO

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Kontokorrent

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  12 DIC 07

29,915.74

VAL 12 DIC 07 CHF
*************************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1098816 EILENBERG
REINSTATEMENT

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma


**CREDIT SUISSE**

6901 Lugano
13 DIC 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  0456-1213-29-439-006 0456
Vostro riferimento:

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

| AVVISO DI ACCREDITO |
|---|

| Conto No.   424135-21        CHF |
|---|
| IBAN        CH14 0483 5042 4135 2100 0 |
| Conto corrente |

TITOLARE:
Spett.
Alice Services Inc.

VAL 13 DIC 07 CHF                    49,305.40
*************************************

ORDINANTE:
Rentenanstalt,Übrige Zahlungen
8002 Zürich

MOTIVO DI PAGAMENTO:
601079963
200712120040049008900010000016312

80-000500-4
CREDIT SUISSE
Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
28 DIC 2007

**COPIA**

A
Prioritaire

P.P. CH-8070 Zürich

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4   3C00-1224-80-5941-0000 0456
Vostro riferimento:
BRAC1Y900035501JI0600
NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

**AVVISO DI ADDEBITO**

TITOLARE:
Spett.
Alice Services Inc.

Conto No.    424135-21      CHF
IBAN         CH14 0483 5042 4135 2100 0

Conto corrente

SECONDO AUTORIZZAZIONE DEL  17 FEB 03

VAL 28 DIC 07 CHF                                      493.60
****************************************

DESTINATARIO DEL PAGAMENTO:
SWISSCARD AECS AG
POSTFACH
CH-8810 HORGEN

MOTIVO DI PAGAMENTO:
10007307878
STATEMENI DATED
19.12.2007

IN CASO DI CONTESTAZIONE FIRMARE
E RITORNARE ALLA VOSTRA BANCA
ENTRO IL 28.01.2008.
DATA:           FIRMA:

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S5466P03588 00014180 00001/00001 5B1  00042648 B

84



## CREDIT SUISSE

6901 Lugano
08 GEN 2008

# COPIA

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  0456-0108-29-512-006  0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

---

**AVVISO DI ACCREDITO**

| | |
|---|---|
| Conto No. | 424135-21        CHF |
| IBAN | CH14 0483 5042 4135 2100 0 |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

---

VAL 08 GEN 08 CHF                                  16,964.75
**********************************

ORDINANTE:
RENTENANSTALT/SWISS LIFE
ABTEILUNG IP
POSTFACH 740
8022 ZUERICH

MOTIVO DI PAGAMENTO:
1.104.514, GROSS MEYER
200801070040041181600010000484l7

80-000500-4
CREDIT SUISSE
Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S7273P63971 00019754 00001/00001 5B1  0004P648 B

85



# CREDIT SUISSE

6901 Lugano
09 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0109-80-102-0000 0456

Vostro riferimento:

NO. IVA 231051

## AVVISO DI ADDEBITO

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Conto corrente | | |

**A**
Prioritaire    P.P. CH-8070 Zürich
A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL   09 GEN 08

VAL 09 GEN 08 CHF                              730.00
****************************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



S7501P13263 00018980 00001/00004 5B1  00048582 R

86



CREDIT SUISSE

UWTS21, casella postale 600
8070 Zurigo
11 gen 2008
Domande concernente questo avviso:
Tel. 091 802 55 13
Fax +41(0)44 332 9561

Nostro riferimento:
FXCS--0111-33923

CONFERMA
TRANSAZIONE DI CAMBIO A CONTANTE

Secondo contratto del    11 gen 2008

**Copia**

Titolare di conto:
Spett.
Alice Services Inc.

**A**
Prioritaire    **P.P.** CH-8070 Zürich

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

Abbiamo comperato:

| CHF | 70,000.00 |
|-----|-----------|
| Valuta 15 gen 2008 | |

| 1.1045 |
|--------|
| Corso |

Abbiamo venduto:

| USD | 63,377.09 |
|-----|-----------|
| Valuta 15 gen 2008 | |

Il ns.addebito avviene presso:

Conto corrente

0456- 424135-21
IBAN CH14 0483 5042 4135 2100 0

Il ns.accredito avviene presso:

Conto corrente

0456- 424135-22
IBAN CH77 0483 5042 4135 2200 0

Cordiali saluti

CREDIT SUISSE

Modulo senza firma

S7897P39344 00018714 00001/00002 5B1  00047993 B

87



**CREDIT SUISSE**

6901 Lugano
21 GEN 2008

# COPIA

**A**
Prioritaire

P.P. CH-8070 Zürich

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0118-80-8685-000D 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

| AVVISO DI ADDEBITO |
|---|

| Conto No. | 424135-21 | CHF |
|---|---|---|
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  18 GEN 08

TOTALE

VAL 21 GEN 08 CHF

36.28
*******************************

BENEFICIARI:
Spett.

Alice Services Inc.    CHF

36.28

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



## CREDIT SUISSE

6901 Lugano
23 GEN 2008

# COPIA

A
Prioritaire

P.P. CH-8070 Zürich

Domande conc. questo avviso:
TEL 0800 88 8871

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

Nostro riferimento:
UPIC 4  0456-0123-29-367-006 0456

Vostro riferimento:

### AVVISO DI ACCREDITO

| | |
|---|---|
| Conto No. | 424135-21    CHF |
| IBAN | CH14 0483 5042 4135 2100 0 |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

VAL 23 GEN 08 CHF                                    30,858.00
*****************************************

ORDINANTE:
Poll BIB

MOTIVO DI PAGAMENTO:
1094838 >>(30 950.85 * 0.003
) - 30 950.85 = -30 857.9974
20080122004005283280001000000112

80-000500-4
CREDIT SUISSE
Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



**CREDIT SUISSE**

UWTS21, casella postale 600
8070 Zurigo
22 gen 2008

Domande concernente questo avviso:
Tel. 091 802 53 74
Fax +41(0)44 352 9561

Nostro riferimento:
FXC$--0122-67578

**CONFERMA**
**TRANSAZIONE DI CAMBIO A CONTANTE**

Secondo contratto del   22 gen 2008

Copia

Titolare di conto:
Spett.
Alice Services Inc.

**A**
Prioritaire     **P.P.** CH-8070 Zürich

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

---

Abbiamo comperato:

| CHF | 175,000.00 |
|-----|-----------|
| **Valuta: 24 gen 2008** | |

| 1.1005 |
|--------|
| **Corso** |

Abbiamo venduto:

| USD | 159,018.63 |
|-----|-----------|
| **Valuta 24 gen 2008** | |

---

Il ns.addebito avviene presso:

Conto corrente

0456- 424135-21
IBAN CH14 0483 5042 4135 2100 0

Il ns.accredito avviene presso

Conto corrente

0456- 424135-22
IBAN CH77 0483 5042 4135 2200 0

---

Cordiali saluti

**CREDIT SUISSE**

Modulo senza firma



S9246P16875 00015916 00001/00006 5B1   00044937 B



# CREDIT SUISSE

UWTS21, casella postale 600
8070 Zurigo
22 gen 2008
Domande concernente questo avviso:
Tel. 091 802 53 74
Fax +41(0)44 332 9361
Nostro riferimento:
FXCS--0122-67345

Titolare di conto:
Spett.
Alice Services Inc.

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

**Copia**

**CONFERMA
TRANSAZIONE DI CAMBIO A CONTANTE**

Secondo contratto del    22 gen 2008

Abbiamo comperato:

| CHF | 184,00 |
|---|---|
| Valuta 24 gen 2008 | |

| 2.1830 |
|---|
| Corso |

Abbiamo venduto:

| GBP | 84.28 |
|---|---|
| Valuta 24 gen 2008 | |

Il ns.addebito avviene presso:

Conto corrente

0456- 424135-21
IBAN CH14 0483 5042 4135 2100 0

Il ns.accredito avviene presso

Conto corrente

0456- 424135-22-5
IBAN CH93 0483 5042 4135 2200 3

Cordiali saluti

CREDIT SUISSE

Modulo senza firma

S9246P16875 00015916  00003/00006 5B1   00014939 B

91


CREDIT SUISSE

6901 Lugano
25 GEN 2008

# COPIA

**A**
Prioritaire

P.P. CH-8070 Zürich
A

Domande conc. questo avviso:
TEL 0800 88 8871

Nostro riferimento:
UPIC 4  3D40-0124-80-14032-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

| AVVISO DI ADDEBITO |
|---|

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  24 GEN 08

VAL 25 GEN 08 CHF                                    46,746.00
*********************************

BENEFICIARIO:
SARA HICHRIK
BEIT SHEMESH, ISRAEL

MOTIVO DI PAGAMENTO:
SWIFT KBSGCH22

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
04 FEB 2008

# COPIA

**A**
Prioritaire

P.P. CH-8070 Zürich

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0201-80-7039-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

| Conto No. | 424135-21 | CHF |
|-----------|-----------|-----|
| IBAN | CH14 0483 5042 4135 2100 A | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  01 FEB 08

VAL 04 FEB 08 CHF                                        15.50
**********************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

MOTIVO DI PAGAMENTO:
DIFFERENZBETRAG

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S0908P25282 00018076 00001/00003 9B1  00048205 B        93

CREDIT SUISSE 

6901 Lugano
04 FEB 2008

# COPIA

```
A
```

Domande conc. questo avviso:
TEL 0000 88 8873

Nostro riferimento:
UPIC 4  3D40-0201-80-3847-0000 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231.051

AVVISO DI ADDEBITO

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  01 FEB 08

VAL 04 FEB 08 CHF
875.90
*******************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



**CREDIT SUISSE**

UNIS21, casella postale 600
8070 Zurigo
01 feb 2008

Domande concernente questo avviso:
Tel. 091 802 53 74
Fax +41(0)44 332 9361

Nostro riferimento:
FXCS--0201-04465

**CONFERMA**
**TRANSAZIONE DI CAMBIO A CONTANTE**

Secondo contratto del    01 feb 2008

**Copia**

Titolare di conto:
Spett.
Alice Services Inc.

**A**
Prioritaire     **P.P.** CH-8070 Zürich

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

Abbiamo comperato:

| CHF | , | 37,000.00 |
|-----|---|-----------|
| Valuta 05 feb 2008 | | |

| 1.08 |
|------|
| Corso |

Abbiamo venduto:

| USD | 34,259.26 |
|-----|-----------|
| Valuta 05 feb 2008 | |

Il ns.addebito avviene presso:

Conto corrente

0456- 424135-21
IBAN CH14 0483 5092 4135 2100 0

Il ns.accredito avviene presso

Conto corrente

0456- 424135-22
IBAN CH77 0483 5042 4135 2200 0

Cordiali saluti

CREDIT SUISSE

Modulo senza firma



S0728P39704 00017664 00001/00004 5B1   00045934 B

95

 **CREDIT SUISSE**

6901 Lugano
07 MAR 2008

# COPIA

A
Prioritaire

| P.P. CH-8070 Zürich |

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0306-80-18615-0000 0456

Voetro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL   06 MAR 08

VAL 07 MAR 08 CHF                                          31,238.55
*************************************

BENEFICIARIO:
Société suisse d'Assurances
générales sur la vie humaine
General-Guisan-Quai 40
8002 Zürich

MOTIVO DI PAGAMENTO:
1107641 GUTTMAN J
REINSTATEMENT

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

CREDIT SUISSE 

6901 Lugano
06 MAR 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0305-80-7343-0000 0456
Vostro riferimento:

NO. IVA 231051

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ADDEBITO

| | |
|---|---|
| Conto No. | 424135-21        CHF |
| IBAN | CH14 0483 5042 4135 2100 0 |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  05 MAR 08

VAL  06 MAR 08 CHF                                              746.00
                        ***********************************

BENEFICIARIO:
KERENBERG G. - GOLDMAN
ZURICH

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma


# CREDIT SUISSE

6901 Lugano
19 SET 2007

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0919-80-2-0000 0456
Vostro riferimento:

NO. IVA 231051

**AVVISO DI ADDEBITO**

Conto No.    4241 35-22      USD
IBAN        CH77 0483 5042 4135 2200 0
Kontokorrent

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

TITOLARE:
Spett.
Alice Services Inc.

---

CONFORMEMENTE ALL'ORDINE DEL   19 SET 07

|                            | USD | 5,450.36 |
| NOSTRE SPESE               | USD |     4.14 |
|                            | --------------------------------------- |
| VAL 19 SET 07              | USD | 5,454.50 |

*********************************

BENEFICIARIO:
0772561141
CONG BNEI YOEL INC.
MONROE, NY (USA)

MOTIVO DI PAGAMENTO:
GOLDBERGER

CONTO PRESSO:
//FW021201503
HUDSON UNITED BANK
MONROE, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



S3307P51165 0001944B 00002/00002 5B1A  00001102 B

98



CREDIT SUISSE

6901 Lugano
27 SET 2007

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-D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-0000 0456
Vostro riferimento:

NO. IVA 231051

## AVVISO DI ADDEBITO

| | |
|---|---|
| Conto No. | 424135-22    USD |
| IBAN | CH77 0483 5042 4135 2200 0 |
| Kontokorrent | |

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  26 SET 07

VAL 27 SET 07 USD                          50,000.00
**************************************

BENEFICIARIO:
Arzi Bank AG
Talacker 41
Postfach 652
8027 Zürich

MOTIVO DI PAGAMENTO:
BENEFICIARY:
AN 10570 ACC 723123

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
12 OTT 2007

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-1011-80-11859-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

| Conto No. | 424135-22 | USD |
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Kontokorrent | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  11 OTT 07

|  | | 38,600.00 |
| | USD | 4.28 |
| | USD | |
| NOSTRE SPESE | | 38,604.28 |
| VAL 12 OTT 07 USD | | ************************ |

BENEFICIARIO:
723123
AN 10570

CONTO PRESSO:
Arzi Bank AG
Talacker 41
Postfach 652
8027 Zürich

MOTIVO DI PAGAMENTO:
BENEFICIARY:
AN 10570 ACC 723123

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



CREDIT SUISSE

6901 Lugano
11 GEN 2008

**COPIA**

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0110-80-16727-0000 0456
Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

**AVVISO DI ADDEBITO**

| Conto No. | 424135-22 | USD |
|---|---|---|
| IBAN | CH77 0483 5042 4135 2200 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL   10 GEN 08

|  | USD | 41,543.51 |
|---|---|---|
| NOSTRE SPESE | USD | 4.44 |
| VAL 11 GEN 08 | USD | 41,547.95 |

************************************

BENEFICIARIO:                          CONTO PRESSO:
006062760565                           //EW021000021
CONG KEHILAS YACOV                     CHASE BANK
BROOKLYN, NY (USA)                     BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



S7897P39344 00016714 00002/00002 591  00047994 B     101



# CREDIT SUISSE

6901 Lugano
14 GEN 2008

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0113-80-273-0000 0456
Vostro riferimento:

NO. IVA 231051

**A** Prioritaire    **P.P.** CH-8070 Zürich    A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

| AVVISO DI ADDEBITO |
|---|

| Conto No. | 424135-22 | USD |
|---|---|---|
| IBAN | CH77 0483 5042 4135 2200 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  13 GEN 08

|  |  | USD | 190.00 |
|---|---|---|---|
| NOSTRE SPESE | | USD | 4.44 |
| | VAL 14 GEN 08 | USD | 194.44 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BENEFICIARIO:
6238586
LOICA SIMONEAU
MONTREAL QC (CANADA)

CONTO PRESSO:
TD CANADA TRUST
OUTREMONT, QC (CANADA)

IL NOSTRO CORRISPONDENTE:
The Toronto-Dominion Bank
CA-Toronto ON M5K 1A2

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma