

CREDIT SUISSE

6901 Lugano
15 GEN 2008

**COPIA**

A
Prioritaire      P.P. CH-8070 Zürich

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0114-80-7047-0000 0456
Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

**AVVISO DI ADDEBITO**

| | | |
|---|---|---|
| Conto No. | 424135-22 | USD |
| IBAN | CH77 0483 5042 4135 2200 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  14 GEN 08

|  | USD | 15,145.17 |
| NOSTRE SPESE | USD | 4.44 |
| | ------- | ------- |
| VAL 15 GEN 08 | USD | 15,149.61 |
| | | ******************************** |

BENEFICIARIO:
4473071191
MAYER GROSS
BROOKLYN, NY (USA)

CONTO PRESSO:
//FW226070584
APPLE BANK FOR SAVINGS
BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma





# CREDIT SUISSE

6901 Lugano
22 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8871
Nostro riferimento:
UPIC 4  3D40-0121-80-8393-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

**AVVISO DI ADDEBITO**

| Conto No. | 424135-22 | USD |
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  21 GEN 08

|  | USD | 49,030.18 |
| NOSTRE SPESE | USD | 4.44 |
| VAL 22 GEN 08 | USD | 49,034.62 |
| | | ******************************** |

BENEFICIARIO:
461089625
SHLOMO BRAUN
BROOKLYN, NY (USA)

CONTO PRESSO:
JPMorgan Chase Bank NA
1 Chase Manhattan Plaza
US-New York NY 10081

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma





CREDIT SUISSE

6901 Lugano
23 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8871

Nostro riferimento:
UPIC 4  3D40-0122-80-19121-0000 0456

Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ADDEBITO

| Conto No. | 424135-22 | USD |
|---|---|---|
| IBAN | CH77 0483 5042 4135 22D0 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  22 GEN 08

|  |  |  |
|---|---|---|
| | USD | 24,753.18 |
| NOSTRE SPESE | USD | 4.44 |
| VAL 23 GEN 08 | USD | 24,757.62 |

**********************************

BENEFICIARIO:
1500305645
CONG OHEL TORA
BROOKLYN, NY (USA)

CONTO PRESSO:
//FW026013576
SIGNATURE BANK
BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



 **CREDIT SUISSE**

6901 Lugano
25 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8871
Nostro riferimento:
UPIC 4  3D40-0125-80-796-0000 0456
Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

| AVVISO DI ADDEBITO |
|---|

| Conto No. | 424135-22 | USD |
|---|---|---|
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  25 GEN 08

|  | USD | 7,000.00 |
| NOSTRE SPESE | USD | 4.44 |
| VAL 25 GEN 08 | USD | 7,004.44 |

*************************************

BENEFICIARIO:
0336513460
JOSEPH WEISS
BROOKLYN, NY (USA)

CONTO PRESSO:
//FW231372691
SOVEREIGN BANK
BROOKLYN , NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma





# CREDIT SUISSE

6901 Lugano
28 GEN 2008

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D4D-0125-80-13395-000D 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

### AVVISO DI ADDEBITO

| Conto No. | 424135-22 | USD |
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  25 GEN 08

NOSTRE SPESE

| | USD | 7,500.00 |
| | USD | 4.44 |
| VAL 28 GEN 08 USD | | 7,504.44 |

*************************************

BENEFICIARIO:
28504556
MAYER UNSDORFER
BROOKLYN, NY (USA)

CONTO PRESSO:
//FW021000089
CITIBANK NA
BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

CREDIT SUISSE

6901 Lugano
28 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0125-80-13396-0000 0456
Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

## AVVISO DI ADDEBITO

| | |
|---|---|
| Conto No. | 424135-22     USD |
| IBAN | CH77 0483 5042 4135 2200 0 |
| Conto corrente | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  25 GEN 08

|  |  | |
|---|---|---|
| | USD | 5,071.16 |
| NOSTRE SPESE | USD | 4.44 |
| | VAL 28 GEN 08 USD | 5,075.60 |

************************************

BENEFICIARIO:
3404002598
BOYONER GMILAS CHESED
BROOKLYN, NY (USA)

MOTIVO DI PAGAMENTO:
FOR HERMAN SIL BERSTEIN

CONTO PRESSO:
//FW021407912
NORTH FORK BANK
BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

S0003P43815 00015643 00002/00003 5B1   00043763 B



CREDIT SUISSE

6901 Lugano
28 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  5D40-0125-80-13397-0000 0456
Vostro riferimento:

NO. IVA 231051

## AVVISO DI ADDEBITO

Conto No.   424135-22      USD
IBAN        CH77 0483 5042 4135 2200 0

Conto corrente

**A**
Prioritaire   **P.P.** CH-8070 Zürich
A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  25 GEN 08

|  |  |  |
|---|---|---|
|  | USD | 2,928.84 |
| NOSTRE SPESE | USD | 4.44 |
|  | ---------------------- |  |
| VAL 28 GEN 08 | USD | 2,933.28 |
|  | ******************************** |

BENEFICIARIO:
0359352607
ALBERT WEISSMAN
NEW YORK, NY (USA)

CONTO PRESSO:
//FW027007773
STERNLING NATIONAL BNK
NEW YORK, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

# CREDIT SUISSE

6901 Lugano
01 FEB 2008

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0131-80-17755-0000 0456
Vostro riferimento:

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

NO. IVA 231051

### AVVISO DI ADDEBITO

| Conto No. | 424135-22 | USD |
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  31 GEN 08

| | | USD | 55,795.96 |
| NOSTRE SPESE | | USD | 4.61 |
| | VAL 01 FEB 08 | USD | 55,800.57 |
| | | ********************************** | |

BENEFICIARIO:
334109019
ARON WEBER
BROOKLYN, NY (USA)

CONTO PRESSO:
//FW231372691
SOVEREIGN BANK
BROOKLYN, NY (USA)

IL NOSTRO CORRISPONDENTE:
Bank of New York
US-New York NY 10286

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma



 CREDIT SUISSE

6901 Lugano
01 FEB 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  3D40-0131-80-17754-0000 0456
Vostro riferimento:

NO. IVA 231051

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

| AVVISO DI ADDEBITO |
| --- |

| Conto No. | 424135-22 | USD |
| --- | --- | --- |
| IBAN | CH77 0483 5042 4135 2200 0 | |
| Conto corrente | | |

TITOLARE:
Spett.
Alice Services Inc.

CONFORMEMENTE ALL'ORDINE DEL  31 GEN 08

|  | USD | 27,634.69 |
| --- | --- | --- |
| NOSTRE SPESE | USD | 4.61 |
| VAL 01 FEB 08 USD | | 27,639.30 |

*******************************

BENEFICIARIO:
639747701
GEMILAS CHASUDIM MHRYT
MONROE, NY (USA)

CONTO PRESSO:
//FW021001088
HSBC BANK
NEW YORK, NY (USA)

MOTIVO DI PAGAMENTO:
A PERL

IL NOSTRO CORRISPONDENTE:
HSBC Bank USA, National
US-New York NY 10271

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma




# CREDIT SUISSE

**6901 Lugano**
**20 MAR 2008**

# COPIA

Domande conc. questo avviso:
**TEL 0800 88 8873**

Nostro riferimento:
**UPIC 4  3D40-0320-80-388-0000 0456**

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

A

## AVVISO DI ACCREDITO

| | |
|---|---|
| Conto No. | 424135-21-1    CHF |
| IBAN | CH84 0483 5042 4135 2100 1 |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

---

**VAL 20 MAR 08** CHF                         **33,497.55**
*********************************

A DEBITO DEL VOSTRO CONTO
Conto corrente
424135-21

MOTIVO DI PAGAMENTO:
UEBERTRAG

---

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

112

# CREDIT SUISSE 

6901 Lugano
23 GEN 2008

# COPIA

Domande conc. questo avviso:
TEL 0800 88 8871
Nostro riferimento:
UPIC 4  0456-0123-29-367-006 0456
Vostro riferimento:

A
Prioritaire

P.P. CH-8070 Zürich

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

VAL 23 GEN 08 CHF                          30,858.0
********************************

ORDINANTE:
Poli BIB

MOTIVO DI PAGAMENTO:
1094838 >>(30 950.85 * 0.003
) - 30 950.85 = -30 857.9974
2008012200400528328000100000112

80-000500-4
CREDIT SUISSE
Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

113



# CREDIT SUISSE

6901 Lugano
21 GEN 2008

## COPIA

Domande conc. questo avviso:
TEL 0800 88 8873
Nostro riferimento:
UPIC 4  3D40-0118-80-8684-0000 0456
Vostro riferimento:

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| | |
|---|---|
| Conto No.   424135-21-1    CHF | |
| IBAN    CH84 0483 5042 4135 2100 1 | |
| Conto corrente | |

TITOLARE:
Spett.
Alice Services Inc.

VAL 21 GEN 08 CHF                                    36.28
*************************************

ORDINANTE:
SPETT.
ALICE SERVICES INC.

MOTIVO DI PAGAMENTO:
LISTE NR.

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

114



# CREDIT SUISSE

6901 Lugano
08 GEN 2008

# COPIA

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  0456-0108-29-512-006 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

---

VAL 08 GEN 08 CHF                                        16,964.75
******************************************

ORDINANTE:                          MOTIVO DI PAGAMENTO:
RENTENANSTALT/SWISS LIFE             1.104.514, GROSS MEYER
ABTEILUNG IP                         200801070040041181600001000048412
POSTFACH 740
8022 ZUERICH

80-000500-4
CREDIT SUISSE
Zürich

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

115

# CREDIT SUISSE

**6901 Lugano**
**13 DIC 2007**

# COPIA

Domande conc. questo avviso:
**TEL 0800 88 8873**
Nostro riferimento:
**UPIC 4  0456-1213-29-439-006 0456**
Vostro riferimento:

**A**
Prioritaire

**P.P.** CH-8070 Zürich

A

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

---

**VAL 13 DIC 07 CHF**                                          **49,305.40**
**********************************************

ORDINANTE:
Rentenanstalt,Übrige Zahlungen
8002 Zürich

MOTIVO DI PAGAMENTO:
601079963
200712120040049008900010000016312

80-000500-4
CREDIT SUISSE
Zürich

---

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

116



# CREDIT SUISSE

6901 Lugano
12 OTT 2007

# COPIA

**A**
Prioritaire    **P.P.** CH-8070 Zürich

A

Domande conc. questo avviso:
TEL 0800 88 8873

Nostro riferimento:
UPIC 4  0456-1012-29-503-006 0456

Vostro riferimento:

Frau
G. Kernberg
I.G.A.V.
Postfach
8036 Zürich

## AVVISO DI ACCREDITO

| | | |
|---|---|---|
| Conto No. | 424135-21 | CHF |
| IBAN | CH14 0483 5042 4135 2100 0 | |

Conto corrente

TITOLARE:
Spett.
Alice Services Inc.

---

VAL 12 OTT 07 CHF                              **97,973.00**
********************************

ORDINANTE:                    MOTIVO DI PAGAMENTO:
Société suisse d'Assurances   MARIAGE
8002 Zürich                   POL.NO 1100053
                              20071010004004293600001000039112

69-003008-1
CREDIT SUISSE
UCTI
Lugano

DISTINTI SALUTI

CREDIT SUISSE

Modulo senza firma

117



## מדינת ישראל – משרד ראש הממשלה

# תעודת נישואין

מס' 2139442

| ה א ש ה | ה ב ע ל | פרטים אישיים |
|---|---|---|
| שטיינברג | וייגדור | ג ג<br>המשפחה |
| וייגדור | וייגדור | שם המשפחה לאחר תנישואין |
| בת שבע | ישראל אברהם | ות הפרטיים |
| יהודיה | יהודי<br>כהן / לוי / ישראל | ז (הדתית) |
| 3–דצמ–1989 | 16–ספט–1985 | ך הלידה |
| עובדת | בן ישיבה | ח היד |
| ירושלים | ארה"ב | ו המגורים |
| 3 02461132 | דרכון ארה"ב 141293800 | הזהות |
| אברהם | יעקב אהרן | ו ר י ם<br>המשפחה והשמות הפרטיים של האב |
| פייגא | חיה | המשפחה והשמות הפרטיים של האם |
| ירושלים | ארה"ב | ו מגורי האב |
| ירושלים | ארה"ב | מגורי האם |
| עצמאי | מגיד שיעור | ח ידו של האב |
| עק"ב | עק"ב | ח ידה של האם |
| ניסן בן גרשון | יעקב חיים בן ישראל | ד י ם<br>המשפחה והשמות הפרטיים |
| | | ח היד |

_____ י מאשר בזה כי חנישואין של הזוג הנ"ל נערכו ב    ירושלים
מקום התחופה

יום _____ י"ד לחודש    מנ"א    שנת תשס"ז    29–יול–2007
תאריך לועזי

זמו בלשכת הרבנות    ירושלים
מקום הרבנות



חתימה הרב המורשה

 



----Translation from the Hebrew Language----

### State of Israel - Department of Religions

No. 2139442

# Marriage Certificate

| Personal Details | The Husband | The Woman |
|---|---|---|
| **The Couple** Family Name | Wigder | Steinberg |
| **\* Family Name after the Wedding** | Wigder | Wigder |
| First Name | Yisroel Avrohom | Bat Sheva |
| Religion | Jewish | Jewish |
| Date of Birth | September 16, 1985 | December 3, 1989 |
| Current Occupation | Student | Worker |
| Residence before Marriage | USA | Jerusalem |
| I.D. Number | US Passport 141293800 | 3 02461132 |
| **The Parents** Father's Name | Yaakov Aron | Avrohom |
| Mother's Name | Chaya | Feiga |
| Father's Residence | USA | Jerusalem |
| Mother's Residence | USA | Jerusalem |
| Father's Occupation | Teacher | Self-Employed |
| Mother's Occupation | Housewife | Housewife |
| **The Witnesses** Full Names | Yaakov Chaim son of Yisroel | Nissen son of Gershon |
| Occupation | | |

I'm hereby confirming, that the marriage of above couple was held in Jerusalem, on July 29, 2007, and was registered in the Rabbinical offices in Jerusalem.

*(Rabbi's Signature)*

_____
Authorized Rabbi's signature

[Place of Rubber stamp]

[Photo]

[Photo]

-----End of Translation-----



119



BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

## «La Suisse»

ENDORSEMENT    No. 1

Policy Nr 1.098.816 - Date 06.08.94 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
               1001 Lausanne - Tel. 021/313 6000

I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.098.816
---------------------

M O D I F I C A T I O N ( S )

| | |
|---|---|
| Policyholder | KEREN YEHOSHUA |
| | 1462 54TH ST. |
| | USA-11219 BROOKLYN NY |
| Person(s) Insured | A: EILENBERG YOSEF |
| Kind of Insurance | GLOBAL, mixed insurance on the life of a child |
| | Code: 11.0256.2/1 +0000. |

General Insurance Conditions (CGA) :    VI1/1993

Claimants
----------

In case of life and death of the insured person A:
the policyholder, by failing his spouse, by failing his children,
by failing the other heirs of the policyholder.

Federal Law on Insurance Contracts (Art.12 LCA.)
----------------------------------------------------

In case the policy or endorsements do not correspond with the
original agreement, the policyholder must request correction within
4 weeks of receipt of the documents. Failure to do so will be
considered as acceptance.

Lausanne, le 06.08.94
La Suisse
Life Insurance Company

121

05/07/2008  12:34     8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# 《 La Suisse 》

Policy Nr 1.098.816 - Date 01.04.94 - Page     1

Your agency : Av. de Rumine 13 ~ P.O. Box 1307
             1001 Lausanne ~ Tel. 021/313 6000

I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.098.816
-------------------
Policyholder              EILENBERG YOSEF

                          C/O FRANKEL
                          1462 54TH ST.
                          USA-11219 BROOKLYN NY

Person(s) Insured         A: EILENBERG YOSEF

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)

Beginning of Contract     29.07.1994

End of Contract           29.07.2011

Premium
-------

Yearly                                        Due

SFR.      5.460,10.                            29.07.1994

                    Maturity: 01.07
                    Final Maturity:      1.07.2010

General Insurance Conditions (CGA) :      VI1/1993

122

05/07/2008  12:34    8457825158    BITUSWISS    PAGE  04/24



| Certified A True Photostatic Print of a Record | on file at the Office of the Registrar General Ontario, Canada | Registration Number: Numéro d'enregistrement : | 2007 011537 PAGE 1 of 1 |
|---|---|---|---|
| Ontario | | Certificate number: Numéro du certificat : | P 541480 |
| Office of the Registrar General Bureau du registraire général | Photocopie certifiée conforme d'un document | se trouvant dans les dossiers du Bureau du registraire général (Ontario) Canada | Date issued: Date de délivrance : Jul 16 2007 File number: Numéro de dossier : 07083436-01 |

**Ontario** — Ministry of Government Services — Office of the Registrar General

## Marriage Licence

Licence number: **E493203**

This form is a permanent legal document and can only be used to register a marriage that takes place in Ontario. Please PRINT clearly in blue or black ink.

1. Date this licence was issued (d/m/y)
14/05/2007

2. Municipality where licence was issued
City of Toronto

3. Name of licence issuer or deputy issuer
Lisa Tuan

4. Signature of licence issuer or deputy issuer

5. Proposed place of marriage (town/city)
Toronto

6. Proposed date of marriage (y/m/d) must be within 3 months of date of issue
14/05/2007

| | **Applicant** | | **Joint applicant** |
|---|---|---|---|
| 7 / 24. Last legal name before this marriage | Guttmann | Sussman | |
| 8 / 25. First and middle names | Robert | Chaya Brocha | |
| 9 / 26. Marital status | ☒ never married ☐ widowed ☐ divorced | ☒ never married ☐ widowed ☐ divorced | |
| 21 / 28. Age | 21 | 19 | |
| 11 / 28. Religious denomination | Jewish | Jewish | |
| 12 / 29. Date of birth (d/m/y) | 14/10/1985 | 29/07/1987 | |
| 13 / 30. Province where applicant was born | United States | United States | |
| 14 / 31. Father's name (last, first) | Guttmann, Jeno | Sussman, Jacob | |
| 15 / 32. Mother's name (last name before marriage, first name) | Mendlovic, Sarah | Rosenwasser, Toby | |
| 16 / 33. Province where the applicant's father was born | Hungary | Québec | |
| 17 / 34. Province where the applicant's mother was born | United States | United States | |

19. Name in full of applicant
Robert Guttmann    and    Chaya Brocha Sussman

make oath and say as follows: That I believe there is no lawful cause or legal impediment to bar or hinder the solemnization of the marriage, and that the contents set forth herein are to the best of Our knowledge, information and belief, true in every particular.

Sworn/affirmed before me at City of Toronto in the Province of Ontario
this 14th day of May 2007
R. Hoffman (Signature of applicant)    Chaya Brocha Sussman (Signature of joint applicant)

Signature of issuer/deputy issuer

35. Present address of applicant (street number and name)    Apartment
61 Harrison Avenue    21

36. Present address of joint applicant (street number and name)    Apartment
41 Stormont Avenue

20. City or town    Province
Brooklyn, NY    US

37. City or town    Province
Toronto    Ontario

21. Postal code    22. Telephone number
11211    ( 718 ) 782-3742

38. Postal code    39. Telephone number
M5N2C1    ( 416 )

40. Place of marriage (name the city or town and the county, regional municipality or district)
Monte 64

42. Signature of applicant
x R. Hoffman

43. Signature of joint applicant
x Chaya Brocha Sussman

41. Date of marriage (d/m/y)
14/05/2007

44. Signature of witness
x

45. Signature of witness
x

By signing below, I certify that the marriage of the parties named in this marriage licence was performed on the date and at the place indicated above.

46. Signature of person who performed marriage
x

47. Date (d/m/y)
14/05/2007

Please print clearly in blue or black ink.

48. Name of person who performed marriage (last, first, middle)
K. E. Coward

49. Your status: ☒ Clergy ☐ Judge ☐ Justice of the peace ☐ Other

50. Address of person who performed marriage
22 Col Audrey D. Whitby, On L1R 2B3

51. Telephone number
905 666 9658

52. Your registration number
44867

53. Your denomination, Clergy only
Out old AC Church

For use of the Registrar General only:
I am satisfied of the correctness of this statement and register this marriage

Signature    Judith M. Hartman    Date (d/m/y)    JUN 1 5 2007

Personal information collected in this form is collected under the authority of the Marriage Act, R.S.O. 1990, c.M.3 and will be used to determine whether to issue the marriage licence, to register the marriage, provide certified copies, extracts, certificates, search notices, photocopies and for statistical, research, medical, law enforcement, education and adoption disclosure purposes. Questions about this collection should be directed to the Deputy Registrar General at RG, Box 4600, 189 Red River Road, Thunder Bay, ON P7B 6L8, Telephone 1-800-461-2156 or 416-325-8305

123

05/07/2008  12:34   8457825158    BITUSWISS    PAGE  05/24
                                  La Suisse, Life Insurance
                                  Company, Lausanne



Policy Nr 1.107.642 - Date 29.04.95 - Page    1


Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000


I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.107.642
--------------------
Policyholder              GUTTMAN ROBERT

                          61 HARRISON AVE 2J
                          USA- BROOKLYN NY 11211


Person(s) Insured         A: GUTTMAN ROBERT

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)


Beginning of Contract   14.04.1995

End of Contract         14.04.2010

Premium
-------

Yearly                                      Due

SFR.      6.333,00.                          14.04.1995

                        Maturity: 01.04
                        Final Maturity:   1.04.2009

General Insurance Conditions (CGA) :    VI1/1993


124

05/07/2008  12:34  8457825158  BITUSWISS  PAGE  05/24



**SwissLife**

CH/URR-ELCH

Herr
Robert Guttman
61 Harrison Ave 2J
USA- Brooklyn 11211

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 (0) 21 313 76 81

Unsere Referenz: 50/2350/ELCH          Lausanne, 19.02.2008

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN *

Art der Versicherungsleistung:  HEIRATSFALL

| Policen-nummer | Versicherungs-Summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.107.642 | 100.000 | GEMISCHT | 14.04.1995 | 14.04.2010 |

| Aufstellung der Leistungen | | Betrag in CHF |
|---|---|---|
| Versichertes Kapital | | 100.000,00 |
| Darlehen | | - 63.897,80 |
| Prämie | | - 6.333,00 |
| Zinsen | | - 52,80 |
| | TOTAL | 29.716,40 |

Versicherte Person(en)          Robert Guttman

Name und Adresse der            Herr
Anspruchsberechtigten           Robert Guttman
                                61 Harrison Ave 2J
                                US-Brooklyn 11211

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der erforderlichen Dokumente bei Heiratsfall.

125



**SwissLife**

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Anspruche und Rechte, unter anderem jene beruhend auf Unguelligkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

**VON CHF**                    **29'716.40**

**POLICE NR.**                 **1.107.642**

**VERSICHERUNGSNEHMER**        **Robert GUTTMAN**


Die Auszahlung wird geleistet :


Auf den Namen von

Adresse

- Bank                                      in

  Konto Nr.

- PC Nr.

- Andere

Mitteilungen :


Unterschriften


_____          _____
Ort, Datum                            Robert Guttman, DOB 14.10.1985

*I the undersigned, _____, hereby certify that on _____ there appeared before me at my office Robert Guttman, whose identity was proved to me by ID No. _____, and signed this document.*


_____          
Ort, Datum                            Notar

**Hauptsitz Westschweiz**
Avenue de Rumine 13, Postfach 1307, 1001 Lausanne                    126

**\* L 1 1 0 9 9 8 9 \***

District Name  Ramapo

New York State Department of Health        District No.  4353

# Certificate of Marriage Registration        Local Register No.  422

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

**Groom:** Name  Jacob I. Oberlander

First        Middle        Premarriage Surname

☐ Check box if same as premarriage surname

New Surname (if applicable)

Residing at  39 Heyward Street, Brooklyn, N Y 11211

Date of Birth  05/21/1984        Place of Birth  New York, New York

Month  Day  Year        City, Town or Village/State or Country

**Bride:** Name  Chanie Lebovits

First        Middle        Premarriage Surname        Maiden Name
(if different from premarriage surname)

Oberlander        ☐ Check box if same as premarriage surname

New Surname (if applicable)

Residing at  12 Elaine Place, Spring Valley, N.Y. 10977

Date of Birth  05/16/1983        Place of Birth  Suffern, New York

Month  Day  Year        City, Town or Village/State or Country

Date of Marriage  05/05/2003        Place of Marriage  Kiryas Joel        NEW YORK

Month  Day  Year        City, Town or Village

Town or City Clerk ▶ _[signature]_        05/13/2003

Month  Day  Year

marriage was a second or subsequent ceremony.

This transcript, unless the raised seal of the issuing locality is affixed thereon.

Any Alteration Invalidates This Certificate

See Reverse Side For A List of Security Features Used In This Form

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK · HOLD UP TO LIGHT TO VALIDATE

127

05/07/2008  12:34    8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# 《La Suisse》

Policy Nr 1.100.177 - Date 14.05.94 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
            1001 Lausanne - Tel. 021/313 6000

# I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.100.177
--------------------
Policyholder             OBERLANDER JACOB I.

                         36 TAYLOR ST.
                         USA-11211 BROOKLYN NY

Person(s) Insured        A: OBERLANDER JACOB I.

Kind of Insurance        GLOBAL, mixed insurance on the life of a child
                         Code: 11.0256.2/1 +0000.
                         Benefits insured: see following page(s)

Beginning of Contract    21.09.1994

End of Contract          21.09.2008

Premium
-------
                                                Due

Yearly                                          21.09.1994

SFR.      6.916,40.

               Maturity: 01.09
               Final Maturity:    1.09.2007

General Insurance Conditions (CGA) :   VI1/1993

05/07/2008  12:34    8457825158                    BITUSWISS



```
                                    Mr.
                                    Jacob I. Oberlander
                                    36 Taylor St.
                                    US-Brooklyn NY 11211
```

Unsere Referenz :  50/2330/MUF       Lausanne,  24.06.04


ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
-----------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-<br>nummer<br>1.100.177 | Versicherungs-<br>summe<br>100.000 | Versicherungs-<br>art<br>GEMISCHT | Abschluss-<br>datum<br>21.09.1994 | Ablaufs-<br>datum<br>21.09.2008 |
|---|---|---|---|---|

| Aufstellung der Leistungen | Betrag in  CHF |
|---|---|
| Versichertes Kapital | 90.000,00 |
| Darlehensbetrag | 45.549,35- |
| Zinsgutschrift | 1.385,45 |
| T O T A L | 45.836,10 |


```
Versicherte Person (en)        Jacob I. Oberlander

Name und Adresse der           Mr.
Anspruchsberechtigten          Jacob I. Oberlander
                               36 Taylor St.
                               US-Brooklyn NY 11211
```


* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der 129

05/07/2008  12:34     8457825158                    BITUSWISS



ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN          CHF     45.836,10


Police Nummer 1.100.177

Die Auszahlung wird geleistet :

Auf den Namen von .................................................

  _ Adresse        ..................................................

                   ..................................................

  _ Bank           .................... in .........................

    Kto Nr.        ..................................................

  _ PC Nr.         ..................................................

  _ Andere         ..................................................

                   ..................................................

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung,einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften


-------------------------------          -------------------------------

  Ort, Datum                             Anspruchsberechtigter


-------------------------------          -------------------------------

  Ort, Datum                             Faustpfandgläubiger

05/07/2008  12:34    8457825158    BITUSWISS



מדינת ישראל – משרד ראש הממשלה

# תעודת נישואין

מס' 2115711

| ה א ש ה | ה ב ע ל | פרטים אישיים |
|---|---|---|
| | | ה ז ו ג |
| | שלסר | שם המשפחה |
| לוי | שלסר | * שם המשפחה לאחר הנישואין |
| שלמה | שלסר | השמות הפרטיים |
| לאה | שרגא | התעודה (הדתית) |
| יהודיה | הלוי | כהן / לוי / ישראל |
| 13/08/87 | 15/02/87 | תאריך הלידה |
| | בן ישיבה | משלח יד |
| ----- | | |
| תל אביב הדף הרמד 6 | אשדוד הצבעורנד 10 | מקום המגורים |
| 301274197 | 300680899 | מס' תעודת זהות |
| | | ה ה ו ר י ם |
| לוי שמעון יוסף | שלסר מנחם | שם המשפחה והשמות הפרטיים של האב |
| לוי יהודית | שלסר דרספה רבקה | שם המשפחה והשמות הפרטיים של האם |
| תל אביב | אשדוד | מקום מגורי האב |
| תל אביב | אשדוד | מקום מגורי האם |
| משגיח בישיבה | פקיד | משלח ידו של האב |
| מדרה | גננת | משלח ידה של האם |
| | | ה ע ד י ם |
| אברהם נחמן גוטרמן | מרדכי רוטשטידן | שם המשפחה והשמות הפרטיים |
| | אברך | משלח יד |

הריני מאשר בזה כי הנישואין של הזוג הנ"ל נערכו ב בני ברק
                                                                            מקום החתונה

יום ___ יט __ לחודש אלול שנת תשס"ז

תאריך לועזי 02/09/07

נרשמו בספר הרבנות בני ברק
                                        מקום הרבנות


חתימת הרב המורשה





131

05/07/2008  12:34    8457825158    BITUSWISS

A

# STATE OF ISRAEL-OFFICE OF THE PRIME MINISTER

# MARRIAGE CERTIFICATE

NUMBER 2115711

| PERSONAL PARTICULARS | HUSBAND | WIFE |
|---|---|---|
| THE COUPLE FAMILY NAME | SHLESER | LEVI |
| *FAMILY NAME AFTER MARRIAGE | SHLESER | SHLESER |
| FIRST NAMES | SHRAGA | LEA |
| RELIGION | JEWISH | JEWISH |
| BIRTHDATE | 15/2/87 | 13/8/87 |
| OCCUPATION | YESHIVA STUDENT --------- | |
| RESIDENCE | ASHDOD HATZIVONI 10 | TEL AVIV HADAF YOMI 6 |
| ID NUMBER | 300680899 | 301274197 |
| PARENTS FAMILY NAME AND FATHER'S FIRST NAME | SHLESER MENACHEM | LEVI SHIMON YOSEF |
| FAMILY NAME AND MOTHER'S FIRST NAME | SHLESER YOSEFA RIVKA | LEVI YEHUDIT |
| FATHER'S RESIDENCE | ASHDOD | TEL AVIV |
| MOTHER'S RESIDENCE | ASHDOD | TEL AVIV |
| FATHER'S OCCUPATION | CLERK | YESHIVA ADMINISTRATOR |
| MOTHER'S OCCUPATION | NURSERY TEACHER | TEACHER |
| WITNESSES | MORDCHAI ROTSHTEIN | AVRAHAM NACHMAN GUTTERMAN |
| OCCUPATION | STUDENT | |

I HEREBY CERTIFY THAT THE MARRIAGE OF THE ABOVE COUPLE TOOK PLACE IN BNEI BRAK
ON THE 19TH DAY OF THE MONTH OF ELUL 5767    2/9/07
GREGORIAN DATE

132

05/07/2008 12:34    8457825158    BITUSWISS    PAGE 14/24
03/04/2007 04:13 FAX    @02



**SwissLife**

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1397
1001 Lausanne
www.swisslife.ch

Eliane Clampod
Fax +41 (0) 21 313 75 81

CHURR-ELCH

Herr
Shrage Shleser
c/o Shlomo Weiss
1742 58th St
USA-11204 Brooklyn

Unsere Referenz: 50/2350/ELCH    Lausanne, 27.03 2008

### ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN *

Art der Versicherungsleistung:  HEIRATSFALL

| Policen-nummer | Versicherungs-Summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.100.098 | 100.000 | GEMISCHT | 15.08.1 94 | 15.08.2011 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 100.000,00 |
| Gutschrift | 15,00 |
| Darlehen | - 36.308,30 |
| **TOTAL** | 63.706,70 |

Versicherte Person(en)    Shrage hleser

Name und Adresse der       Herr
Anspruchsberechtigten      Shrage hleser
                           c/o Shl o Weiss
                           1742 5 St
                           USA-11 04 Brooklyn

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, : ns der Versand von
Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung ; n Darlehen, die Bezahlung
jeglicher Versicherungsleistungen oder irgendeins andere Handlung oder Unterlassun : sinen Verzicht auf Ansprueche
und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der \ sicherungspolizen aufgrund von
Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.

* Unter Vorbehalt der Zustellung durch den Anspruchsberechti un der erforderlichen
Dokumente bei Heiratsfall.

05/07/2008  12:34    8457825158                    BITUSWISS
                                          La Suisse, Life Insurance
                                             Company, Lausanne

# 《 La Suisse 》

Policy Nr 1.100.098 - Date 09.05.94 - Page    1


Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000


I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.100.098
--------------------
Policyholder              SHLESER SHRAGE

                          C/O SHLOMO WEISS
                          1742 58TH ST
                          USA-11204 BROOKLYN NY

Person(s) Insured         A: SHLESER SHRAGE

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)


Beginning of Contract   15.08.1994

End of Contract         15.08.2011

Premium
-------

Yearly                                      Due.

SFR.      5.460,10.                           15.08.1994

                    Maturity: 01.08
                    Final Maturity:    1.08.2010

General Insurance Conditions (CGA) :    VI1/1993


134

05/07/2008  12:34    8457825158    STATE OF NEW YORK    BITUSWISS

PAGE
(THIS SPACE FOR STATE USE ONLY)

# STATE OF NEW YORK
## DEPARTMENT OF HEALTH

COUNTY **Rockland**
CITY/TOWN **Ramapo**
DISTRICT NUMBER **4353**
REGISTER NUMBER **1255**

## AFFIDAVIT, LICENSE and CERTIFICATE OF MARRIAGE

☐ SUPPLEMENTAL FILE

### FROM THE GROOM

1. A. FULL NAME  FIRST  MIDDLE  CURRENT SURNAME
   **Shlome A. Ungar**
   B. BIRTH NAME IF DIFFERENT
   C. SURNAME AFTER MARRIAGE (OPTIONAL - SEE REVERSE)
   D. SOCIAL SECURITY NUMBER  **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**
2. RESIDENCE A. (STATE) **NY**  B. (COUNTY) **Rockland**
   C. CHECK ONE AND SPECIFY ☐ CITY ☐ TOWN ☑ VILLAGE **New Square**
   D. STREET ADDRESS **117 Washington Avenue**  ZIP **10977**
   E. IS RESIDENCE WITHIN LIMITS OF CITY OR INCORPORATED VILLAGE? ☐ YES ☐ NO
3. A. AGE **21**  3.B. DATE OF BIRTH MONTH **06** DAY **05** YEAR **1983**
4. EMPLOYMENT
   A. USUAL OCCUPATION **Student**
   B. TYPE OF INDUSTRY OR BUSINESS **Rabbinical Coll.**
5. PLACE OF BIRTH (CITY, STATE/COUNTRY IF NOT USA) **Suffern, NY**
6. FATHER
   A. NAME **Ruby Ungar**
   B. COUNTRY OF BIRTH **USA**
7. MOTHER
   A. MAIDEN NAME **Malka Einhorn**
   B. COUNTRY OF BIRTH **Canada**
8. NUMBER OF THIS MARRIAGE **1**
9. PREVIOUS MARRIAGES
   A. NUMBER OF PREVIOUS MARRIAGES WHICH ENDED BY
      DIVORCE **0**  CIVIL ANNULMENT **0**  DEATH **0**
   B. HOW DID LAST MARRIAGE END? (3) ☐ DIVORCE (3) ☐ ANNULMENT (2) ☐ DEATH
   C. DATE LAST MARRIAGE ENDED? MONTH DAY YEAR
   D. ARE ANY FORMER SPOUSE(S) ALIVE? ☐ YES ☐ NO
10. IF PREVIOUSLY DIVORCED OR ANNULED, PROVIDE THE FOLLOWING INFORMATION
    DATE OF DECREE (MONTH, DAY, YEAR)  PLACE ISSUED (CITY, STATE/COUNTRY, IF NOT USA)  AGAINST WHOM SELF SPOUSE
    1ST
    2ND
    3RD
    4TH

### FROM THE BRIDE

11. A. FULL NAME  FIRST  MIDDLE  CURRENT SURNAME
    **Faigy Klein**
    B. BIRTH NAME (MAIDEN NAME) IF DIFFERENT **Ungar**
    C. SURNAME AFTER MARRIAGE (OPTIONAL - SEE REVERSE)
    D. SOCIAL SECURITY NUMBER  **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**
12. RESIDENCE A. (STATE) **NY**  B. (CITY ☐ TOWN ☐ COUNTY) **Rockland**
    C. CHECK ONE AND SPECIFY ☐ CITY ☐ TOWN ☐ VILLAGE **New Square**
    D. STREET ADDRESS **45 Buchanan Road**  ZIP **10977**
    E. IS RESIDENCE WITHIN LIMITS OF CITY OR INCORPORATED VILLAGE? ☐ YES ☐ NO
13. A. AGE **18**  3.B. DATE OF BIRTH MONTH **10** DAY **18** YEAR **198**
14. EMPLOYMENT
    A. USUAL OCCUPATION **Student**
    B. TYPE OF INDUSTRY OR BUSINESS **Seminary   Brooklyn, NY**
15. PLACE OF BIRTH (CITY, STATE/COUNTRY IF NOT USA)
16. FATHER
    A. NAME **Akiva Klein**
    B. COUNTRY OF BIRTH **Israel**
17. MOTHER
    A. MAIDEN NAME **Sarah Hoch**
    B. COUNTRY OF BIRTH **Russia**
18. NUMBER OF THIS MARRIAGE **1**
19. PREVIOUS MARRIAGES
    A. NUMBER OF PREVIOUS MARRIAGES WHICH ENDED BY
       DIVORCE **0**  CIVIL ANNULMENT **0**  DEATH **0**
    B. HOW DID LAST MARRIAGE END? (3) ☐ DIVORCE (3) ☐ ANNULMENT (2) ☐ DEATH
    C. DATE LAST MARRIAGE ENDED? MONTH DAY YEAR
    D. ARE ANY FORMER SPOUSE(S) ALIVE? ☐ YES ☐ NO
20. IF PREVIOUSLY DIVORCED OR ANNULED, PROVIDE THE FOLLOWING INFORMATION
    DATE OF DECREE (MONTH, DAY, YEAR)  PLACE ISSUED (CITY, STATE/COUNTRY, IF NOT USA)  AGAINST WHOM SELF SPOUSE
    1ST
    2ND
    3RD
    4TH

I, being duly sworn, depose and say, that to the best of my knowledge and belief that the information I provided is true and that I declare that no legal impediment as to my right to enter into the marriage state.

21. SIGNATURE OF GROOM ▶ *Shlome A. Ungar*
22. SIGNATURE OF BRIDE ▶ *Faigy Klein*  DATE **11/23/20**
23. SUBSCRIBED AND SWORN TO BEFORE ME SIGNATURE OF TOWN OR CITY CLERK ▶ *Christian P. Sampson*  DATE

### LICENSE

This license authorizes the marriage in New York State of the bride and groom named above by any person authorized by New York Domestic Relations Law §11 to perform marriage ceremonies within New York State. THIS LICENSE VALID IN NEW YORK STATE ONLY.
If checked, this license to be used only for the purpose of a second or subsequent ceremony. ☐

24. TOWN OR CITY CLERK
    NAME (PRINT) **Christian Sampson**
    SIGNATURE ▶ *Christian P. Sampson*  DATE **11/23/2004**
    MAILING ADDRESS **237 Route 59, Suffern, NY 10901**

25. A. SOLEMNIZATION PERIOD BEGINS
    TIME **03:18** ☐ AM ☑ PM
    MONTH **11** DAY **24** YEAR **2004**
25. B. SOLEMNIZATION ENDS AT MIDNIGHT
    MONTH **01** DAY **22** YEAR **20**

### CERTIFICATE

I CERTIFY THAT I SOLEMNIZED THE MARRIAGE OF THE PERSONS NAMED ABOVE ON THE DATE AND AT THE TIME AND PLACE INDICATED.

26. SOLEMNIZATION OCCURRED
    TIME **8:30** ☐ AM ☑ PM  MO **NOV** DAY **28** YEAR **04**
27. TYPE OF CEREMONY
    0 ☑ RELIGIOUS  1 ☐ CIVIL
    9 ☐ OTHER, SPECIFY

28. PLACE WHERE MARRIAGE OCCURRED
    A. STATE **NEW YORK**  B. COUNTY **Roc**
    C. LOCATION OF CEREMONY (CHECK ONE AND SPECIFY)
    ☐ CITY OF ☐ TOWN OF ☑ VILLAGE OF
    SPECIFY **NEW SQUARE**

29. OFFICIANT
    NAME (PRINT) **Usher Eisenberg**  TITLE **Rabbi**
    SIGNATURE ▶ *Usher Eisenberg*  DATE **Nov. 29, 04**
    MAILING ADDRESS **78 ...  New Square NY 10977**

30. WITNESS TO CEREMONY
    NAME (PRINT) **Ben Steinmetz**
    SIGNATURE ▶ *Beni Steinmetz*

31. WITNESS TO CEREMONY
    NAME (PRINT) **Kalman Braun**
    SIGNATURE ▶ *Kalman Braun*

NOTE: OFFICIANT MUST RETURN LICENSE TO ISSUING CLERK WITHIN 5 DAYS OF SOLEMNIZATION.

DOH-98 (11/98)

135