05/07/2008  12:34   8457825158                  BITUSWISS
                                                La Suisse, Life Insurance
                                                Company, Lausanne

# « La Suisse »

This document cancels and replaces all other documents
issued under the same number

Policy Nr 1.098.572 - Date 09.03.95 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

## I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.098.572
--------------------
Policyholder              UNGAR SHLOME

                          117 WASHINGTON AVE
                          10977 NEW SQUARE NY

Person(s) Insured         A: UNGAR SHLOME

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)

Beginning of Contract     5.12.1993

End of Contract           5.12.2007

Premium
-------
                                              Due

Yearly                                        5.12.1993

SFR.       6.916,40.

                          Maturity: 01.12
                          Final Maturity:     1.12.2006

General Insurance Conditions (CGA) :          VI1/1993

Special clauses to this contract: see the end of this document

05/07/2008  12:34    8457825158    BITUSWISS

La Suisse, Life Insurance
Company, Lausanne

# 《La Suisse》

ENDORSEMENT    No. 1

Policy Nr 1.098.572 - Data 12.06.96 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
1001 Lausanne - Tel. 021/313 6000

I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.098.572
----------------------

M O D I F I C A T I O N ( S )

Policyholder             ASHKENAZI NATHAN D.

                         28 RITA AVENUE
                         USA- MONSEY NY 10952

Person(s) Insured        A: UNGAR SHLOME

Kind of Insurance        GLOBAL, mixed insurance on the life of a child
                         Code: 11.0256.2/1 +0000.

General Insurance Conditions (CGA) :     VII/1993

Claimants
---------

In case of life and death of the insured person A :
the policyholder, by failing his spouse, by failing the children,
by failing the other heirs of the policyholder.

Federal Law on Insurance Contracts (Art.12 LCA.)
-------------------------------------------------

In case the policy or endorsements do not correspond with the
original agreement, the policyholder must request correction within
4 weeks of receipt of the documents. Failure to do so will be
considered as acceptance.

Lausanne, le 12.06.96
La Suisse
Life Insurance Company

137

05/07/2008  12:34    8457825158    BITUSWISS



**«La Suisse»**
Assurances · Versicherungen · Assicurazioni

```
                              Mr
                              Nathan D. Ashkenazi
                              28 Rita Avenue
                              US-Monsey NY NY 10952
```

Unsere Referenz :  50/2330/LOM        Lausanne,  03.12.04

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
---------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-<br>nummer | Versicherungs-<br>summe | Versicherungs-<br>art | Abschluss-<br>datum | Ablaufs-<br>datum |
|---|---|---|---|---|
| 1.098.572 | 100.000 | GEMISCHT | 05.12.1993 | 05.12.2007 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 100.000,00 |
| Darlehenszinsen | 35,30- |
| Darlehensbetrag | 67.137,25- |
| Zinsgutschrift | 461,55 |
| **T O T A L** | **33.289,00** |

Versicherte Person (en)          Shlome Ungar

Name und Adresse der             Mr
Anspruchsberechtigten            Nathan D. Ashkenazi
                                 28 Rita Avenue
                                 US-Monsey NY NY 10952

* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der 138



ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN    CHF    33.289,00

Police Nummer 1.098.572

Die Auszahlung wird geleistet :

Auf den Namen von ....................................................

_ Adresse      ....................................................

               ....................................................

_ Bank         ...................... in ...........................

  Kto Nr.      ....................................................

_ PC Nr.       ....................................................

_ Andere       ....................................................

               ....................................................

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung,einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften


------------------------------        ------------------------------------

  Ort, Datum                          Anspruchsberechtigter


------------------------------        ------------------------------------

  Ort, Datum                          Faustpfandgläubiger

139

05/07/2008  12:34     8457825158                BITUSWISS

Mr. & Mrs. JOEL HIRSCH
74 ROSS ST. 6B
BROOKLYN, NY 11211



THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number
M-2005-3877

M-2005-4-3844

### Certificate of Marriage Registration

This is To Certify That   JOEL  HIRSCH

residing at        74 ROSS ST. 6B, BROOKLYN, NY 11211

born on           1/7/1983              at    BROOKLYN, NY, USA

and      ESTHER  MANDEL
         New Surname: HIRSCH
residing at   252 KEAP ST., BROOKLYN, NY 11211

born on           6/10/1984             at    NEW YORK, NY, USA

### Were Married

on       6/9/2005              at        CENT RABBI CONG

                                         BROOKLYN, NY

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Manhattan                 N.Y.                        June 15, 20   05

PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.

Victor L. Robles
City Clerk of the City of New York

CET-F

M003227

140

05/07/2008  12:34    8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# «La Suisse»

Policy Nr 1.092.221 - Date 02.09.93 - Page      1

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

# I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.092.221
--------------------
Policyholder            HIRSCH JOEL

                        74 ROSS ST.
                        USA-11211 BROOKLYN NY

Person(s) Insured       A: HIRSCH JOEL

Kind of Insurance       GLOBAL, mixed insurance on the life of a child
                        Code: 11.0256.2/1 +0000.
                        Benefits insured: see following page(s)

Beginning of Contract   7.07.1993

End of Contract         7.07.2007

Premium
-------

                                                    Due
Yearly
                                                    7.07.1993
SFR.       6.916,40.

                        Maturity: 01.07
                        Final Maturity:     1.07.2006

General Insurance Conditions (CGA) :     VI1/1986

141

05/07/2008  12:34     8457825158     BITUSWISS     PAGE  23/24

**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN     CHF     2.679,70

Police Nummer 1.092.221

Die Auszahlung wird geleistet :

Auf den Namen von ............................................................

_ Adresse       ............................................................

                ............................................................

_ Bank          ..................... in ...................................

  Kto Nr.       ............................................................

_ PC Nr.        ............................................................

_ Andere        ............................................................

                ............................................................

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften


-----------------------------          -----------------------------------
Ort, Datum                             Anspruchsberechtigter


-----------------------------          -----------------------------------
Ort, Datum                             Faustpfandgläubiger



142

05/07/2008  12:34     8457825158                    BITUSWISS



«La Suisse»
Assurances · Versicherungen · Assicurazioni


                                    Mr.
                                    Joël Hirsch
                                    74 Ross St.
                                    US-Brooklyn NY 11211


Unsere Referenz :  50/2330/SPR        Lausanne,  21.06.05


        ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
        - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Art der Versicherungsleistung : HEIRATSFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.092.221 | 100.000 | GEMISCHT | 07.07.1993 | 07.07.2007 |


| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 100.000,00 |
| Ueberschussbeteiligung der Hauptvers. | 345,00 |
| Prämie | 82.996,80- |
| Zinsen | 14.668,50- |
| T O T A L | 2.679,70 |


Versicherte Person (en)          Joël Hirsch

Name und Adresse der             Mr.
Anspruchsberechtigten            Joël Hirsch
                                 74 Ross St.
                                 US-Brooklyn NY 11211


                                                              143

Mr. & Mrs. DINA WEBER
1454 40TH ST.
BROOKLYN, NY 11218
United States of America

## THE CITY OF NEW YORK
### OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number
B-2007-9353

B-2007-4-4653

# Certificate of Marriage Registration

This Is To Certify That    **MORDECHAI DOV POSNER**

residing at    **1832 49TH ST. , BROOKLYN, NY 11204 United States of America**

**BROOKLYN, NY, USA**

born on    **3/27/1988**    at

and    **DINA   WEBER**
New Surname: POSNER

residing at    **1454 40TH ST. , BROOKLYN, NY 11218 United States of America**

**NEW YORK, NY, USA**

born on    **12/22/1984**    at

## Were Married

on    **9/26/2007**    at    **4907 15TH AVE**

By **JOSHUA RUBIN**    **BROOKLYN, NY**

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

**Brooklyn**        N.Y.        October 1, 20    07



PLEASE NOTE: Facsimile Signature
and seal are printed pursuant
to Section 11-A, Domestic
Relations Law of New York.

Michael McSweeney
First Deputy City Clerk of the City of New York

144

CET-F



**\* L2579413 \***

District Name __Ramapo__

# New York State Department of Health

District No. __4353__

# Certificate of Marriage Registration

Local Register No. __415.__

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office*

**Groom** Name __Berish Laufer__

First                    Middle                    Premarriage Surname

☑ Check box if same as premarriage surname

_____
New Surname (if applicable)

Residing at __25 Ross Street, Brooklyn, NY 11211__

Date of Birth __10/15/1985__   Place of Birth __New York, New York__
          Month  Day  Year                    City, Town or Village/State or Country

**Bride** Name __Miryam Gotlieb__
          First      Middle      Premarriage Surname      Maiden Name
                                                          (if different from premarriage surname)

__Laufer__                            ☐ Check box if same as premarriage surname.
New Surname (if applicable)

Residing at __6132 Durocher Avenue, Montreal, Canada H2V3Y6__

Date of Birth __12/12/1988__   Place of Birth __Jerusalem, Israel__
          Month  Day  Year                    City, Town or Village/State or Country

Date of Marriage __05/08/2007__   Place of Marriage __Brooklyn__                    NEW YORK
          Month  Day  Year                    City, Town or Village

Town or City Clerk ▶ _~~Christa B. _____~~_        __05/29/2007__
                                                    Month  Day  Year

____ed, this marriage was a second or subsequent ceremony.

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**

**See Reverse Side For A List of Security Features Used In This Form**

DOH-130 (9/2001)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK · HOLD UP TO LIGHT TO VALIDATE

\* L 2 6 2 5 2 7 1 \*

District Name __Ramapo__

### New York State Department of Health

District No. __4353__

## Certificate of Marriage Registration

Local Register No. __713__

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office.*

**Groom** Name __Meyer Gross__
First                    Middle                    Premarriage Surname

☑ Check box if same as premarriage surname.

_____
New Surname (if applicable)

Residing at __2-A Paiken Drive, Spring Valley, NY 10977__

Date of Birth __08/11/1984__     Place of Birth __New York, New York__
Month   Day   Year                              City, Town or Village/State or Country

**Bride** Name __Rivke Lajtai__
First          Middle          Premarriage Surname          Maiden Name
(if different from premarriage surname)

☑ Check box if same as premarriage surname.

_____
New Surname (if applicable)

Residing at __939 East 13th Street, Brooklyn, NY 11230__

Date of Birth __05/15/1987__     Place of Birth __Antwerpe, Belgium__
Month   Day   Year                              City, Town or Village/State or Country

Date of Marriage __07/13/2007__   Place of Marriage __Town Of Ramapo__        NEW YORK
Month   Day   Year                              City, Town or Village

Town or City Clerk ► _____   __07/18/2007__
Month   Day   Year

...d, this marriage was a second or subsequent ceremony.

...s not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

DOH-130 (9/2001)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK - HOLD UP TO LIGHT TO VALIDATE



----*Translation from the Hebrew Language*----

### State of Israel - Department of Religions

No. 1033996

# Marriage Certificate

| Personal Details | The Husband | The Woman |
|---|---|---|
| **The Couple** Family Name | Guttman | Rand |
| * Family Name after the Wedding | Guttman | Guttman |
| First Name | Baruch | Yehudith |
| Religion | Jewish | Jewish |
| Date of Birth | March 29, 1984 | November 27, 1983 |
| Current Occupation | Student | --- |
| Residence before Marriage | USA Boro Park | Bnei Brak Ben David Avraham 36 |
| I.D. Number | US Passport 112577161 | 065955064 |
| **The Parents** Father's Name | Guttman Yaakov Zev | Rand Nathan |
| Mother's Name | Guttman Esther Chaya | Rand Chana Rivka |
| Father's Residence | USA | Bnei Brak |
| Mother's Residence | USA | Bnei Brak |
| Father's Occupation | Deliveries | College Dean |
| Mother's Occupation | Housewife | Teacher |
| **The Witnesses** Full Names | Yaakov Mordechai Twersky | Moshe Laufer |
| Occupation | | |

I'm hereby confirming, that the wedding of above couple was held in Bnei Brak, on January 15, 2003, and was registered in the Rabbinical offices in Bnei Brak.

*(Rabbi's Signature)*

*(Place of Rubber Stamps)*                    *(Place of Photos)*

-----*End of Translation*-----

147



מדינת ישראל – המשרד לעניני דתות

# תעודת נישואין

מס' 1033996

| פרטים אישיים | החתן | הכלה |
|---|---|---|
| ח ת ן / כ ל ה<br>שם המשפחה | גרוסמן | הנה |
| * שם המשפחה לאחר הנישואין | גרוסמן | גרוסמן |
| חתימת הפרטיים | ברוך | רבקה-בת |
| תקרית (תעודה) | כתב / גר / ישראל<br>ישראל | המדינה |
| תאריך הלידה | 29/03/84 | 27/11/83 |
| משלח חדר | בן ישיבה | --- |
| מקום המגורים | ארח"כ בורו פארק | בני ברק בן דוד אברהם 36 |
| מס' חתומה | 112577161 | 065955064 |
| תרורים<br>שם המשפחה והשמות הפרטיים של האב | גוטמן יעקב זאב | רונד כתן |
| שם המשפחה והשמות הפרטיים של האם | גוטמן אסתר חיה | רונד חנה רבקה |
| מקום מגורי האב | ארח"כ | בני ברק |
| מקום מגורי האם | ארח"כ | בני ברק |
| משלח ידו של האב | תורגלות | ראש כולל |
| משלח ידה של האם | ע"כ | מורה |
| ת ע י ד ם<br>שם המשפחה והשמות הפרטיים | יעקב מרדכי טברסקי | משה לאופר |

הריני מאשר בזאת כי הנישואין של הזוג הנ"ל נערכו ב בני ברק

מקום החתמה

יום י"ב לחודש שבט שנת תשס"ג

נרשמו בלשכת הרבנות בני ברק

מקום הרבנות

 



תאריך לופזו 15/01/03

חתימת הרב המורשה

PAGE 01/24
05/07/2008  12:58     8457825158          BITUSWISS



מדינת ישראל – משרד ראש הממשלה

# תעודת נישואין

מס' 92633

| האשה | הבעל | פרטים אישיים |
|---|---|---|
| בידרמן | שפירא | שם המשפחה |
| שפירא | שפירא | שם המשפחה לאחד הנישואין |
| יהודית | יהושע שלום | השמות הפרטיים |
| יהודית | יהודי / ישראל | דעתם (הדתית) |
| 30.1.88 | 7.1.86 | התאריך הלידה |
| תלמידה | תלמיד | משלח היד |
| י-ם, עבודה ישראל 30 | כ"ב, הרב שך 15 א' | מקום המגורים |
| 301555843 | 038127510 | מס' רישיון |
| | | תחורים |
| בידרמן יוחנן | שפירא אהרן | שם המשפחה והשמות הפרטיים של האב |
| בידרמן אסתר הנדיל | שפירא אסתר | שם המשפחה והשמות הפרטיים של האם |
| י-ם, עמודה ישראל 30 | כ"ב, הרב שך 15 א' | מקום מגורי האב |
| " | | מקום מגורי האם |
| אברך | אברך | משלח ידו של האב |
| ע"ב | ע"ב | משלח ידה של האם |
| | | העדים |
| מאיר מודרס שטרנב"יג | יום טוב פורגט | שם המשפחה והשמות הפרטיים |
| ר"ב | סוחר | משלח היד |

הריני מאשר מאושר בזה כי הנישואין של חתן הנ"ל נערכו ב  קינג דיוייד, בני ברק
מקום החתונה

12.11.2006    אור   לום   כ"ב   לחודש   מרחשון   שנת תשס"ז
התאריך העברי

בנ"ץ ישארית ישראל
נרשמו בלשכת הרבנות פהלקת רישום נישואין נישואין על הרבונות נזו נתק
מקום הרבונות

הרב שלמה קורח

אהרן וילברגו
AARON ZIGERTZAN
NOTAIRE * NOTARY

בכתאש לסעיה 6 לחוק השמעה

05/07/2008  12:58   8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# ≪La Suisse≫

Policy Nr 1.110.512 – Date 11.08.95 – Page    1

Your agency : Av. de Rumine 13 – P.O. Box 1307
1001 Lausanne – Tel. 021/313 6000

# I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.110.512
-----------------------
Policyholder            SCHAPIRO YEHOSHUA SHALOM

                        2409 AVE. 4
                        USA– BROOKLYN NY 11204

Person(s) Insured       A: SCHAPIRO YEHOSHUA SHALOM

Kind of Insurance       GLOBAL, mixed insurance on the life of a child
                        Code: 11.0256.2/1 +0000.
                        Benefits insured: see following page(s)

Beginning of Contract   7.07.1995

End of Contract         7.07.2010

Premium
-------

Yearly                                          Due
                                                7.07.1995
SFR.      6.333,00.

                        Maturity: 01.07
                        Final Maturity:     1.07.2009

General Insurance Conditions (CGA) :     VI1/1993

05/07/2008  12:58  8457825158         BITUSWISS



**SwissLife**

CH/URR-ELCH

Herr
Yehoshua Shalom Schapiro
2409 Ave.U
NY-11229 Brooklyn

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 (0) 21 313 75 81

Unsere Referenz: 50/2350/ELCH              Lausanne, 25.02.2008

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN *

Art der Versicherungsleistung:  HEIRATSFALL

| Policen-nummer | Versicherungs-Summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.110.512 | 67.915 | GEMISCHT | 07.07.1995 | 07.07.2010 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| | 67.915,00 |
| Versichertes Kapital | 19.474,05 |
| Rückerstattung                                    TOTAL | 87.389,05 |

Versicherte Person(en)                    Yehoshua Shalom Schapiro

Name und Adresse der                      Herr
   Anspruchsberechtigten                  Yehoshua Shalom Schapiro
                                          2409 Ave.U
                                          NY-11229 Brooklyn

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von
Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung
jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche
und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von
Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der erforderlichen
Dokumente bei Heiratsfall.

151

05/07/2008  12:58    8457825158                    BITUSWISS



SwissLife

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Unguelligkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

**VON CHF**                    **87'389.05**

**POLICE NR.**                 **1.110.512**

**VERSICHERUNGSNEHMER**   **Yehoshua Shalom SCHAPIRO**

Die Auszahlung wird geleistet :

Auf den Namen von

Adresse

- Bank                                                in

Konto Nr.

- PC Nr.

- Andere

Mitteilungen

Unterschriften

Ort, Datum                     Yehoshua Shalom Schapiro, DOB 07.01.1986

*I the undersigned, _____, hereby certify that on _____ there appeared before me at my office Yehoshua Shalom Schapiro, whose identity was proved to me by ID No. _____, and signed this document.*

Ort, Datum                     Notar

Hauptsitz Westschweiz

152

05/07/2008  12:58    8457825158    BITUSWISS    PAGE  05/24

**\* L 2 8 4 1 2 1 6 \***

District Name _____ **Town Of Monroe**

**New York State Department of Health**    District No. _____ **5560**

**Certificate of Marriage Registration**    Local Register No. _____ **284**

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office.*

**Groom** Name _____ **Isaac Moses Rosenberg**
First                    Middle                    Premarriage Surname

☐ Check box if same as premarriage surname

New Surname (if applicable) _____

Residing at **137 Schunnemunck Road, Monroe, NY 10950**

Date of Birth **11/06/1985**    Place of Birth **Manhattan, Ny**
Month  Day  Year                    City, Town or Village/State or Country

**Bride** Name _____ **Fraidy            Schwartz**
First        Middle    Premarriage Surname    Maiden Name (if different from premarriage surname)

**Rosenberg**    ☐ Check box if same as premarriage surname

New Surname (if applicable) _____

Residing at **133 Heyward Street, Brooklyn, NY 11206**

Date of Birth **10/21/1988**    Place of Birth **Manhattan, Ny**
Month  Day  Year                    City, Town or Village/State or Country

Date of Marriage **11/11/2007**    Place of Marriage **Kiryas Joel**    New York
Month  Day  Year                    City, Town or Village

**(SEAL)**    Town or City Clerk ▶ *Patricia A. Keen*    **11/20/2007**
Month  Day  Year

☐ If checked, this marriage was a second or subsequent ceremony.

*Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.*

**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK : HOLD UP TO LIGHT TO VALIDATE.

05/07/2008  12:58    8457825158                BITUSWISS                                    PAGE  05/24



**SwissLife**

CH/URR-ELCH

Herr
Isaac Moses Rosenberg
66 Hewes St.
USA-11211 Brooklyn

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 (0) 21 313 75 81

Unsere Referenz: 50/2350/ELCH            Lausanne, 14.02.2008

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN *

Art der Versicherungsleistung:  HEIRATSFALL

| Policen-nummer | Versicherungs-Summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.107.594 | 100.000 | GEMISCHT | 06.05.1995 | 06.05.2010 |

| Aufstellung der Leistungen | | Betrag in CHF |
|---|---|---|
| Versichertes Kapital | | 100.000,00 |
| | TOTAL | 100.000,00 |

Versicherte Person(en)                    Isaac Moses Rosenberg

Name und Adresse der                      Herr
  Anspruchsberechtigten                   Isaac Moses Rosenberg
                                          66 Hewes St.
                                          USA-11211 Brooklyn

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

\* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der erforderlichen Dokumente bei Heiratsfall.

154

05/07/2008  12:58  8457825158    BITUSWISS    PAGE  07/24



**SwissLife**

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Unguelltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

| | |
|---|---|
| VON CHF | **100'000.00** |
| POLICE NR. | **1.107.594** |
| VERSICHERUNGSNEHMER | **Isaac Moses ROSENBERG** |

Die Auszahlung wird geleistet :

Auf den Namen von

Adresse

- Bank                                in

  Konto Nr.

- PC Nr.

- Andere

Mitteilungen

Unterschriften

Ort, Datum                 Isaac Moses Rosenberg (DOB 06.11.1985)

*I the undersigned, _____, hereby certify that on _____ there appeared before me at my office Isaac Moses Rosenberg, whose identity was proved to me by ID No. _____, and signed this document.*

Ort, Datum                 Notar

05/07/2008  12:58    8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

Policy Nr 1.107.594 - Date 07.06.95 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

# I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.107.594
-----------------------
Policyholder               ROSENBERG ISAAC MOSES

                           66 HEWES ST.
                           USA-11211 BROOKLYN NY

Person(s) Insured          A: ROSENBERG ISAAC MOSES

Kind of Insurance          GLOBAL, mixed insurance on the life of a child
                           Code: 11.0256.2/1 +0000.
                           Benefits insured: see following page(s)

Beginning of Contract      6.05.1995

End of Contract            6.05.2010

Premium
-------
                                              Due
Yearly
                                              6.05.1995
SFR.      6.333,00.

                           Maturity: 01.05
                           Final Maturity:    1.05.2009

General Insurance Conditions (CGA) :          VI1/1993



**\* L2625271 \***

District Name   **Ramapo**

# New York State Department of Health
# Certificate of Marriage Registration

District No.   **4353**

Local Register No.   **713**

*This is to certify that the persons identified below were married on the date and at the place specified as shown by the duly registered license and certificate of marriage on file in this office.*

**Groom**  Name  **Meyer Gross**
First             Middle            Premarriage Surname

☑ Check box if same as premarriage surname

New Surname (if applicable)

Residing at   2-A Paiken Drive, Spring Valley, NY 10977

Date of Birth   **08/11/1984**   Place of Birth   **New York, New York**
Month Day Year                        City, Town or Village/State or Country

**Bride**  Name  **Rivke Lajtai**
First       Middle       Premarriage Surname       Maiden Name
(if different from premarriage surname)

☑ Check box if same as premarriage surname

New Surname (if applicable)

Residing at   939 East 13th Street, Brooklyn, NY 11230

Date of Birth   **05/15/1987**   Place of Birth   **Antwerpe, Belgium**
Month Day Year                        City, Town or Village/State or Country

Date of Marriage   **07/13/2007**   Place of Marriage   **Town Of Ramapo**   NEW YORK
Month Day Year                        City, Town or Village

Town or City Clerk ►                        **07/18/2007**
Month Day Year

☐ the marriage was a second or subsequent ceremony.

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.

**Any Alteration Invalidates This Certificate**

**See Reverse Side For A List of Security Features Used In This Form**

(DOH-130 (9/2001)

VALID DOCUMENT CONTAINS WATERMARK OF STATE SEAL ON BACK · HOLD UP TO LIGHT TO VALIDATE

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# ≪La Suisse≫

Policy Nr 1.104.514 - Date 04.03.95 - Page    1


Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000


I N D I V I D U A L    L I F E    I N S U R A N C E

Policy Nr 1.104.514
-------------------
Policyholder              GROSS MEYER

                          50 DIVISION AVE 6-A
                          USA-11211 BROOKLYN NY

Person(s) Insured         A: GROSS MEYER

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)

Beginning of Contract     11.02.1995

End of Contract           11.02.2009

Premium
-------

Yearly                                          Due

SFR.    6.916,40.                                11.02.1995

                    Maturity: 01.02
                    Final Maturity:   1.02.2008

General Insurance Conditions (CGA) :    VI1/1993

05/07/2008  12:58   8457825158     BITUSWISS                          PAGE  11/24
08/09/2006 03:40  FAX                                                 005



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

Mr.
Meyer Gross
50 Division Ave 6-A
US-Brooklyn NY 11211

Unsere Referenz :   50/2330/LOM         Lausanne,  1 .08.07

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
==========================================================

Art der Versicherungsleistung : HEIRATSFALL

| Policen-<br>nummer | Versicherungs-<br>summe | Versicherungs-<br>art | Abschluss-<br>datum | Ablaufs-<br>datum |
|---|---|---|---|---|
| 1.104.514 | 100.000 | GEMISCHT | 11.02.1995 | 11.02.2009 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 100.000,00 |
| Prämie | 6.916,40- |
| Zinsen | 172,90- |
| Darlehenszinsen | 5.616,90- |
| ZWISCHENTOTAL : | 87.293,80 |

* Unter Vorbehalt der Zustellung durch den Anspruchberechtigten der
  erforderlichen Dokumente bei Heiratsfall.

Avenue de rumine 13, case postale 1307, 1001 Lausanne
Tél. 021 313 80 00 - Fax 021 313 76 00

159