05/07/2008  12:58    8457825158                                      BITUSWISS                              PAGE  12/24
08/09/2006 03:40 FAX                                                                                          ☒06



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

                                        Mr.
                                        Meyer Gross
                                        50 Division  ve 6-A
                                        US-Brooklyn : ! 11211

Unsere Referenz :   50/2330/LOM        Lausanne,  16 :8.07

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEI TUNGEN
----------------------------------------- ------

Art der Versicherungsleistung : HEIRA HFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abech ss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.104.514 | 100.000 | GEMISCHT | 11.02 1995 | 11.02.2009 |

| Aufstellung der Leistungen | trag in CHF |
|---|---|
| U E B E R T R A G | 87.293,80 |
| Darlehensbetrag | 73.836,25- |
| Zinsgutschrift | 3.507,20 |
| T O T A L | 16.964,75 |

Versicherte Person (en)        Meyer Gross

Name und Adresse der           Mr.
Anspruchsberechtigten          Meyer Gross
                               50 Division Ave  ·A
                               US-Brooklyn NY 1  :11

Case 1:07-cv-05834-PKC    Document 22-7    Filed 05/22/2008    Page 2 of 11
BITUSWISS
PAGE 13/24
05/07/2008  12:58    8457825158
20. SEP. 2007  8:22
№ 0782    P. 2



**SwissLife**

## ZAHLUNGSAUFTRAG FÜR VERSICHERUNGSLEISTUNGEN

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

**VON CHF**                16'964.75

**POLICE NR.**             1.104.514

**VERSICHERUNGSNEHMER**    Meyer GROSS

Die Auszahlung wird geleistet :

Auf den Namen von

Adresse

- Bank                                              in

  Konto Nr.

- PC Nr.

- Andere

Mitteilungen

Unterschriften

Ort, Datum                        Meyer Gross, DOB 11.08.1984

*I the undersigned, _____, hereby certify that on _____ there appeared before me at my office Meyer Gross, whose identity was proved to me by ID No. _____, and signed this document.*

Ort, Datum                        Notar

Hauptsitz Westschweiz
Avenue de Rumine 13, Postfach 1307, 1001 Lausanne

161



New York State Department of Health

Certificate of Marriage Registration

MONROE

5560

345

05/07/2008  12:58  8457825158
13/06/2008 01:37 FAX

# ≪La Suisse≫
Assurances · Versicherungen · Assicurazioni

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN      CHF     20.657,70

Police Nummer 1.090.485

Die Auszahlung wird geleistet :

Auf den Namen von  .............................. ..........................

\_ Adresse          ............................ ..........................

                   ............................ ..........................

\_ Bank             ........................ in  ..........................

  Kto Nr.           ............................ ..........................

\_ PC Nr.           ............................ ..........................

\_ Andere           ............................ ..........................

                   ............................ ..........................

Wir weisen Sie darauf hin, dass keine Handlung  der Unterlassung durch
La Suisse-Versicherungen, sei es der Versand vc  Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Ge  aehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen  oder irgendeine andere
Handlung oder Unterlassung,einen Verzicht auf A  sprueche und Rechte,
unter anderem jene beruhend auf Ungueltigkeit c  ar Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder I  rtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften

----------------------------      --------------------- -------------------
Ort, Datum                        Anspruchsberech   gter

----------------------------      --------------------- -------------------
Ort, Datum                        Faustpfandgläub  ger

05/07/2008 12:58    8457825158
13/06/2008 01:37 FAX
BITUSWISS
PAGE 16/24



«La Suisse»
Assurances · Versicherungen · Assicurazioni

Mr.
Joël Weiss
147 Ross St
US-Brooklyn   11211

Unsere Referenz :   50/2330/LOM      Lausanne,   29 05.07

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *
------------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.090.485 | 100.000 | GEMISCHT | 24.11.1992 | 24.11.2006 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 100.000,00 |
| Ueberschussbeteiligung der Hauptvers. | 348,00 |
| Ueberschussbeteiligung der Zusatzvers. | 50,00 |
| Prämie | 69.164,00- |
| ZWISCHENTOTAL : | 31.234,00 |

* Unter Vorbehalt der Zustellung durch den Anspruch berechtigten der
erforderlichen Dokumente bei Heiratsfall.

Avenue de rumine 13, case postale 1307, 1001 Lausanne
Tél. 021 313 60 00 - Fax 021 313 76 00

164

05/07/2008  12:58   8457825158                    BITUSWISS
13/06/2008 01:37 FAX



**«La Suisse»**
Assurances · Versicherungen · Assicurazioni

Mr.
Joël Weiss
147 Ross St
US-Brooklyn NY 11211


Unsere Referenz :   50/2330/LOM        Lausanne,  29 05.07


ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLE: TUNGEN
--------------------------------------------------

Art der Versicherungsleistung : HEIRA SFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Absch uss-datu | Ablaufs-datum |
|---|---|---|---|---|
| 1.090.485 | 100.000 | GEMISCHT | 24.1: 1992 | 24.11.2006 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| U E B E R T R A G | 31.234,00 |
| Zinsen | 10.576,30- |
| T O T A L | 20.657,70 |


Versicherte Person (en)        Joël Weiss

Name und Adresse der           Mr.
Anspruchsberechtigten          Joël Weiss
                               147 Ross St
                               US-Brooklyn NY : 211



מדינת ישראל - המשרד לעניני דתות

העתקה מ- **תעודת נשואין** מסי 1033916

| פרטים אישיים | ה ב ע ל | ה א ש ה |
|---|---|---|
| **ה ז ו ג** | | |
| שם המשפחה | ישראל | בנן |
| השמות הפרטיים | בנימין | יהו'ות |
| העדה (הדתית) | יהודי | יהודיה |
| כהן / לוי / ישראל | | |
| תאריך הלידה | 23/05/84 | 24/11/83 |
| משלח יד הנוכחי | | - |
| מקום המגורים לפני הנשואין | ב' יוסיפה | |
| מסי תעודת הזהות | 119522161 | 065955064 |
| **ה ה ו ר י ם** | | |
| שם המשפחה והשמות הפרטיים של האב | ישראל אברהם בניו | בנן חיים בנו |
| שם המשפחה והשמות הפרטיים של האם | ישראל אסתר ח"ה | בנן חוה יבקה |
| מקום מגוריו של האב | הרה"ב | ברנק |
| מקום מגוריה של האם | " | " |
| משלח ידו של האב | | |
| משלח ידה של האם | | |
| **ה ע ד י ם** | עד א. | עד ב. |
| שם המשפחה והשמות הפרטיים | | |
| משלח היד | | |

הריני מאשר בזה, כי הנשואין של הזוג הנ"ל נערכו ב

ביום ___ לחודש ___ שנת ___ 15/01/03

ונרשמו בלשכת הרבנות ב

**אישור**

הריני מאשר בזה שהתעודה דלעיל היא העתקה נכונה מהתעודה המקורית.

יום ___ לחודש ___ תשי"ג (12/05/04)






05/07/2008  12:58    8457825158    BITUSWISS    PAGE 19/24

----Translation from the Hebrew Language----

### State of Israel - Department of Religions

No. 1033996

# Marriage Certificate

| Personal Details | The Husband | The Woman |
|---|---|---|
| **The Couple** Family Name | Guttman | Rand |
| First Name | Baruch | Yehudith |
| Religion | Jewish | Jewish |
| Date of Birth | March 29, 1984 | November 22, 1983 |
| Current Occupation | Student | |
| Residence before Marriage | USA Borough Park | Bnei Brak Ben David Abraham 36 |
| I.D. Number | US Passport 112572161 | 065955064 |
| **The Parents** Father's Name | Guttman Jacob Zev | Rand Nathan |
| Mother's Name | Guttman Esther Chaya | Rand Chana Rivka |
| Father's Residence | USA | Bnei Brak |
| Mother's Residence | USA | Bnei Brak |
| Father's Occupation | Deliveries | Director of College of Higher Education |
| Mother's Occupation | Housewife | Teacher |
| **The Witnesses** Full Names | Jacob Mordechai Twersky | Moshe Laufer |
| Occupation | | |

I'm hereby confirming, that the wedding of above couple was held in Bnei Brak, on January 15, 2003, and was registered in the Rabbinical offices in Bnei Brak.

(Rabbi's Signature)

**Confirmation**

I'm hereby confirming that the certificate above is a true copy from the original certificate.

May 17, 2004

(Signature)

(Place of Rubber Stamps)

-----End of Translation-----

167

05/07/2008  12:58    8457825158                BITUSWISS                    PAGE  20/24
                                      La Suisse, Life Insurance
                                      Company, Lausanne

# « La Suisse »

Policy Nr 1.094.838 - Date 02.12.93 - Page    1

Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000

I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.094.838
----------------------
Policyholder              GUTTMAN BARUCH

                          4702 12TH AVE
                          USA-11219 BROOKLYN NY

Person(s) Insured         A: GUTTMAN BARUCH

Kind of Insurance         GLOBAL, mixed insurance on the life of a child
                          Code: 11.0256.2/1 +0000.
                          Benefits insured: see following page(s)

Beginning of Contract     29.09.1993

End of Contract           29.09.2008

Premium
--------

Yearly                                          Due

SFR.      6.333,00.                             29.09.1993

                   Maturity: 01.09
                   Final Maturity:    1.09.2007

General Insurance Conditions (CGA) :      VII/1986

                                                                          168

05/07/2008 12:58    8457825158

BITUSWISS
La Suisse, Life Insurance
Company, Lausanne

# 《La Suisse》

DUPLICATE

ENDORSEMENT   No. 1

Policy Nr 1.094.838 - Date 18.06.94 - Page    1


Your agency : Av. de Rumine 13 - P.O. Box 1307
              1001 Lausanne - Tel. 021/313 6000


I N D I V I D U A L   L I F E   I N S U R A N C E

Policy Nr 1.094.838
--------------------

M O D I F I C A T I O N ( S )


Policyholder          PERL ARON

                      9 GWEN LANE
                      USA-10952 MONSEY NY

Person(s) Insured     A: GUTTMAN BARUCH

Kind of Insurance     GLOBAL, mixed insurance on the life of a child
                      Code: 11.0256.2/1 +0000.

General Insurance Conditions (CGA) :    VI1/1986


Claimants
---------

In case of life and death of the insured person A:
the policyholder, by failing his spouse, by failing his children,
by failing the other heirs of the policyholder.

Federal Law on Insurance Contracts (Art.12 LCA.)
-------------------------------------------------

In case the policy or endorsements do not correspond with the
original agreement, the policyholder must request correction within
4 weeks of receipt of the documents. Failure to do so will be
considered as acceptance.


Lausanne, le 18.06.94
La Suisse
Life Insurance Company

169

05/07/2008  12:58    8457825158               BITUSWISS                    PAGE  22/24



**《 La Suisse 》**
Assurances · Versicherungen · Assicurazioni

ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN          CHF     30.950,85

Police Nummer 1.094.838

Die Auszahlung wird geleistet :

Auf den Namen von .......................................................

_ Adresse        ..................................................

                 ..................................................

_ Bank    :      .................... in ....................

  Kto Nr.        ..................................................

_ PC Nr.         ..................................................

_ Andere         ..................................................

                 ..................................................

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch
La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen,
die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen,
die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere
Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte,
unter anderem jene beruhend auf Unguelitgkeit oder Aufkuendigung der
Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als
solcher zu verstehen ist.

Unterschriften


------------------------------          ------------------------------------

Ort, Datum                              Anspruchsberechtigter


------------------------------          ------------------------------------

Ort, Datum                              Faustpfandgläubiger

170