05/07/2008  12:58   8457825158           BITUSWISS                        PAGE   23/24



**« La Suisse »**
Assurances · Versicherungen · Assicurazioni

Mr.
Aron Perl
9 Gwen Lane
US-Monsey NY NY 10952

Unsere Referenz :  50/2330/CHR       Lausanne,  01.04.03

## ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN *

Art der Versicherungsleistung : HEIRATSFALL

| Policen-nummer | Versicherungs-summe | Versicherungs-art | Abschluss-datum | Ablaufs-datum |
|---|---|---|---|---|
| 1.094.838 | 100.000 | GEMISCHT | 29.09.1993 | 29.09.2008 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| Versichertes Kapital | 91.000,00 |
| Prämie | 6.333,00- |
| Zinsen | 131,90- |
| Darlehenszinsen | 3.971,60- |
| ZWISCHENTOTAL : | 80.563,50 |

* Unter Vorbehalt der Zustellung durch den Anspruchsberechtigten der 171



**« La Suisse »**
Assurances · Versicherungen · Assicurazioni

```
                                        Mr.
                                        Aron Perl
                                        9 Gwen Lane
                                        US-Monsey NY NY 10952
```

Unsere Referenz :   50/2330/CHR        Lausanne,   01.04.03


ZAHLUNGSAUFTRAG FUER VERSICHERUNGSLEISTUNGEN
--------------------------------------------

Art der Versicherungsleistung : HEIRATSFALL

| Policen-<br>nummer | Versicherungs-<br>summe | Versicherungs-<br>art | Abschluss-<br>datum | Ablaufs-<br>datum |
|---|---|---|---|---|
| 1.094.838 | 100.000 | GEMISCHT | 29.09.1993 | 29.09.2008 |

| Aufstellung der Leistungen | Betrag in CHF |
|---|---|
| U E B E R T R A G | 80.563,50 |
| Darlehensbetrag | 52.407,75- |
| Zinsgutschrift | 2.795,10 |
| T O T A L | 30.950,85 |

Versicherte Person (en)          Baruch Guttman

Name und Adresse der             Mr.
Anspruchsberechtigten            Aron Perl
                                 9 Gwen Lane
                                 US-Monsey NY NY 10952

172

«La Suisse»
Assurances · Versicherungen · Assicurazioni

Direction générale

# AGENTUR - VERTRAG

zwischen

La Suisse, Lebens-Versicherungs-Gesellschaft und
La Suisse, Unfall-Versicherungs-Gesellschaft, Lausanne
(nachstehend «La Suisse» genannt) und

BITUSWISS S.A.
vertreten durch Herrn Dr. B. Rosenberg
Weststrasse 51
8003 Zürich

(nachstehend Agent genannt)

wird folgendes vereinbart :

## 1. Allgemeines / Rechtliche Stellung des Agenten

Der Agent übernimmt nebenamtlich die Vermittlung von Versicherungen für die «La Suisse».

Der Agent gilt als Selbständigerwerbender. Gemäss übereinstimmendem Willen der Vertragsparteien wird demnach durch den vorliegenden Vertrag kein Arbeitsvertrag begründet.

## 2. Aufgabe des Agenten

Der Agent verpflichtet sich, die «La Suisse» nach bestem Wissen und Können zu vertreten und dabei deren Anweisungen strikte zu befolgen. Seine Aufgabe besteht in der Vermittlung von Versicherungen in den von der «La Suisse» getätigten Branchen.

## 3. Stillschweigepflicht

Der Agent hat über alle geschäftlichen Informationen der «La Suisse» betreffend den Kundenkreis, die Organisation und die Tarife sowie über Angelegenheiten der Kundschaft vollständiges Stillschweigen zu bewahren. Er bleibt auch nach der Auflösung des Agenturvertrages an das Berufsgeheimnis gebunden.

Avenue de Rumine 13   Case postale 1307   Tél. 021 313 60 00   Fax 021 313 76 00
1005 Lausanne         1001 Lausanne       CCP 10-320-6         Tx 454 189 swis ch

2

### 4. Versicherungsanträge/Tarife und Bedingungen

Die «La Suisse» ist vollständig frei, die ihr vom Agenten vorgelegten Versicherungsanträge anzunehmen oder abzulehnen und im Ablehnungsfalle nicht gehalten, Gründe dafür anzuführen. Auch ist sie nicht verpflichtet, die Versicherungsnehmer gerichtlich zur Einlösung der Policen zu zwingen. Der Agent hat keinen Entschädigungsanspruch für daraus entstehende Provisions- oder andere Ausfälle.

Der «La Suisse» steht ausdrücklich das Recht zu, die Tarife und die Allgemeinen Versicherungsbedingungen jederzeit abzuändern.

### 5. Vertretungsvollmacht

Der Agent ist ohne schriftliche Ermächtigung nicht berechtigt

- von den Allgemeinen Versicherungsbedingungen abzuweichen;

- an den von der «La Suisse» ausgestellten Dokumenten Aenderungen vorzunehmen oder selbst solche Dokumente auszustellen;

- Deckungszusagen abzugeben oder Versicherungsanträge anzunehmen;

- Schadenerledigungen vorzunehmen.

Er ist ebenfalls nicht befugt, gegen säumige Prämienzahler von sich aus Betreibungen einzuleiten.

### 6. Provisionen

Der Agent erhält von der «La Suisse» auf die durch seine Vermittlung zustande gekommenen und eingelösten Versicherungen, ~~deren Anträge von ihm unterzeichnet sind,~~ folgende Abschlussprovisionen:

<u>Lebensbranchen</u>

35 o/oo  der Produktionskapitalien (PK) gemäss den beigelegten Bewertungstabellen.

       Zus[...] Superprovision,
       die [...] ausbezahlt wird
       und [...]ende Kalenderjahr
       abge[...]onskapitalien (PK)
       wie folgt bemessen wird :

2 o/oo  sofern 2 Mio PK erreicht werden oder

4 o/oo  sofern 4 Mio PK und mehr erreicht werden.

174

Für Versicherungen vom Typ "SWISS SPACE" gelten besondere Provisionsvereinbarungen.

Nichtleben-Branchen

Der Agent praktiziert keine Nichtleben-Branche.

Die Provisionen sind nach Eingang der ersten Jahresprämie fällig. Bei halb- oder vierteljährlicher Prämienzahlung wird die Provision im Verhältnis der geleisteten Teilprämie ausgerichtet. Allfällige Provisionsrückerstattungen sind sofort mit neuen Provisionen verrechenbar oder zurückzuerstatten.

Die «La Suisse» behält sich das Recht vor, die obenerwähnten Bewertungstabellen jederzeit abzuändern.

Mit den Provisionen sind sämtliche vom Agenten im Zusammenhang mit der Vermittlung von Versicherungen und der Bezahlung der Prämien getätigten Aufwendungen abgegolten.

## 7. Grundsätze für den Anwerbebetrieb

Der Agent hat von der Verordnung vom 3. Juli 1985 über den Anwerbebetrieb der Lebensversicherungs-Gesellschaften in der Schweiz und von den durch die Schweizerische Vereinigung privater Lebensversicherer aufgestellten Grundsätzen für den Anwerbebetrieb verbindlich Kenntnis genommen. Er verpflichtet sich, diese Bestimmungen einzuhalten.

## 8. Dauer, Kündigung

Der vorliegende Vertrag ist vom 1. Juli 1990 an auf unbestimmte Dauer abgeschlossen.

Er kann von beiden Parteien im Verlaufe des ersten Vertragsjahres unter Einhaltung der Kündigungsfrist von einem Monat schriftlich auf das Ende eines Monats gekündigt werden. Wenn der Vertrag wenigstens ein Jahr gedauert hat, kann dieser durch die Vertragsparteien unter Einhaltung einer Kündigungsfrist von 2 Monaten schriftlich auf das Ende eines Monats gekündigt werden.

Bei grober Verletzung der vom Agenten aufgrund dieses Vertrages eingegangenen Verpflichtungen ist die «La Suisse» berechtigt, den Vertrag mit sofortiger Wirkung aufzuheben. In diesem Falle verliert der Agent jedes Anrecht auf Provisionen, die nach dem Tage der Vertragsaufhebung noch fällig würden.

9. Rückgabepflicht, Entschädigung

Nach Vertragsaufhebung sind der «La Suisse» oder deren Bevollmächtigten alles erhaltene Material (Drucksachen, Akten und Dokumente, Tarife, Korrespondenzen usw.) sofort zurückzugeben.

Provisionen auf Geschäften, die der Agent während der Dauer des Agentur-Vertrages abgeschlossen hat, deren Prämien aber bei der Aufhebung des Agentur-Vertrages noch ausstehen, werden jeweils nach Eingang der Prämien vergütet. Provisionsrückerstattungen, die nicht mehr mit neuen Provisionen verrechnet werden können, sind vom Agenten sofort zu tilgen.

Der Agent hat bei Beendigung des Vertragsverhältnisses keinen Anspruch auf irgendwelche Kundschafts-, Portefeuille- oder anderweitige Entschädigungen.

10. Schlussbestimmungen

Gerichtsstand beider Parteien ist Lausanne.

Jede Vertragsänderung gilt nur, wenn sie schriftlich niedergelegt ist.

Ort ..Zürich....                              Lausanne, den 20. Juli 1990

Datum 10. August 1990

Der Agent                                     La Suisse
                                              Lebens-Versicherungs-Gesellschaft
                                              Unfall-Versicherungs-Gesellschaft

[signatures]

Beilagen als integrierender Bestandteil dieses Vertrages :

- Produktions-Bewertungstabelle Einzel- und Kollektiv-Lebensversicherung
- Grundsätze für den Anwerbebetrieb

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 206608742

Surname / Nom / Apellidos: **HOROWITZ**
Given Names / Prénoms / Nombres: **ELIAS A**
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: **21 Dec 1949**
Sex / Sexe / Sexo: **M**   Place of birth / Lieu de naissance / Lugar de nacimiento: **AUSTRIA**
Date of issue / Date de délivrance / Fecha de expedición: **03 Jun 2002**
Authority / Autorité / Autoridad: **National Passport Center**
Date of expiration / Date d'expiration / Fecha de caducidad: **02 Jun 2012**
Amendments / Modifications / Enmiendas: See Page 24

P<USAHOROWITZ<<ELIAS<A<<<<<<<<<<<<<<<<<<<<<<
2066087425USA4912217M1206027<<<<<<<<<<<<<02

177





