







184



*Amendments and Endorsements*
*Modifications et mentions spéciales*
*Enmiendas y Anotaciones*





David A. Paterson
Governor

**STATE OF NEW YORK**
**INSURANCE DEPARTMENT**
One Commerce Plaza
Albany, NY 12257

Eric R. Dinallo
Superintendent

HOROWITZ, ELIAS A
3 SIGET COURT #201
MONROE NY 10950

## CERTIFICATE OF LICENSING STATUS

THE ABOVE ( HOROWITZ, ELIAS A, DOB 12/21/1949 ) HAS COMPLIED WITH OUR QUALIFICATION
STANDARDS AND IS/WAS LICENSED IN GOOD STANDING AS INDICATED. IF CURRENTLY LICENSED, THE
ABOVE LICENSEE IS NOT IN VIOLATION OF NEW YORK STATE CONTINUING EDUCATION

| LICENSE TYPE | LINES | EXPIRATION DATE |
|---|---|---|
| LIFE/ACCIDENT AND HEALTH AGENT | NA | 06/30/2001 |
| LIFE BROKER | 1     2 | 12/21/2009 |

**LB LIFE BROKER**
1   LIFE
2   ACCIDENT AND HEALTH



IN WITNESS WHEREOF, I HAVE CAUSED MY OFFICIAL
SEAL TO BE AFFIXED AT THE CITY OF ALBANY

Eric R. Dinallo
Superintendent
May 07, 2008

PAGINA                                                          PAG:        1



REPUBLICA DE PANAMA

REGISTRO PUBLICO DE PANAMA
EL REGISTRO PUBLICO DE PANAMA

26/07/2002

CON VISTA A LA SOLICITUD:    378939-

CERTIFICA:

QUE LA SOCIEDAD :

ALICE SERVICES INC.
SE ENCUENTRA REGISTRADA EN LA FICHA:     297705 ROLLO:    44881 IMAGEN:    2
DESDE EL VEINTISIETE DE ENERO DE MIL NOVECIENTOS NOVENTA Y CINCO ,
QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

QUE SUS SUSCRIPTORES SON:
    ( 1 ) GISELA ALVAREZ DE PORRAS
    ( 2 ) EBRAHIM ASVAT
QUE SUS DIRECTORES SON:
    1 ) JOSE ABREGO
    2 ) LUZ CHAVEZ S.
    3 ) FRANCISCO MARTINELLI BERMUDEZ
    4 ) DANILO TORO
QUE SUS DIGNATARIOS SON:
  PRESIDENTE                           : JOSE ABREGO
  TESORERO                             : DANILO TORO
  SECRETARIO                           : FRANCISCO MARTINELLI BERMUDEZ
  SUB-SECRETARIO                       : LUZ CHAVEZ S.
QUE LA REPRESENTACION LEGAL LA EJERCERA:
    EL PRESIDENTE Y EN SU AUSENCIA LO SERA EL SECRETARIO.-
QUE SU AGENTE RESIDENTE ES: PATTON, MORENO & ASVAT
QUE SU CAPITAL ES DE **********100.00 DOLARES AMERICANOS.
DETALLE DEL CAPITAL :
EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE: CIEN DOLARES (US$100.00)
MONEDA LEGAL DE LOS ESTADOS UNIDOS DE AMERICA DIVIDIDOS EN CIEN (100)
ACCIONES CON UN VALOR NOMINAL O A LA PAR DE UN DOLAR (US$1.00) MONEDA
LEGAL DE LOS ESTADOS UNIDOS DE AMERICA CADA UNA.-
QUE SU DURACION ES PERPETUA
QUE SU DOMICILIO ES PANAMA
EXPEDIDO Y FIRMADO EN LA CIUDAD DE PANAMA ,  EL VEINTISEIS DE JULIO DE
DOS MIL DOS ,                            A LAS 12:47:35.0 A.M.
                    TECNOLOGIA CALIDAD Y SEGURIDAD REGISTRAL

NOTA: ESTA CERTIFICACION PAGO
DERECHOS POR UN
VALOR DE B/.      30.00
COMPROBANTE NO.    378939-
FECHA:  26/07/2002  ( PAGUR )



ORIEL CASTRO CASTRO
CERTIFICADOR

188