# Swiss Life

| **Mitteilung** | Datum: 22/05/2007 |
|---|---|
| Absender: | Frau Eliane Champod |
| Empfänger: | I.G.A.V. |
| Police Nr./Versicherte Person: | 1.107.642 - GUTTMAN Robert |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Um Ihnen ein neues Darlehen gewähren zu können, benötigen wir eine Anzahlung
von CHF:                1'110.00

Sofern Sie es vorziehen, die offenen Beträge bar zu begleichen, erlauben wir uns, Sie darauf aufmerksam zu machen, dass folgende Posten noch geschuldet sind :

- Prämie inkl. Verzugszinsen
- Darlehenszinsen

Besten Dank im voraus.

Mit freundlichen Grüssen

190



**« La Suisse »**
Assurances - Versicherungen - Assicurazioni

| | |
|---|---|
| **Bearbeitet von** | **Einschreiben** |
| Frau Eliane Champod | Jacob I. Oberlander |
| Departement Personenversicherungen | c/o I.G.A.V. |
| | Frau Kernberg |
| Fax 021/313 75 81 | Postfach 8213 |
| | 8036 Zürich |

Lausanne, 23. März 2004

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

**Police Nr. / Versicherte Person:**     1.100.177 - OBERLANDER Jacob I.

Sehr geehrter Herr Oberlander

Obengenannte Police wurde wegen Nichtbezahlung der Prämie per 01.09.2003 reduziert und prämienfrei gestellt.

Besten Dank für Ihre Kenntnisnahme.

Mit freundlichen Grüssen

La Suisse
Lebens-Versicherungs-Gesellschaft

191



| Communication | Date : August 26, 2003 |
|---|---|
| Sender : | Eliane Champod |
| Addressee : | I.G.A.V. |
| Policy-No. / Insured Person: | 1.098.816 - EILENBERG Yosef |

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

Dear Mrs. Horowitz

Enclosed we sent to you the loan contract which we have received on 25.08.2003 for the above mentioned policy.

As you can see this contract has not been signed. In order to cover the outstanding premium we kindly ask you to return the signed contract as soon as possible.

Thank you very much in advance.

Best regards,

Personal Insurance Department
i. V. *[signature]*

192

## «La Suisse» Assurances

| Mitteilung | Date: 12/08/2004 |
|---|---|
| Absender : | Karin Spreng |
| Empfänger : | I.G.A.V     ◊ per Fax |
| Police Nr./Versicherte Person : | 1.098.816 – Eilenberg Yosef |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Um Ihnen ein neues Darlehen gewähren zu können, benötigen wir eine Anzahlung von CHF :              3'940.—

Sofern Sie es vorziehen, die offenen Beträge bar zu begleichen, erlauben wir uns, Sie darauf aufmerksam zu machen, dass folgende Posten noch geschuldet sind :

- Prämie inkl. Verzugszinsen
- Darlehenszinsen

Besten Dank im voraus.

Mit freundlichen Grüssen

*[signature]*

193

## «La Suisse» Assurances

| Mitteilung | Date: 17/08/2005 |
|---|---|
| Absender: | Karin Spreng |
| Empfänger: | I.G.A.V.          ℮ per Fax |
| Police Nr./Versicherte Person: | 1.098.816 – Eilenberg Yosef |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Um Ihnen ein neues Darlehen gewähren zu können, benötigen wir eine Anzahlung
von CHF :            4'070.—

Sofern Sie es vorziehen, die offenen Beträge bar zu begleichen, erlauben wir uns, Sie darauf aufmerksam zu machen, dass folgende Posten noch geschuldet sind :

- Prämie inkl. Verzugszinsen
- Darlehenszinsen

Besten Dank im voraus.

Mit freundlichen Grüssen

194



**SwissLife**

CH/URR-ELCH

Yehoshua Keren
c/o I.G.A.V.
Mrs. Kernberg
Postfach 8213
8036 Zürich

Swiss Life
Insurance and Pension
Company

Avenue de Rumine 13
P.O. Box 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 21 313 75 81

Lausanne, January 23, 2006

Please take notice that no action or omission by Swiss Life, including, but not limited to, Swiss Life's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of Swiss Life's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

**Policy-no. / Insured person:   1.098.816 - EILENBERG Yosef**

Dear Mr. Keren

The above mentioned policy has been reduced and converted into a paid-up policy for non-payment of the premium due on 01.07.2005.

Thank you for your understanding.

Yours sincerely

Swiss Life

David Burkhard                                          Eliane Champod

195

05/07/2008 13:18   8457825158                BITUSWISS                        PAGE  07/11



## SwissLife

CH/URR-ELCH

Shrage Shleser
c/o I.G.A.V.
Frau Kernberg
Postfach 8213
8036 Zürich

Schweizerische
Lebensversicherungs-
und Rentenanstalt

Avenue de Rumine 13
Postfach 1307
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 (0) 21 313 75 81

Lausanne, 9. August 2007

Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch Swiss Life, sei es der Versand von Praemien-
rechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher
Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und
Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von
Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.

**Police-Nr. / Versicherte Person:**   **1.100.098 – SHLESER Shrage**

Sehr geehrter Herr Shleser

Wir beziehen uns auf Ihre Überweisung, welche wir am 30.07.2007 erhalten haben.

Als Beilage senden wir Ihnen die Abrechnung der rückständigen Zahlungen für die
Wiederinkraftsetzung dieser Police.

Damit die Police vollständig in Kraft gesetzt werden kann, bitten wir Sie, diesen
gesamten Betrag zu begleichen und uns die Originalpolice zu senden (Art. 9 VVG
vorbehalten).

Wir danken Ihnen im voraus.

Swiss Life

David Burkhard                                                          Eliane Champod

196

05/07/2008  13:18   8457825158                    BITUSWISS                           PAGE  08/11


SwissLife

CH/URR-ELCH

Shrage Shleser
c/o I.G.A.V.
Mrs. Kernberg
Postfach 8213
8036 Zürich

Swiss Life
Insurance and Pension
Company

Avenue de Rumine 13
P.O. Box 1260
1001 Lausanne
www.swisslife.ch

Eliane Champod
Fax +41 21 313 75 81

Lausanne, September 4, 2007

Please take notice that no action or omission by Swiss Life, including, but not limited to, Swiss Life's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of Swiss Life's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

**Policy-no. / Insured person:    1.100.098 - SHLESER Shrage**

Dear Mr. Shleser

Herewith we would like to confirm that the above mentioned policy has been completely reinstated per August 30, 2007 (art. 9 LCA reserved).

The next premium will be due on August 1, 2008.

We hope to have been of assistance to you with this information.

Yours sincerely

Swiss Life

David Burkhard                                           Eliane Champod

197

## «La Suisse» Assurances

| Mitteilung | Date : 22.01.03 |
|---|---|
| Absender : | Frau Angela Muff |
| Empfänger : | I.G.A.V.    ☐ per Fax |
| Police Nr./Versicherte Person : 1.098.572 - Ungar Shlome ||

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Um Ihnen ein neues Darlehen gewähren zu können, benötigen wir eine Anzahlung

von CHF :            11'100.00

Sofern Sie es vorziehen, die offenen Beträge bar zu begleichen, erlauben wir uns, Sie darauf aufmerksam zu machen, dass folgende Posten noch geschuldet sind :

- Prämie inkl. Verzugszinsen
- Darlehenszinsen

Besten Dank im voraus.

Mit freundlichen Grüssen

198

## «La Suisse» Assurances

| Mitteilung | Date: 16/01/2004 |
|---|---|
| Absender : | Frau Karin Spreng |
| Empfänger : | I.G.A.V                    ◻ per Fax |
| Police Nr./Versicherte Person : | 1.098.572 - Ungar Shlome |

*Wir weisen Sie darauf hin, dass keine Handlung oder Unterlassung durch La Suisse-Versicherungen, sei es der Versand von Praemienrechnungen, die Entgegennahme von Praemienzahlungen, die Gewaehrung von Darlehen, die Bezahlung jeglicher Versicherungsleistungen oder irgendeine andere Handlung oder Unterlassung, einen Verzicht auf Ansprueche und Rechte, unter anderem jene beruhend auf Ungueltigkeit oder Aufkuendigung der Versicherungspolicen aufgrund von Betrug oder Irrtum, bedeutet oder als solcher zu verstehen ist.*

Um Ihnen ein neues Darlehen gewähren zu können, benötigen wir eine Anzahlung von CHF :             2'100.—

Sofern Sie es vorziehen, die offenen Beträge bar zu begleichen, erlauben wir uns, Sie darauf aufmerksam zu machen, dass folgende Posten noch geschuldet sind :

- Prämie inkl.Verzugszinsen
- Darlehenszinsen

Besten Dank im voraus.

Mit freundlichen Grüssen

*[signature: Spreng]*

199



**《La Suisse》**
Assurances · Versicherungen · Assicurazioni

**Your contact**
Karin Spreng
Personal Insurance Department
Fax 021 313 75 81

Nathan D. Ashkenazi
c/o I.G.A.V.
Mrs. Kernberg
Postfach 8213
8036 Zürich

Lausanne, 05 April 2005

Please take notice that no action or omission by La Suisse, including, but not limited to, La Suisse's (A) sending of premium notices, (B) receipt of any premiums, (C) granting of any loans, or (D) payment of any benefits shall be deemed to waive or prejudice any of La Suisse's claims, including, but not limited to, those claims concerning the invalidity or recission of the policies of insurance because of fraud or error.

**Policy-No. / Insured person:**    1.098.572 – Ungar Shlome

Dear Mr. Ashkenazi

We refer to the marriage documents for the above mentioned policy which we received on April 1, 2005.

After having checked the documents we found a discrepancy in the bride's date of birth mentioned on her birth certificate and on the marriage certificate.

Therefore, we kindly ask you to send us a written explanation and confirmation of the correct date of birth signed and dated by the policyholder.

Furthermore, if the date in the birth certificate is the right one, please send us a corrected marriage certificate in original. Otherwise, we kindly ask you to provide us with another proof of identity showing the correct date.

Thank you in advance for your cooperation and your understanding.

Best regards,

La Suisse
Life Insurance Company

Headquarter

200

**Berysz ROSENBERG,** LL.M. (HONOURS), PH.D.
**Attorney-at-Law**
*Member of the Zurich Bar Association*

Weststrasse 51, P.O.Box 8562
CH-8036 Zurich (Switzerland)

Phone (+4144) 462 90 38   Telecopier (+4144) 462 90 86

<u>**BY FAX**</u>
To:
*Al Horowitz
Monroe, N.Y.,
USA*

Zurich (Switzerland) May 7th, 2008

Dear Al

I am here to confirm in writing the essence of our various conversations regarding to your request to authorize Credit Suisse to release all bank records of transactions related to various policyholders in the accounts of Bituswiss, SA and Alice Service Inc.

As a Swiss Attorney and Member of the local Bar and as an Officer of Bituswiss SA, I cannot agree to such a release.

Firstly, this would be in violation of Swiss Law which specifically prohibits any disclosure concerning Insurance as well as Banking business. Breach of confidentiality in such an issue is considered a criminal offence.

In addition to the law, I should also remind you that in the Agency Agreement ("Agentur Vertrag") with La Suisse (article 3), which I signed on behalf of the firm (copy forwarded to you by email), it specifically states that such confidentiality must be observed even after the life of the agreement.

If there is anything else you need, please feel free to ask.

Sincerely,

Berysz Rosenberg

201