

**Smith,**
**Buss**
**& Jacobs** LLP
ATTORNEYS AT LAW

| USDS SDNY | 783 Yonkers Avenue |
| DOCUMENT | Yonkers, New York 10704 |
| ELECTRONICALLY FILED | Telephone: 914•476•0600 |
| DOC #: _____ | Fax: 914•476•0814 |
| DATE FILED: 5/28/08 | www.sbjlaw.com |

# MEMO ENDORSED

May 28, 2008

**Via Facsimile (212) 805-7949**
**& Regular Mail**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **Cohen v Horowitz, et. al.**
    **Index No.: 07-5834**

Dear Judge Castel:

  This firm represents Defendant Elias Horowitz in the above captioned proceeding.

  In light of Your Honor's May 28, 2008 endorsement (see attached), I am writing to inquire if Mr. Horowitz is still required to appeared before Your Honor tomorrow, May 29, 2008 at 10:00 a.m.

*The May 29 hearing is vacated — SO ORDERED. [signature] USDJ 5-28-08*

      Respectfully submitted,

      Jeffrey D. Buss, Esq.
      Attorney for Defendant Horowitz

Jeffrey D. Buss
Kenneth R. Jacobs
Anthony T. Simari
Thomas W. Smith
Domenick J. Tammaro

Devyn C. Forner
Emanuela Lupu
Peter A. Nenadich
Kalpen K. Shah
Matthew J. Smith
Daniel K. Tan
Maryam C. Toosla

Of Counsel
James R. Anderson
Edgar C. Gentry, Jr.
Gerald Kahn

cc: Elias Horowitz
  Solomon Rosengarten, Esq.

500 Fifth Avenue • New York, New York 10110
Telephone: 212•688•2400 • Fax: 212•688•3058