UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EZRA COHEN,                                              Case No.: 07-CIV-5834

                Plaintiff,

       -against-                                      **AFFIDAVIT**

ELIAS HOROWITZ a/k/a AL HOROWITZ a/k/a
ALISHA E. HOROWITZ a/k/a ALIAS HOROWITZ
a/k/a ELISHA HOROWITZ and SARAH WERZBERGER
a/k/a CHAYA SARAH WERZBERGER,

                Defendants.
------------------------------------------------------------------X

      **ELIAS HOROWITZ**, an individual whose religious belief precludes swearing, hereby affirms subject to the penalties of perjury that:

1. I am a Defendant in the above captioned proceeding.

2. I submit this Affidavit to clarify the certification I previously made to this Court regarding compliance with Plaintiff's discovery requests.

3. As previously stated, I have turned over all documents in my possession or control which are responsive to Plaintiff's requests including, without limitation, responses to document production requests numbered 3, 9, 12, 13 and 21.

4. On February 18, 2008, I appeared for a deposition. At that time, I testified that I had previously accessed banking account information online.

5. The statement I made on February 18, 2008 was true. I had, on occasion, accessed the accounts of Alice Services Inc. online for balance information and newly posted credits. I never attempted to access the account for any other information, did not print out any information from the on-line system, and do not know what, if any capability the on line system provides for accessing copies of checks, deposit tickets or historical information..

6. However, I no longer have access to any online information regarding the Alice Services account. Alice Services Inc., has blocked me from all access to account information, including on-line access. I have no power to override or circumvent Alice Service's actions since, as previously stated, I am not an Officer or Director of Alice Services Inc.

7. Attached as Exhibit "A" to this Affidavit is a copy of a letter from Dr. Rosenberg, which I previously supplied to Plaintiff's counsel in response to Plaintiff's discovery requests. In the letter Dr. Rosenberg states that he would not consent to a release of banking records of Alice Services, Inc.

8. Prior to preparing this Affidavit, I made an attempt to access the Alice Services account online. My access was denied. Attached as Exhibit "B" to this Affidavit, is a copy of the computer screen showing the denial of access.

9. Accordingly, I have produced and turned over all responsive documents in my possession and control.

_____
Elias Horowitz

Affirmed to before me this
13 day of June, 2008 as true
subject to the penalties of perjury

_____
Notary Public

**EXHIBIT "A"**

**CREDIT SUISSE   DIRECT NET**                    Help | Hotline | Language: EN DE FR IT

## Online Banking with Direct Net

**Errors**

Your login was incorrect. Please try again and use a new SecurID number on the next attempt.

**Login**

| User-ID | |
| Password | |
| SecurID No. RSA | |

All fields are mandatory.

[Login] [Reset]

**What's new in Direct Net?**

| 20.05.2008 | NetBanking Credit Suisse Edition (replaces Offline Payments): Start downloading your new offline payments software now |
| 13.05.2008 | New functions in Direct Net: Now it's even easier to make payments (PDF). |
| 22.04.2008 | Main Topics to Improve Your Security in Online Banking |
| 16.04.2008 | Benefit with the SEPA standards from lower prices for euro payments |

**New: online calculators**
Gain a quick overview with the animated demo.

**Online Banking Security**
Main Topics
10-Point Checklist
Recommended Browsers

**Find Out More**
Hints & tips (FAQ)
Demo version
Application form
Seminars

Help | Hotline | Accessibility

Copyright © 1997 - 2008 CREDIT SUISSE GROUP and/or its affiliates. All rights reserved. Terms of Use and Privacy Policy.

**EXHIBIT "B"**

**Berysz ROSENBERG**, L.L.M. (Honours), Ph.D.
Attorney-at-Law
*Member of the Zurich Bar Association*

Weststrasse 51, P.O.Box 8562
CH-8036 Zurich (Switzerland)

Phone (+4144) 462 90 38     Telecopier (+4144) 462 90 86

<u>*BY FAX*</u>
*To:*
*Al Horowitz*
*Monroe, N.Y.,*
*USA*

Zurich (Switzerland) May 7th, 2008

Dear Al

I am here to confirm in writing the essence of our various conversations regarding to your request to authorize Credit Suisse to release all bank records of transactions related to various policyholders in the accounts of Bituswiss, SA and Alice Service Inc.

As a Swiss Attorney and Member of the local Bar and as an Officer of Bituswiss SA, I cannot agree to such a release.

Firstly, this would be in violation of Swiss Law which specifically prohibits any disclosure concerning Insurance as well as Banking business. Breach of confidentiality in such an issue is considered a criminal offence.

In addition to the law, I should also remind you that in the Agency Agreement ("Agentur Vertrag") with La Suisse (article 3), which I signed on behalf of the firm (copy forwarded to you by email), it specifically states that such confidentiality must be observed even after the life of the agreement.

If there is anything else you need, please feel free to ask.

Sincerely,

Berysz Rosenberg

201