UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
Ezra Cohen

        Plaintiff,                      07 Civ. 5834 (PKC)

    -against-                      **ORDER OF DISMISSAL**

Elias Horowitz
        Defendant
_____x

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and with prejudice.

                                            P. Kevin Castel
                                        **United States District Judge**

Dated: New York, New York
       July 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08